# United States Bankruptcy Court
## <u>Central</u> District Of <u>California</u>

In re  <u>Gulfstream Apt. Portfolios, LLC,</u>
Debtor

Case No. <u>2:09-bk-15342-SB</u>

Chapter <u>11</u>

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          TBD | | |
| B - Personal Property | Yes | 3 | $    3,531,997.00 | | |
| C - Property Claimed as Exempt | N/A | | | | |
| D - Creditors Holding Secured Claims | Yes | 28 | | $   167,356,207.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 13 | | $        355,828.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 309 | | $     2,110,439.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 165 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | N/A | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | N/A | | | | $ |
| TOTAL | | 525 | $    3,531,997.00 | $   169,822,476.05 | |

American LegalNet, Inc.
www.FormsWorkflow.com

# United States Bankruptcy Court
### CENTRAL District Of CALIFORNIA

In re Gulfstream Apt. Portfolio, LLC,

Debtor

Case No. 2:09-bk-15342-SB

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $           0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   2,110,439.88 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   341,325.04 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   14,503.29 |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   2,124,943.17 |

American LegalNet, Inc.
www.FormsWorkflow.com

**In re** Gulfstream Apt. Portfolios, LLC        **Case No.** 2:09-bk-15342 SB

        **Debtor**                                                 **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Breasview<br>11501 Braesview Drive<br>San Antonio, TX | 50% - Undivided | | | |
| La Jolla<br>10707 1H 10 West<br>San Antonio, TX | 50% - Undivided | | | |
| Ashton Ridge<br>595 Fort Caroline Road<br>Jacksonville, TX | 50% - Undivided | | | |
| Deerfield<br>11711 Lane Avenue South<br>Jacksonville, TX | 50% - Undivided | | | |
| Coopers Pond<br>6221 North Dale Mabry Highway<br>Tampa, FL | 50% - Undivided | | | |
| Oakwood Village<br>4755 North Goldenrod Road<br>Orlando, FL | 50% - Undivided | | | |
| Ventura Landing<br>6203 Curry Ford Road<br>Orlando, FL | 50% - Undivided | | | Total Secured Claim Amount = $167,356,207.84 |
| Quail Run<br>3509 Lake Avenue<br>Columbia, SC | 50% - Undivided | | | |
| Woodlands Village<br>2221 Bush River<br>Columbia, SC | 50% - Undivided | | | |

                                  Total ➤        **TBD\***

(Report also on Summary of Schedules.)

American LegalNet, Inc.<br>www.FormsWorkflow.com

**B6B (Official Form 6B) (12/07)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).[1]

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | NA | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit- or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | Property bank accounts and accounts under control of receiver pre-petition. | | $439,876.00 |
| 3. Security deposits with public util- ities, telephone companies, landlords, and others. | | Utility company deposits. | | $90,520.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | NA | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | NA | | | |
| 6. Wearing apparel. | NA | | | |
| 7. Furs and jewelry. | NA | | | |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | NA | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NA | | | |
| 10. Annuities. Itemize and name each issuer. | NA | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | NA | | | |

---

[1] Schedule B is reported on consolidated basis notwithstanding percentage of Tenant In Common interest, and contains preliminary estimates.

American LegalNet, Inc.
www.FormsWorkflow.com

**In re** Gulfstream Apt. Portfolios, LLC            **Case No.** 2:09-bk-15342 SB

    **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | NA | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | NA | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | NA | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | NA | | | |
| 16. Accounts receivable. | | Outstanding rent due from properties. | | $2,040,415.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | NA | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Proceeds of Debtor's operating accounts withdrawn by the former property managers and deposited in the trust account of Weiland Golden LLP. | | $580,292.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | NA | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NA | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against former property managers | | Undetermined |

American LegalNet, Inc.
www.Forms*Workflow*.com

In re <u>Gulfstream Apt. Portfolios, LLC,</u>                     Case No. <u>2:09-bk-15342 SB</u>
      **Debtor**                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | NA | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | NA | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | NA | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | NA | | | |
| 26. Boats, motors, and accessories. | NA | | | |
| 27. Aircraft and accessories. | NA | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furniture, fitness equipment, cleaning supplies, appliances. | | $380,894.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | (amount included in no. 28.) | | |
| 30. Inventory. | NA | | | |
| 31. Animals. | NA | | | |
| 32. Crops - growing or harvested. Give particulars. | NA | | | |
| 33. Farming equipment and implements. | NA | | | |
| 34. Farm supplies, chemicals, and feed. | NA | | | |
| 35. Other personal property of any kind not already listed. Itemize. | NA | | | |

<u>   0   </u>  continuation sheets attached     Total ➤   |  $                3,531,997.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____ ,    Case No. 2:09-bk-15342 SB
             Debtor                                              (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. General Electric Capital Corporation c/o GE Real Estate Asset Manager 1901 Main Street, 7th Floor Irvine, CA 92614 | x | | March 27, 2006 1st priority secured loan <br><br> VALUE $TBD | | | | $159,610,568.81 | TBD |
| ACCOUNT NO. General Electric Capital Corporation c/o GE Real Estate Asset Manager 1901 Main Street, 7th Floor Irvine, CA 92614 | x | | March 27, 2006 2nd priority secured loan <br><br> VALUE $ TBD | | | | $5,994,918.65 | TBD |

_____ continuation sheets Attached

Subtotal ▶ (Total of this page)    $ 165,605,487.46    $ 0.00

Total ▶ (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC
       **Debtor**

Case No.   2:09-15342 SB
       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A & A Painting & Beyond Inc.<br>7906 Patterson Road, Tampa, Florida 33634 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $8,887.50 | TBD |
| ACCOUNT NO.<br><br>Affordable Air Conditioning Inc.<br>28 Sebastian Avenue, St Augustine Florida, 32084 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $8,000.00 | TBD |
| ACCOUNT NO.<br><br>ALB, Inc.<br>5558 Greenland Road, Jacksonville, Florida 32258 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $4,920.00 | TBD |
| ACCOUNT NO.<br><br>All Pro Plumbing Services, Inc.<br>7205 Edgewater Drive, Orlando, Florida 32810 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $4,064.64 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

Total ▶
(Use only on last page)

$          $25,872.14

$

(Report also on Summary of Schedules.)

$          0.00

$

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC        Case No.   2:09-15342 SB
        **Debtor**                                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>All Weather Contractors, Inc. 5151 Sunbeam Road, Suite 2, Jacksonville, Florida 32257 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $66,827.00 | TBD |
| ACCOUNT NO.<br>Andrew J. Charland - Charland's Painting 363 Little Creek Drive, Leesville, South Carolina 29070 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $30,120.00 | TBD |
| ACCOUNT NO.<br>Andrew J. Charland - Charland's Painting 363 Little Creek Drive, Leesville, South Carolina 29070 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $35,430.00 | TBD |
| ACCOUNT NO.<br>Arbor Contract Carpet, Inc. 2100 E. Union Street, Suite 100, Irving, Texas | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $25,958.70 | TBD |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$       $158,335.70    $            0.00

Total ➤
(Use only on last page)

$             $

(Report also on Summary of Schedules.)      (If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC                Case No.  2:09-15342 SB
         **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Arbor Contract Carpet, Inc. 2100 E. Union Street, Suite 100, Irving, Texas | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $14,911.01 | TBD |
| ACCOUNT NO. <br><br> ASAP Plumbing PO Box 48070, Jacksonville, Florida 32241 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $7,032.75 | TBD |
| ACCOUNT NO. <br><br> B & G Refrigeration Co., Inc. 3231 Kline Road, Jacksonville, Florida 32246 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $21,046.08 | TBD |
| ACCOUNT NO. <br><br> B&G Refrigeration Co., Inc. 3230 Kline Road, Jacksonville, Florida 32246 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $13,613.55 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)

$ 56,603.39    $ 0.00

Total ►
(Use only on last page)

$              $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re    Gulfstream Apt. Portfolios, LLC                      Case No.    2:09-15342 SB
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Big Gator Construction Company, Inc.<br>PO Box 19653, Jacksonville, Florida 32245 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $25,826.00 | TBD |
| ACCOUNT NO.<br><br>Builder Specialties, Inc. dba ARD Distributors, Inc.<br>1600 NW 159th Street, Miami, Florida 33169 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $4,960.05 | TBD |
| ACCOUNT NO.<br><br>Caudill Supply, Inc.<br>5571 Los Santos Way, Jacksonville, Florida 32211 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $630.38 | TBD |
| ACCOUNT NO.<br><br>Central Florida Sewer & Drain Cleaning, Inc.<br>866 Oak Manor Circle, Orlando, Florida 32825 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $3,095.00 | TBD |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)
$ $34,511.43    $    0.00

Total ▶
(Use only on last page)
$    $

(Report also on Summary of Schedules.)    (If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC                    Case No.   2:09-15342 SB
                 **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Changing Surface, Inc. 9650 Datapoint, Suite 104 San Antonio, TX  78229 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $9,045.98 | TBD |
| **ACCOUNT NO.** Changing Surface, Inc. 9650 Datapoint, Suite 104 San Antonio, TX  78229 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $4,891.72 | TBD |
| **ACCOUNT NO.** Changing Surface, Inc. 9650 Datapoint, Suite 104 San Antonio, TX  78229 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $1,500.17 | TBD |
| **ACCOUNT NO.** Changing Surface, Inc. 9650 Datapoint, Suite 104 San Antonio, TX  78229 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $1,890.41 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

Total ➤
(Use only on last page)

| $ | $17,328.28 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC          Case No.   2:09-15342 SB
          **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Corporation Premium 7611 S. Orange Blossom Trail, Suite 122, Orlando, Florida 32809 | | X | Final Judgment _____ VALUE $ TBD | X | X | X | $4,727.44 | TBD |
| **ACCOUNT NO.** Critical Intervention Services, Inc. 1621 S. Missouri Avenue, Clearwater, Florida 33756 | | X | Final Judgment _____ VALUE $ TBD | X | X | X | $30,394.08 | TBD |
| **ACCOUNT NO.** Cutting Edge Carpet, Inc. 730 West Washington Street, Orlando, Florida 32805 | | X | Mechanic's Lien _____ VALUE $ TBD | X | X | X | $5,662.25 | TBD |
| **ACCOUNT NO.** Cutting Edge Carpet, Inc. 730 West Washington Street, Orlando, Florida 32805 | | X | Mechanic's Lien _____ VALUE $ TBD | X | X | X | $10,038.37 | TBD |

Sheet no. ____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

$        $50,822.14    $        0.00

Total ➤
(Use only on last page)

$             $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC                    Case No.   2:09-15342 SB
        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Dahlhausen Excavation, LLC 8906 Cedar Trail Boerne, TX 78006 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $3,000.00 | TBD |
| **ACCOUNT NO.** David Gray Plumbing, Inc. PO Box 11303, Jacksonville, Florida 32239 | X | | Final Judgment <br><br> VALUE $ TBD | X | X | X | $3,677.17 | TBD |
| **ACCOUNT NO.** Easterday Plumbing, Inc. 6653 Powers Avenue, Suite 241, Jacksonville, Florida 32217 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $15,444.00 | TBD |
| **ACCOUNT NO.** Easterday Plumbing, Inc. 6653 Powers Avenue, Suite 241, Jacksonville, Florida 32217 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $3,545.97 | TBD |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

$    $25,667.14    $    0.00

Total ➤
(Use only on last page)

$       $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC _____     Case No.   2:09-15342 SB _____
          **Debtor**     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Elite Apartment Services - San Antonio 13814 Lookout Road, Suite 2 San Antonio, TX  78233 | X | | Mechanic's Lien | X | X | X | $482.00 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Elite Apartment Services - San Antonio 13814 Lookout Road, Suite 2 San Antonio, TX  78233 | X | | Mechanic's Lien | X | X | X | $3,039.67 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Empire Cleaning Services 6512 Swissco Drive, Suite 1433, Orlando, Florida 32822 | X | | Mechanic's Lien | X | X | X | $3,372.00 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Empire Cleaning Services 6512 Swissco Drive, Suite 1433, Orlando, Florida 32822 | X | | Mechanic's Lien | X | X | X | $560.00 | TBD |
| | | | VALUE $ TBD | | | | | |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$         $7,453.67   $         0.00

Total ➤
(Use only on last page)

$             $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC_____          Case No.   2:09-15342 SB_____
      **Debtor**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Empty Pail Painting Co., Inc. 4245 Apollo Avenue, Jacksonville, Florida 32226 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $16,655.00 | TBD |
| **ACCOUNT NO.** Gerald Wingo 6915 Partridge Lane, Orlando, Florida 32807 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $3,412.39 | TBD |
| **ACCOUNT NO.** Goliath Pest Control, Inc. | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $1,694.44 | TBD |
| **ACCOUNT NO.** Growing Solutions 2606 Melrose Canyon San Antonio, TX 78232 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $7,324.38 | TBD |

Sheet no. ____of _____continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal▶
(Total of this page)

Total ➤
(Use only on last page)

| $ | $29,086.21 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on
Summary of Schedules.)

(If applicable, report
also on the Statistical
Summary of Certain
Liabilities and Related
Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC          Case No.  2:09-15342 SB
            **Debtor**                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Growing Solutions<br>2606 Melrose Canyon<br>San Antonio, TX 78232 | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $11,755.35 | TBD |
| ACCOUNT NO.<br><br>HD Supply<br>10641 Scripps Summit Court,<br>San Diego, CA 92131 | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $2,047.03 | TBD |
| ACCOUNT NO.<br><br>HD Supply, Inc.<br>10641 Scripps Summit Court,<br>San Diego, California 92131 | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $13,918.96 | TBD |
| ACCOUNT NO.<br><br>Hillcoat Properties, Inc. d/b/a Apartment Hunters<br>3610-2 N. Josey Lane, #223<br>Carrollton, TX 78007 | | X | Abstract of Judgment<br><br>VALUE $ TBD | X | X | X | $2,724.00 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

$      $30,445.34 | $      0.00

Total ▶
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  <u>Gulfstream Apt. Portfolios, LLC</u>          Case No.  <u>2:09-15342 SB</u>
       **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hillcoat Properties, Inc. d/b/a Apartment Hunters<br>3610-2 N. Josey Lane, #223<br>Carrollton, TX  78007 | X | | Abstract of Judgment<br><br>VALUE $ TBD | X | X | X | $852.50 | TBD |
| ACCOUNT NO.<br><br>Home Depot Home Supply, Inc.<br>10641 Scripps Summit Court<br>San Antonio, TX  78230 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $12,793.59 | TBD |
| ACCOUNT NO.<br><br>House of Floors of Tampa, Inc.<br>8521 Sunstate Street, Tampa, Florida 33634-7600 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $39,858.91 | TBD |
| ACCOUNT NO.<br><br>J&R Sales d/b/a CRT Flooring Concepts<br>10609 IH - 10 West, Suite 200<br>San Antonio, TX  78230 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $14,570.01 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

$  $68,075.01    $  0.00

Total ➤
(Use only on last page)

$          $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   <u>Gulfstream Apt. Portfolios, LLC</u>           Case No.   <u>2:09-15342 SB</u>
               **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Jacksonville Turnkey, Inc.<br>1612 E. Beaver Street | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $8,896.70 | TBD |
| **ACCOUNT NO.**<br>Jacksonville Turnkey, Inc.<br>1612 E. Beaver Street | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $9,654.07 | TBD |
| **ACCOUNT NO.**<br>Just Company<br>5803 Joiner, #89<br>San Antonio, TX  78265 | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $34,202.60 | TBD |
| **ACCOUNT NO.**<br>Just Company<br>5803 Joiner, #89<br>San Antonio, TX  78238 | | X | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $18,394.00 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)
     $       $71,147.37   $       0.00

Total ➤
(Use only on last page)
     $           $

(Report also on Summary of Schedules.)       (If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

**American LegalNet, Inc.**<br>**www.FormsWorkflow.com**

In re   Gulfstream Apt. Portfolios, LLC_____       Case No.   2:09-15342 SB_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kenneth M. Stanley d/b/a Colors Unlimited<br>8760-A Research Blvd., #244<br>Austin, TX  78758 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $43,384.14 | TBD |
| ACCOUNT NO.<br>Kenneth M. Stanley d/b/a Colors Unlimited<br>8760-A Research Blvd., #244<br>Austin, TX  78728 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $47,123.51 | TBD |
| ACCOUNT NO.<br>Kenneth M. Stanley d/b/a Colors Unlimited<br>8760-A Research Blvd., #244<br>Austin, TX  78728 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $7,498.55 | TBD |
| ACCOUNT NO.<br>Landrum A/C<br>14476-109 Duval Place West,<br>Jacksonville, FL 32218 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $8,434.00 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $　　$106,440.20 | $　　　　0.00 |
| $ | $ |

(Report also on Summary of Schedules.)　　(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC                     Case No.  2:09-15342 SB
       **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Landrum A/C 14476-109 Duval Place West, Jacksonville, FL 32218 | X | | Mechanic's Lien | X | X | X | $20,467.25 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Landrum A/C 14476-109 Duval Place West, Jacksonville, FL 32218 | X | | Mechanic's Lien | X | X | X | $18,509.00 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Landrum A/C 14476-109 Duval Place West, Jacksonville, FL 32218 | X | | Mechanic's Lien | X | X | X | $15,018.50 | TBD |
| | | | VALUE $ TBD | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Landrum A/C 14476-109 Duval Place West, Jacksonville, FL 32218 | X | | Mechanic's Lien | X | X | X | $13,180.00 | TBD |
| | | | VALUE $ TBD | | | | | |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$      $67,174.75    $        0.00

Total ➤
(Use only on last page)

$         $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   <u>Gulfstream Apt. Portfolios, LLC</u>            Case No.   <u>2:09-15342 SB</u>
         **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Lifestyle Carpets, Inc. <br> 725 North Magnolia Aveue, <br> Orlando, Florida 32803 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $15,475.71 | TBD |
| **ACCOUNT NO.** <br><br> Lifestyle Carpets, Inc. <br> 725 North Magnolia Aveue, <br> Orlando, Florida 32803 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $31,946.83 | TBD |
| **ACCOUNT NO.** <br><br> Lifestyle Carpets, Inc. <br> 5723 Benjamin Center Drive, <br> Tampa, Florida 33634 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $15,986.18 | TBD |
| **ACCOUNT NO.** <br><br> M & M Painting and Construction <br> 27018 Blanco Road <br> San Antonio, TX  78260 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $11,605.92 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$           $75,014.64   $            0.00

Total ➤
(Use only on last page)

$          $         

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  <u>Gulfstream Apt. Portfolios, LLC</u>          Case No.  <u>2:09-15342 SB</u>

                 **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> M & M Painting and Construction <br> 27018 Blanco Road <br> San Antonio, TX  78260 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $21,236.76 | TBD |
| ACCOUNT NO. <br><br> Maid Easy, Inc. <br> P.O. Box 701022 <br> San Antonio, TX  78270 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $4,571.95 | TBD |
| ACCOUNT NO. <br><br> Maid Easy, Inc. <br> 2002 N.W. Military Highway <br> San Antonio, TX  78213 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $2,410.43 | TBD |
| ACCOUNT NO. <br><br> Moveforfree.com Inc. <br> 8535 Wurzbach Rd., Suite 101 <br> San Antonio, TX  78240 | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $441.50 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)    $    $28,660.64    $    0.00

Total ➤ (Use only on last page)    $        $

(Report also on Summary of Schedules.)    (If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc. <br> www.FormsWorkflow.com

In re    <u>Gulfstream Apt. Portfolios, LLC</u>            Case No.    <u>2:09-15342 SB</u>
                    **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MoveForFree.com, Inc.<br>8535 Wurzbach Rd., Suite 101<br>San Antonio, TX  78240 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $379.50 | TBD |
| ACCOUNT NO.<br><br>Professional Grounds Management, Inc. | | X | Final Judgment<br><br>VALUE $ TBD | X | X | X | $12,052.50 | TBD |
| ACCOUNT NO.<br><br>R&R Maintenance<br>11700 Philips Highway,<br>Jacksonville, Florida 32256 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $10,472.93 | TBD |
| ACCOUNT NO.<br><br>R&R Maintenance, Inc.<br>6734 Greenland Industrial Blvd., Jacksonville, Florida 32258 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $18,101.48 | TBD |

Sheet no. ____of _____continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

                                          Subtotal➤         $       $41,006.41  |$        0.00
                                         (Total of this page)

                                            Total ➤         $             |$
                                 (Use only on last page)
                                           (Report also on       (If applicable, report
                                           Summary of Schedules.)  also on the Statistical
Summary of Certain
Liabilities and Related
Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   <u>Gulfstream Apt. Portfolios, LLC</u>           Case No.   <u>2:09-15342 SB</u>
         **Debtor**                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** R.L. Haines Construction, LLC 2235 Mercator Drive, Orlando, Florida 32807 | X | | Default Final Judgment <br><br> VALUE $ TBD | X | X | X | $87,145.58 | TBD |
| **ACCOUNT NO.** R.L. Haines Construction, LLC 2235 Mercator Drive, Orlando, Florida 32807 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $930.00 | TBD |
| **ACCOUNT NO.** Rasa Floors, L.P. P.O. Box 110067 Carrollton, TX  75011 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $4,028.74 | TBD |
| **ACCOUNT NO.** Ravitsky Bros. Incorporated 13814 Lookout Road, Suite 2 San Antonio, TX  78233 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $723.40 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $         $92,827.72 | $         0.00 |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC _____          Case No.  2:09-15342 SB _____
           **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Redi-Carpet Sales of Houston, Ltd. 12802 Capricorn Stafford, TX  77477 | X | | Mechanic's Lien  VALUE $ TBD | X | X | X | $48,260.13 | TBD |
| ACCOUNT NO.  Rolland Reash Plumbing 11501 Columbia Park Dr. W #208, Jacksonville, Florida 32258 | X | | Mechanic's Lien  VALUE $ TBD | X | X | X | $2,504.00 | TBD |
| ACCOUNT NO.  Rolland Reash Plumbing 11501 Columbia Park Dr. W #208, Jacksonville, Florida | X | | Mechanic's Lien  VALUE $ TBD | X | X | X | $4,058.06 | TBD |
| ACCOUNT NO.  Roto Rooter Services Co. | X | | Mechanic's Lien  VALUE $ TBD | X | X | X | $8,913.07 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$ $63,735.26 | $ 0.00

Total ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  <u>Gulfstream Apt. Portfolios, LLC</u>               Case No.  <u>2:09-15342 SB</u>
                  **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Service Depot of San Antonio, LLC<br>102 Old Bowman Rd., Ste. D<br>Round Rock, TX  78681 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $6,989.21 | TBD |
| ACCOUNT NO.<br>Sparkle Enterprises<br>P.O. Box 34653<br>San Antonio, TX  78265 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $7,347.00 | TBD |
| ACCOUNT NO.<br>Sparkle Enterprises<br>P.O. Box 34653<br>San Antonio, TX  78265 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $3,974.00 | TBD |
| ACCOUNT NO.<br>Suastegui's International Landscaping Service<br>414 Frances Circle, Ruskin, Florida 33570 | X | | Default Final Judgment<br><br>VALUE $ TBD | X | X | X | $4,989.00 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)
    $      $23,299.21   $        0.00

Total ▶
(Use only on last page)
    $           $

(Report also on Summary of Schedules.)    (If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.<br>www.FormsWorkflow.com

In re   <u>Gulfstream Apt. Portfolios, LLC</u>                Case No.   <u>2:09-15342 SB</u>
                        **Debtor**                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sun Service Carpets & More<br>1008 Fountain Road,<br>Jacksonville, Florida 32205 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $14,716.00 | TBD |
| ACCOUNT NO.<br><br>SunTerra Landscape Services, L.P. f/k/a Sungrow II Landscape Services, L.P.<br>2007 Rutland<br>Austin, TX 78758 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $27,957.37 | TBD |
| ACCOUNT NO.<br><br>The BAP Company, Inc.<br>14286-19 Beach Blvd, Suite 309, Jacksonville, Florida 32277 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $12,805.86 | TBD |
| ACCOUNT NO.<br><br>The Glidden Company d/b/a ICI Paints<br>11256 Cornell Park Drive, Ste. 500<br>Cincinnati, OH 45242 | X | | Mechanic's Lien<br><br>VALUE $ TBD | X | X | X | $1,834.07 | TBD |

Sheet no. _____ of _____ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

$        $57,313.30    $           0.00

Total ➤
(Use only on last page)

$                $

(Report also on
Summary of Schedules.)

(If applicable, report
also on the Statistical
Summary of Certain
Liabilities and Related
Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re   Gulfstream Apt. Portfolios, LLC                         Case No.   2:09-15342 SB
               **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> The Sherwin-Williams Company <br> 2699 Lee Road, Suite 200, Winter Park, Florida 32789 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $24,966.38 | TBD |
| **ACCOUNT NO.** <br> The Sherwin-Williams Company <br> 2699 Lee Road, Suite 200, Winter Park, Florida 32789 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $3,354.18 | TBD |
| **ACCOUNT NO.** <br> The Sherwin-Williams Company <br> 2100 Lakeside Dr., Suite 400 Richardson, TX  75082 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $1,456.70 | TBD |
| **ACCOUNT NO.** <br> The Tub Man Co. <br> 9340 Windsor Lake Blvd., Columbia, South Carolina 29223-1108 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $9,295.00 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)

Total ➤
(Use only on last page)

$       $39,072.26 | $       0.00

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC_____      Case No.  2:09-15342 SB_____
            **Debtor**                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Todd Roach d/b/a Quest Carpet Solutions 6243 IH - 10 West, Suite 800 San Antonio, TX  78201 | X | | Abstract of Judgment _____ VALUE $ TBD | X | X | X | $9,952.77 | TBD |
| **ACCOUNT NO.** U.S. Heating & Air Conditioning Inc. 624 Douglas Avenue, Suite 1402, Altamonte Springs, Florida 32714 | X | | Mechanic's Lien _____ VALUE $ TBD | X | X | X | $6,751.00 | TBD |
| **ACCOUNT NO.** U.S. Security Associates, Inc. | X | | Final Judgment _____ VALUE $ TBD | X | X | X | $3,522.55 | TBD |
| **ACCOUNT NO.** Vamvoras, Ltd. 4734 Shavano Oak San Antonio, TX  78249 | X | | Mechanic's Lien _____ VALUE $ TBD | X | X | X | $1,384.24 | TBD |

Sheet no. _____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

Total ➤
(Use only on last page)

| $ | $21,610.56 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC _____        Case No.  2:09-15342 SB _____
               **Debtor**        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Vamvoras, Ltd. <br>4734 Shavano Oak <br>San Antonio, TX  78249 | | X | Mechanic's Lien <br><br><br> VALUE $ TBD | X | X | X | $3,120.25 | TBD |
| ACCOUNT NO. <br><br>W.W. Gay Fire Protection, Inc. dba W.W. Gay Fire & Integrated Systems, Inc. | | X | Final Judgment <br><br><br> VALUE $ TBD | X | X | X | $574.00 | TBD |
| ACCOUNT NO. <br><br>West Coast Master Painters, Inc. <br>4805 W. Gandy Blvd., Tampa, Florida 33611 | | X | Mechanic's Lien <br><br><br> VALUE $ TBD | X | X | X | $8,580.00 | TBD |
| ACCOUNT NO. <br><br>West Coast Master Painters, Inc. <br>4804 W. Gandy Blvd., Tampa, Florida 33611 | | X | Mechanic's Lien <br><br><br> VALUE $ TBD | X | X | X | $11,195.50 | TBD |

Sheet no. ____of _____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)

$      $23,469.75 | $      0.00

Total ►
(Use only on last page)

$        | $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re    Gulfstream Apt. Portfolios, LLC         Case No.   2:09-15342 SB
         **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> West Coast Master Painters, Inc. <br> 4804 W. Gandy Blvd., Tampa, Florida 33614 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $9,788.00 | TBD |
| **ACCOUNT NO.** <br> West Coast Mater Painters, Inc. <br> 3609 W. Eucild Avenue, Tampa, Florida 33629 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $6,590.00 | TBD |
| **ACCOUNT NO.** <br> Wilmar Industries, a division of Interline Brands <br> 200 East Park Drive, Suite 200, Mount Laurel, New Jersey 08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $62,822.39 | TBD |
| **ACCOUNT NO.** <br> Wilmar Industries, a division of Interline Brands, Inc. | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $71,465.38 | TBD |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ (Total of this page)     $ $150,665.77     $ 0.00

Total ▶ (Use only on last page)     $     $

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Gulfstream Apt. Portfolios, LLC          Case No.  2:09-15342 SB
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wilmar Industries, a division of Interline Brands, Inc. 200 East Park Drive, Suite 200 Mt. Laurel, NJ  08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $35,033.31 | TBD |
| ACCOUNT NO. Wilmar Industries, a division of Interline Brands, Inc. | | X | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $88,880.78 | TBD |
| ACCOUNT NO. Wilmar Industries, a division of Interline Brands, Inc. 200 East Park Drive, Suite 200, Mount Laurel, New Jersey 08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $79,462.37 | TBD |
| ACCOUNT NO. Wilmar Industries, a division of Interline Brands, Inc. 200 East Park Drive, Suite 200, Mount Laurel, New Jersey 08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $33,727.36 | TBD |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$　　　$237,103.82　　$　　　　0.00

Total ➤
(Use only on last page)

$　　　　　　　　　　$

(Report also on Summary of Schedules.)

(If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re    Gulfstream Apt. Portfolios, LLC                Case No.    2:09-15342 SB
         **Debtor**                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Wilmar Industries, a division of Interline Brands, Inc. 200 East Park Drive, Suite 200, Mount Laurel, New Jersey 08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $71,516.64 | TBD |
| **ACCOUNT NO.** <br> Wilmar Industries, a division of Interline Brands, Inc. 2100 East Park Drive, Suite 200 Mt. Laurel, NJ 08054 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $71,963.76 | TBD |
| **ACCOUNT NO.** <br> Wilson Carpet Service, Inc. 2805 Ilene Drive, Jacksonville, Florida 32216-5040 | X | | Mechanic's Lien <br><br> VALUE $ TBD | X | X | X | $4,497.87 | TBD |

Sheet no. _____ of _____ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ▶
(Total of this page)

$ $147,978.27   $ 0.00

Total ▶
(Use only on last page)

$ **$167,356,207.84**   $

(Report also on
Summary of Schedules.)

(If applicable, report
also on the Statistical
Summary of Certain
Liabilities and Related
Data.)

BN 3343285v1

**American LegalNet, Inc.**
**www.FormsWorkflow.com**

In re  GULFSTREAM APT. PORTFOLIO, LLC

Case No. 2:09-bk-15342-SB

**Debtor**

(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions***

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

American LegalNet, Inc.
www.FormsWorkflow.com

**B6E (Official Form 6E) (12/07) – Cont.**

In re <u>GTS PROPERTY PORTFOLIO B-3, LLC,</u>                    Case No. <u>2:09-bk-15342-SB</u>
                            **Debtor**                                                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals – Note: The property managers are currently determining outstanding security deposit claims. Debtor will supplement when available.**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

**In re** GTS PROPERTY PORTFOLIO B-3 LLC,                **Case No.** 2:09-bk-14774-SB
<br>               **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> John E Aeverman <br> 11501 Braesview 4805 <br> San Antonio, TX 78213 | X | | Q1 – 2009 | X | X | X | $4,103.25 | $4,103.25 | $0.00 |
| Account No. <br> Dawn Aiello <br> 205 Creek Ridge Lane <br> Round Rock, TX 78664 | X | | Q1 – 2009 | X | X | X | $8,884.62 | $8,884.62 | $0.00 |
| Account No. <br> Centeno Maribel Andino <br> 6251 Curry Ford Rd 110 <br> Orlando, FL 32822 | X | | Q1 – 2009 | X | X | X | TBD | | |
| Account No. <br> Pedro J Angulo <br> 6251 Curry Ford Rd 167 <br> Orlando, FL 32808 | X | | Q1 – 2009 | X | X | X | $3,016.00 | $3,016.00 | $0.00 |
| Account No. <br> Monica Areford <br> 106 East Meadow Court <br> Columbia, SC 29210 | X | | Q1-2009 | X | X | X | $9,212.76 | $9,212.76 | $0.00 |
| Account No. <br> Robert Barnes <br> 4024 Meek Dr <br> Jacksonville, FL 32277 | X | | Q1 – 2009 | X | X | X | $3,120.00 | $3,120.00 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Charles Edward Brown<br>5959 Ft Caroline 905<br>Jacksonville, FL  32216 | X | | Q1 – 2009 | X | X | X | $4,080.00 | $4,080.00 | $0.00 |
| Account No.<br><br>Jose Antonio Bruno<br>434 Eagle Circle<br>Casselberry, FL  32707 | X | | Q1 – 2009 | X | X | X | $2,204.00 | $2,204.00 | $0.00 |
| Account No.<br><br>John Kennedy Buitron<br>11501 Braesview 2207<br>San Antonio, TX  78213 | X | | Q1 – 2009 | X | X | X | $5,202.83 | $5,202.83 | $0.00 |
| Account No.<br><br>Abraham Canty Jr<br>3509 Lake Ave 2136<br>Columbia, SC  29206 | X | | Q1 – 2009 | X | X | X | $4,282.24 | $4,282.24 | $0.00 |
| Account No.<br><br>Carlaanne Carlson<br>25413 Ramrock Dr<br>Porter, TX  77365 | X | | Q1 – 2009 | X | X | X | $7,557.69 | $7,557.69 | $0.00 |
| Account No.<br><br>Bernadette S Cepeda<br>11501 Braesview 2205<br>San Antonio, TX  78213 | X | | Q1 – 2009 | X | X | X | $15,599.40 | $10,950.00 | $4,649.40 |
| Account No.<br><br>Rae Clogston<br>1171 S Lane Ave #1601<br>Jacksonville, FL  32205 | X | | Q1 – 2009 | X | X | X | $6,482.18 | $6,482.18 | $0.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Katherine Connolly<br>10707 1h 10 W 132<br>San Antonio, TX  78230 | X | | Q1 – 2009 | X | X | X | $2,520.00 | $2,520.00 | $0.00 |
| Account No.<br><br>Sherryl Bradford Covington<br>3509 Lake Ave 1034<br>Columbia, SC  29206 | X | | Q1 – 2009 | X | X | X | $4,699.12 | $4,699.12 | $0.00 |
| Account No.<br><br>Kathy Ann Cox<br>3317 Hackamore Dr<br>Austin, TX  78748 | X | | Q1 – 2009 | X | X | X | $18,461.55 | $10,950.00 | $7,511.55 |
| Account No.<br><br>Phillip Randall Crocker<br>6048 Lakeshore Dr<br>Columbia, SC  29206 | X | | Q1 – 2009 | X | X | X | $7,916.79 | $7,916.79 | $0.00 |
| Account No.<br><br>Jolene Renee Dailey<br>11149 Losco Junction Dr S<br>Jacksonville, FL  32257 | X | | Q1 – 2009 | X | X | X | $3,122.00 | $3,122.00 | $0.00 |
| Account No.<br><br>Camilia Daniel<br>15612 Montesino Dr<br>Orlando, FL  32828 | X | | Q1 – 2009 | X | X | X | $3,902.24 | $3,902.24 | $0.00 |
| Account No.<br><br>Janice L Dennard<br>1171 S Lane Ave<br>Jacksonville, FL  32205 | X | | Q1 – 2009 | X | X | X | $3,048.50 | $3,048.50 | $0.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ferne Easterday <br> 11580 Collins Creek Dr <br> Jacksonville, FL 32258 | X | | Q1 – 2009 | X | X | X | $6,461.55 | $6,461.55 | $0.00 |
| Account No. <br><br> Matthew David Emerick <br> 718 Kingsbridge Road <br> Columbia, SC 29210 | X | | Q1 – 2009 | X | X | X | $3,315.80 | $3,315.80 | $0.00 |
| Account No. <br><br> Felipe A Fernandez <br> 265 Addax <br> San Antonio, TX 78213 | X | | Q1 – 2009 | X | X | X | $3,128.08 | $3,128.08 | $0.00 |
| Account No. <br><br> Placida J Gibson <br> 9243 Bristow Bend <br> San Antonio, TX 78250 | X | | Q1 – 2009 | X | X | X | $7,795.45 | $7,795.45 | $0.00 |
| Account No. <br><br> Abraham Gonzales <br> 11501 Braesview 2401 <br> San Antonio, TX 78213 | X | | Q1 – 2009 | X | X | X | $3,620.03 | $3,620.03 | $0.00 |
| Account No. <br><br> Sandra Gonzalez <br> 13229 Royal George Ave <br> Odessa, FL 33556 | X | | Q1 – 2009 | X | X | X | $2,552.92 | $2,552.92 | $0.00 |
| Account No. <br><br> Jeffrey Hardee <br> 3110 W Lambright <br> Tampa, FL 33614 | X | | Q1 – 2009 | X | X | X | $4,063.06 | $4,063.06 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Renee Hawkins <br> 6221 Dale Mabry Hwy #2906 <br> Tampa, FL 33614 | X | | Q1 – 2009 | X | X | X | $3,293.00 | $3,293.00 | $0.00 |
| Account No. <br><br> Richard Alston Hewitt <br> 32702 Windsor Terrace <br> Fulshear, TX 77441 | X | | Q1 – 2009 | X | X | X | $11,538.48 | $10,950.00 | $588.48 |
| Account No. <br><br> Daniel Hisaw <br> 6221 N Dale Mabry Hwy Unit 2308 <br> Tampa, FL 33614 | X | | Q1 – 2009 | X | X | X | $3,366.00 | $3,366.00 | $0.00 |
| Account No. <br><br> Zachariah A Hoyuela <br> 2306 Fairburn <br> San Antonio, TX 78228 | X | | Q1 – 2009 | X | X | X | $3,513.27 | $3,513.27 | $0.00 |
| Account No. <br><br> Tami Hudson <br> 12801 Champion Forest Dr Apt 1005 <br> Houston, TX 77066 | X | | Q1 – 2009 | X | X | X | $7,269.24 | $7,269.24 | $0.00 |
| Account No. <br><br> Constance E Ivens <br> 8515 Capital Of TX Hwy 1030 <br> Austin, TX 78759 | X | | Q1 – 2009 | X | X | X | $3,720.00 | $3,720.00 | $0.00 |
| Account No. <br><br> Ralph Kleeman III <br> 1171 S Lane Ave 1403 <br> Jacksonville, FL 32205 | X | | Q1 – 2009 | X | X | X | $4,070.00 | $4,070.00 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Aissa Lopez<br>11501 Braesview 4202<br>San Antonio, TX  78213 | X | | Q1 – 2009 | X | X | X | $3,520.01 | $3,520.01 | $0.00 |
| Account No.<br>Frederick I Love<br>3000 Danfield Dr<br>Columbia, SC  29204 | X | | Q1 – 2009 | X | X | X | $4,447.44 | $4,447.44 | $0.00 |
| Account No.<br>Miguel Lujan<br>10707 I H 10 W 225<br>San Antonio, TX  78230 | X | | Q1 – 2009 | X | X | X | $4,958.78 | $4,958.78 | $0.00 |
| Account No.<br>Jose Maldonado<br>375 Palm Springs Dr 112<br>Altamonte Springs, FL  32701 | X | | Q1 – 2009 | X | X | X | $4,194.00 | $4,194.00 | $0.00 |
| Account No.<br>Blanche Mandry<br>4761 N Goldenrod Rd D<br>Orlando, FL  32792 | X | | Q1 – 2009 | X | X | X | $2,320.00 | $2,320.00 | $0.00 |
| Account No.<br>Modesto Martin<br>4817 N Golden Road Apt C<br>Winter Park, FL  32792 | X | | Q1 – 2009 | X | X | X | $3,348.00 | $3,348.00 | $0.00 |
| Account No.<br>Lolita Matos<br>10126 Eastern Lake Ave 201<br>Orlando, FL  32817 | X | | Q1 – 2009 | X | X | X | $3,225.00 | $3,225.00 | $0.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Richard Maylon <br> 8514 Old Plank Road <br> Jacksonville, FL  32205 | X | | Q1 – 2009 | X | X | X | | | |
| Account No. <br><br> Inez Medina <br> 5526 Kingswood <br> San Antonio, TX  78228 | X | | Q1 – 2009 | X | X | X | $5,367.19 | $5,367.19 | $0.00 |
| Account No. <br><br> Orlando Mendez <br> 6221 N Dale Mabry Hwy Unit 2502 <br> Tampa, FL  33614 | X | | Q1 – 2009 | X | X | X | $3,842.50 | $3,842.50 | $0.00 |
| Account No. <br><br> Luis A Mercado <br> 6211 Curry Ford Rd 014 <br> Orlando, FL  32822 | X | | Q1 – 2009 | X | X | X | $2,160.00 | $2,160.00 | $0.00 |
| Account No. <br><br> Naishca Moody <br> 11501 Braesview 903 <br> San Antonio, TX  78213 | X | | Q1 – 2009 | X | X | X | $4,672.50 | $4,672.50 | $0.00 |
| Account No. <br><br> Lorraine Moreno <br> 1420 Guinevere Dr <br> Casselberry, FL  32707 | X | | Q1 – 2009 | X | X | X | $5,242.30 | $5,242.30 | $0.00 |
| Account No. <br><br> Beverly Mothersbaugh | X | | Q1 – 2009 | X | X | X | $9,615.00 | $9,615.00 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Keiya Jones Oliver <br> 813 Beacon Hill Road <br> Columbia, SC  29210 | X | | Q1 – 2009 | X | X | X | $4,160.67 | $4,160.67 | $0.00 |
| Account No. <br><br> Richard George Olmstead <br> 5959 Ft Caroline Rd Apt 1503 <br> Jacksonville, FL  32277 | X | | Q1 – 2009 | X | X | X | TBD | | |
| Account No. <br><br> Ronnie Parker <br> 3509 Lake Ave 2255 <br> Columbia, SC  29206 | X | | Q1 – 2009 | X | X | X | $2,928.72 | $2,928.72 | $0.00 |
| Account No. <br><br> Sheila Perez <br> 6221 N Dale Mabry Hwy Unit 3017 <br> Tampa, FL  33614 | X | | Q1 – 2009 | X | X | X | $3,248.00 | $3,248.00 | $0.00 |
| Account No. <br><br> Frankie Phillips <br> 1825 Saint Julian Pl. <br> Columbia, SC | X | | Q1 – 2009 | X | X | X | $4,502.00 | $4,502.00 | $0.00 |
| Account No. <br><br> Jennifer Plagianes Ackerson <br> 6251 Curry Ford Rd 133 <br> Orlando, FL  32822 | X | | Q1 – 2009 | X | X | X | $4,152.24 | $4,152.24 | $0.00 |
| Account No. <br><br> Michael Priester <br> 220 Millcreek Rd <br> Jacksonville, FL  32211 | X | | Q1 – 2009 | X | X | X | $2,520.00 | $2,520.00 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> John Rabon <br> 556 Shirway Rd <br> Lexington, SC  29073 | X | | Q1 – 2009 | X | X | X | $4,093.60 | $4,093.60 | $0.00 |
| Account No. <br><br> Lauretta Riley <br> 8341 Danes Point Crossing <br> Jacksonville, FL  32277 | X | | Q1 – 2009 | X | X | X | $2,598.00 | $2,598.00 | $0.00 |
| Account No. <br><br> Gladys Rivera <br> 6221 N Dale Mabry Hwy 3017 <br> Tampa, FL  33614 | X | | Q1 – 2009 | X | X | X | $2,880.00 | $2,880.00 | $0.00 |
| Account No. <br><br> Robert Lee Rodriguez <br> 11501 Braesview 3401 <br> San Antonio, TX  78213 | X | | Q1 – 2009 | X | X | X | $4,430.66 | $4,430.66 | $0.00 |
| Account No. <br><br> Shama Ross <br> 2410 S Kirkwood 422 <br> Houston, TX  77077 | X | | Q1 – 2009 | X | X | X | $7,292.31 | $7,292.31 | $0.00 |
| Account No. <br><br> Jessica Salas <br> 1171 South Lane Ave #504 <br> Jacksonville, FL  32205 | X | | Q1 – 2009 | X | X | X | $5,130.12 | $5,130.12 | $0.00 |
| Account No. <br><br> Mardi Sasse <br> 6221 N Dale Mabry Hwy Unit 2503 <br> Tampa, FL  33614 | X | | Q1 – 2009 | X | X | X | $6,789.90 | $6,789.90 | $0.00 |

American LegalNet, Inc. <br> www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gary Seabolt<br>6644 Brandemere Rd South<br>Jacksonville, FL 32211 | X | | Q1 – 2009 | X | X | X | $4,976.00 | $4,976.00 | $0.00 |
| Account No.<br><br>Richard Sherman<br>4336 Crooked Creek Dr<br>Jacksonville, Fl 32224 | X | | Q1 – 2009 | X | X | X | $10,961.55 | $10,950.00 | $11.55 |
| Account No.<br><br>Ashley Elaine Soles<br>102 E Meadow Court<br>Columbia, SC 29210 | X | | Q1 – 2009 | X | X | X | $2,983.64 | $2,983.64 | $0.00 |
| Account No.<br><br>Stephen Solis | X | | Q1 – 2009 | X | X | X | $3,360.00 | $3,360.00 | $0.00 |
| Account No.<br><br>Carley Tener Spears<br>600 Zanark Dr<br>Columbia, SC 29212 | X | | Q1 – 2009 | X | X | X | $2,520.00 | $2,520.00 | $0.00 |
| Account No.<br><br>Theresa Steele<br>464 Steele Road<br>W Columbia, SC 29170 | X | | Q1 – 2009 | X | X | X | $1,976.20 | $1,976.20 | $0.00 |
| Account No.<br><br>James Odell Stokes<br>11501 Braesview Apt 501<br>San Antonio, TX 78213 | X | | Q1 – 2009 | X | X | X | $6,270.44 | $6,270.44 | $0.00 |

American LegalNet, Inc.<br>www.FormsWorkflow.com

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Michael Arnett Tibbs <br> 4837 Goldenrod Rd N Apt B <br> Winter Park, FL 32792 | X | | Q1 – 2009 | X | X | X | $4,176.00 | $4,176.00 | $0.00 |
| Account No. <br><br> Jarold D Tolbert <br> 5959 Ft Caroline Rd 3202 <br> Jacksonville, FL 32277 | X | | Q1 – 2009 | X | X | X | $3,610.00 | $3,610.00 | $0.00 |
| Account No. <br><br> Bethany Ward <br> 6221 N Dale Mabry Hwy Unit 2809 <br> Tampa, FL 33614 | X | | Q1 – 2009 | X | X | X | $5,541.20 | $5,541.20 | $0.00 |
| Account No. <br><br> Cindy Lee Wilks <br> 17301 Ennis Trail <br> Austin, TX 78717 | X | | Q1 – 2009 | X | X | X | $12,692.31 | $10,950.00 | $1,742.31 |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  $                    $

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 355,828.33

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 341,325.04   $ 14,503.29

American LegalNet, Inc. <br> www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07)**

In re Gulfstream Apt. Portfolios, LLC, _____     Case No. 2:09-bk-15342 SB _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 1 800 Got Junk?<br>13501 Ironton Dr<br>Tampa, FL 33626 | X | | TRADE | X | X | X | $2,390.00 |
| ACCOUNT NO. | | | | | | | |
| A & A Painting & Beyond Inc<br>7906 Patterson Road<br>Tampa, FL 33634 | X | | TRADE | X | X | X | $0.00 |
| ACCOUNT NO. | | | | | | | |
| A Bath Pro<br>3856 Emerald Estate Circle<br>Apopka, FL 32703 | X | | TRADE | X | X | X | $1,050.00 |
| | | | | | | Subtotal ▶ | $3,340.00 |

_____ continuation sheets attached

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC             Case No. 2:09-15342 SB
<br>       **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| A&A Painting & Beyond Inc. 7906 Patterson Road Tampa, FL 33634 | X | | TRADE | X | X | X | $8,887.50 |
| ACCOUNT NO. | | | | | | | |
| A&H Electrical PO Box 82981 Tampa, FL 33682-2981 | X | | TRADE | X | X | X | $240.00 |
| ACCOUNT NO. | | | | | | | |
| Ace Electrical 4569 High Way Jacksonville, FL 32254 | X | | TRADE | X | X | X | $1,614.00 |
| ACCOUNT NO. | | | | | | | |
| Action Maintenance Corpation | X | | TRADE | X | X | X | $575.00 |
| ACCOUNT NO. | | | | | | | |
| ADT Services - Acct No 117441777 PO Box 371967 Pittsburgh, PA 15250-7967 | X | | TRADE | X | X | X | Total amount known, this account went to collections |

Sheet no. 1 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
          **Debtor**                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ADT Services - Acct No 117442140 PO Box 371967 Pittsburgh, PA 15250-7967 | X | | TRADE | X | X | X | $324.43 |
| ACCOUNT NO. | | | | | | | |
| Advanta Carpet 4872 Susann Wood Ct | X | | TRADE | X | X | X | $385.00 |
| ACCOUNT NO. | | | | | | | |
| Affordable Air Conditioning Inc 28 Sebastian Ave St Augustine, FL 32084 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| ALB Inc 5558 Greenland Road Jacksonville, FL 32258 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alex's Cleaning 3023 Whispering Willow Orange Park, FL | X | | TRADE | X | X | X | $2,470.00 |

Sheet no. 2 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
       **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| All Fabric Coated Inc 6100 Hanging Moss Rd Orlando, FL 32807 | X | | TRADE | X | X | X | $8,650.00 |
| ACCOUNT NO. | | | | | | | |
| All Pro Plumbing Serv 7205 Edgewater Drive Orlando, FL 32810 | X | | TRADE | X | X | X | $1,150.87 |
| ACCOUNT NO. | | | | | | | |
| All Pro Plumbing Svcs Inc 7205 Edgewater Dr Orlando, FL 32810 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| All State Security Sys Inc 2551 Ridgeway Drive Kissimmee, FL 34745 | X | | TRADE | X | X | X | $1,700.00 |
| ACCOUNT NO. | | | | | | | |
| All Weather 5158 Sunbeam Rd Ste 2 Jacksonville, FL 32257 | X | | TRADE | X | X | X | $66,827.00 |

Sheet no. 3 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
     **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| All Weather 5151-2 Sunbeam Rd Jacksonville, FL 32257 | X | | TRADE | X | X | X | $15,101.00 |
| ACCOUNT NO. | | | | | | | |
| All Weather Contractors 5151 Sunbeam Road Ste 2 Jacksonville, FL 32257 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| American Helium &Balloons PO Box 22017 Sarasota, FL 34276 | X | | TRADE | X | X | X | $776.81 |
| ACCOUNT NO. | | | | | | | |
| American Leak Detection | X | | TRADE | X | X | X | $745.00 |
| ACCOUNT NO. | | | | | | | |
| Ameriscape USA, Inc. 3106 W Bay to Bay Blvd Tampa, FL 33629 | X | | TRADE | X | X | X | $15,508.29 |

Sheet no. 4 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anytime Plumbing 6914 Jones Road Odessa, FL 33556 | X | | TRADE | X | X | X | $8,839.55 |
| ACCOUNT NO. | | | | | | | |
| Apartment Association of Greater Orlando 341 N Maitland Ave Ste 130 Maitland, FL 32751 | X | | TRADE | X | X | X | $67.10 |
| ACCOUNT NO. | | | | | | | |
| Apartment Finder 2305 Newpoint Pkwy PO Box 100001 Lawrenceville, GA 30046-7001 | X | | TRADE | X | X | X | $2,094.00 |
| ACCOUNT NO. | | | | | | | |
| Apartment Hunters Apartment Hunters 8450 Fredericksburg San Antonio, TX 78229 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Apartments Finder shopping Guide 2305 New Point Parkway Lawrence, GA 30046 | X | | TRADE | X | X | X | $4,403.00 |

Sheet no. 5 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
          **Debtor**    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Appliance Warehouse 3201 Royal Lane Suite Irving, TX 75063 | X | | TRADE | X | X | X | $6,337.12 |
| ACCOUNT NO. | | | | | | | |
| Appliance Warehouse PO Box 660272 Dallas, TX 75266 | X | | TRADE | X | X | X | $4,785.31 |
| ACCOUNT NO. | | | | | | | |
| Appliance Warehouse Lockbox 847696 Dallas, TX 75284 | X | | TRADE | X | X | X | $621.14 |
| ACCOUNT NO. | | | | | | | |
| Appliance Warehouse of America Lockbox 847696 Dallas, TX 75284 | X | | TRADE | X | X | X | $971.56 |
| ACCOUNT NO. | | | | | | | |
| Apt Assoc. of  Greater Orlando 341 N Maitland Ave Maitland, FL | X | | TRADE | X | X | X | $653.28 |

Sheet no. 6 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Apt Hunters 3610 2 N Josey Lane 223 Carrollton, TX 78007 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aquagenix 100 N Conahan Dr Hazelton, PA 18201 | X | | TRADE | X | X | X | $1,180.00 |
| ACCOUNT NO. | | | | | | | |
| Aquagenix 100 N Conhan Dr Hazleton, PA 18201 | X | | TRADE | X | X | X | $686.00 |
| ACCOUNT NO. | | | | | | | |
| Araiza's Cleaning Service PO Box 720868 Orlando, FL 32872-00868 | X | | TRADE | X | X | X | $4,165.00 |
| ACCOUNT NO. | | | | | | | |
| Aramak 2817 N 35th Street Tampa, FL 33605-3123 | X | | TRADE | X | X | X | $878.85 |

Sheet no. 7 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
        **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Aramark PO Box 55230 Lextoning, KY 40555 | X | | TRADE | X | X | X | $232.49 |
| ACCOUNT NO. | | | | | | | |
| Arbor Carpet PO Box 140095 Irving, TX 75014 | X | | TRADE | X | X | X | $2,416.65 |
| ACCOUNT NO. | | | | | | | |
| Arbor Carpet P.O. Box 140095 Irving, TX 75014 | X | | TRADE | X | X | X | $10,650.00 |
| ACCOUNT NO. | | | | | | | |
| Arbor Contract Carpet Inc 2100 E Union Street Ste 100 Irving, TX 75061 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Archer Pest Control PO Box 864044 Orlando, FL 32886-4044 | X | | TRADE | X | X | X | $5,930.00 |

Sheet no. 8 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ARD P.O. Box 933110 Atlanta, GA 31193 | X | | TRADE | X | X | X | $4,960.40 |
| **ACCOUNT NO.** | | | | | | | |
| Arizona Republic The PO Box 200 Phoenix, AZ 85001 | X | | TRADE | X | X | X | $510.00 |
| **ACCOUNT NO.** | | | | | | | |
| ASAP Plumbing PO Box 48070 Jacksonville, FL 32241 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| AT&T PO Box 105262 Atlanta, GA 30348-5262 | X | | TRADE | X | X | X | $1,208.37 |
| **ACCOUNT NO.** | | | | | | | |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | X | | TRADE | X | X | X | |

Sheet no. 9 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
Case No. 2:09-15342 SB

**Debtor**
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Avaya P.O. Box Jacksonville, FL 32255 | X | | TRADE | X | X | X | $614.98 |
| ACCOUNT NO. | | | | | | | |
| Avaya, Inc. PO Box 1379 Raymond, MS 39154 | X | | TRADE | X | X | X | $404.70 |
| ACCOUNT NO. | | | | | | | |
| B & G Refrigeration Co Inc 3230 Kline Road Jacksonville, FL 32246 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| B&G Refrigeration 3230 Line Rd Jacksonville, FL 32246 | X | | TRADE | X | X | X | $12,556.66 |
| ACCOUNT NO. | | | | | | | |
| B.A.P. Pools 14286-19 Beach Blvd Jacksonville, FL 32250 | X | | TRADE | X | X | X | $12,805.86 |

Sheet no. 10 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
　　　　　　　 **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Baldwing Quality Plumbing LLC 2235 Mercator Drive Orlando, FL 32807 | X | | TRADE | X | X | X | $7,438.72 |
| ACCOUNT NO. | | | | | | | |
| Baldwin's  Plumbing | X | | TRADE | X | X | X | $2,201.20 |
| ACCOUNT NO. | | | | | | | |
| Balloon Express PO Box 153063 Tampa, FL 33684 | X | | TRADE | X | X | X | $1,236.92 |
| ACCOUNT NO. | | | | | | | |
| Balloon World Inc 828 N Mills Ave Orlando, FL 32803 | X | | TRADE | X | X | X | $281.00 |
| ACCOUNT NO. | | | | | | | |
| Bap Pools 14286 - 19 Beach  Blvd Suite 309 Jacksonville, FL 32250 | X | | TRADE | X | X | X | $8,158.25 |

Sheet no. 11 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
             **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Barefoot Flooring<br>518 Douglas Ave<br>Altamonte Springs, FL 32714 | X | | TRADE | X | X | X | $3,565.29 |
| ACCOUNT NO. | | | | | | | |
| Bellardini's Painting Co<br>14028 Marine Drive<br>Orlando, FL 32832 | X | | TRADE | X | X | X | $9,052.52 |
| ACCOUNT NO. | | | | | | | |
| Bennett's Business<br>4737 Dell Wood Ave<br>Jacksonville, FL 32205 | X | | TRADE | X | X | X | $858.32 |
| ACCOUNT NO. | | | | | | | |
| Benson Media | X | | TRADE | X | X | X | $115.39 |
| ACCOUNT NO. | | | | | | | |
| Big Gator<br>PO Box 19653<br>Jacksonville, FL 32245 | X | | TRADE | X | X | X | $41,000.00 |

Sheet no. 12 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
          **Debtor**    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Big Gator Construction Co Inc<br>PO Box 19653<br>Jacksonville, FL 32245 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Blue Moon<br>PO Box 684926<br>Austin, TX 78768-4926 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Blue Moon Sortware<br>PO Box 684926<br>Austin, TX 78768-4926 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Bob Bellardini Painting<br>3686 Late Morning Dr<br>Kissimmee, FL 34744 | X | | TRADE | X | X | X | $420.00 |
| ACCOUNT NO. | | | | | | | |
| Borter Glass<br>9502 N Nebraska Ave<br>Tampa, FL 33612-8027 | X | | TRADE | X | X | X | $1,627.22 |

Sheet no. 13 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Brandon Fire & Safety<br>PO Box 2295<br>Mango, FL 33550-2295 | X | | TRADE | X | X | X | $1,419.89 |
| ACCOUNT NO. | | | | | | | |
| Bright House Networks<br>P.O.Box 31337<br>Tampa, FL 33631-337 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brownies Wastewater Solutions<br>10445 General Drive<br>Orlando, FL 32824 | X | | TRADE | X | X | X | $825.00 |
| ACCOUNT NO. | | | | | | | |
| Brownies Water Solution<br>10445 General Drive Lot 102<br>Orlando, FL 32824 | X | | TRADE | X | X | X | $1,200.00 |
| ACCOUNT NO. | | | | | | | |
| Bernard D<br>Bollinger Jr<br>Buchalter Nemer<br>1000 Wilshire Blvd Ste 1500<br>Los Angeles, CA 90017-2457 | X | | TRADE | X | X | X | |

Sheet no. 14 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
      _____                            _____
          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Builder Specialties Inc dba ARD Distributors Inc 1600 NW 159th Street Miami, FL 33169 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Buyer's Access 1777 S. Harrison St. Ste 300 Denver, CO 80210 | X | | TRADE | X | X | X | $1,852.00 |
| ACCOUNT NO. | | | | | | | |
| Buyers Access 1777 So. Harrison St Denver, CO | X | | TRADE | X | X | X | $1,112.00 |
| ACCOUNT NO. | | | | | | | |
| C & I Cleaning PO Box 608007 Orlando, FL 32860 | X | | TRADE | X | X | X | $645.00 |
| ACCOUNT NO. | | | | | | | |
| C&J Cleaning 17409 Flatwood Key Dr Tampa, FL 33647 | X | | TRADE | X | X | X | $2,242.50 |

Sheet no. 15 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| CASS 2675 Corporate Dr Columbus, OH 43231 | X | | TRADE | X | X | X | $127,409.23 |
| ACCOUNT NO. | | | | | | | |
| Caudill Supply 5571 Los Santos Way Jacksonville, FL 32211 | X | | TRADE | X | X | X | $500.00 |
| ACCOUNT NO. | | | | | | | |
| Caudill Supply Inc 5571 Los Santos Way Jacksonville, FL 32211 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Central FL Sewer & Drain Cleaning Inc 864 Oak Manor Circle Orlando, FL 32825 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Central Florida Telesource 4270 Aloma Ave Winter Park, FL 32792 | X | | TRADE | X | X | X | $184.59 |

Sheet no. 16 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                          _____
            **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Century Carpet Care 28405 Darby Rd Dade City, FL 33525 | X | | TRADE | X | X | X | $8,115.00 |
| ACCOUNT NO. | | | | | | | |
| Chadwell Supply 1721 S. Kings Ave Brandon, FL 33511 | X | | TRADE | X | X | X | $983.73 |
| ACCOUNT NO. | | | | | | | |
| Changing Surface Changing Surface 9650 Datapoint #104 San Antonio, TX 78229 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Changing Surface Inc 9650 Datapoint Ste 104 San Antonio, TX 78229 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Chapman service | X | | TRADE | X | X | X | $504.00 |

Sheet no. 17 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
     **Debtor**                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Charland's Painting 363 Little Creek Dr Leesville, SC 29070 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Charles Barrett 307 S Fielding Ave Tampa, FL 33606 | X | | TRADE | X | X | X | $5,387.82 |
| ACCOUNT NO. | | | | | | | |
| Citrasteam 7143 SR 54 Unit 157 New Port Richey, FL 34653 | X | | TRADE | X | X | X | $6,130.00 |
| ACCOUNT NO. | | | | | | | |
| City of Columbia Water Dept 1339 Main Street Columbia, SC 29201 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| City of Orlando Fiscal Management PO Box 913 Orlando, FL 32802-0913 | X | | TRADE | X | X | X | $650.00 |

Sheet no. 18 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| City of Winter Park | X | | TRADE | X | X | X | $-33.78 |
| ACCOUNT NO. | | | | | | | |
| Attn: Shirley City of Winter Park Utility Billing Division 401 Park Ave South Winter Park, FL 32789 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Classic Carpet 11310 US Hwy 301 N Thontosassa, FL 33592 | X | | TRADE | X | X | X | $3,664.00 |
| ACCOUNT NO. | | | | | | | |
| Clear Channel Outdoor 5333 Old Winter Garden Rd Orlando, FL 32811 | X | | TRADE | X | X | X | $4,000.00 |
| ACCOUNT NO. | | | | | | | |
| Color Wheel Paints 2814 Silver Star Road Orlando, FL 32808 | X | | TRADE | X | X | X | $3,235.00 |

Sheet no. 19 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Colors Unlimited 8760 A Research Blvd 244 Austin, TX 78758 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Colors UnLtd Colors UnLtd 8760 A Research Blvd. #244 Austin, TX 78758 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Comfort Plumbing 5747 Atlantic Blvd Jacksonville, FL 32207 | X | | TRADE | X | X | X | $8,795.65 |
| ACCOUNT NO. | | | | | | | |
| Commercial Pool Cleaners 15714 Crying Wind Dr Tampa, FL 33624 | X | | TRADE | X | X | X | $3,580.00 |
| ACCOUNT NO. | | | | | | | |
| Consumer Source | X | | TRADE | X | X | X | $3,195.00 |

Sheet no. 20 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Corporation Premium 7611 S Orange Blossom Trail Ste 122 Orlando, FL 32809 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cort  Furniture Rental 2213-E Distribution  Center Charlotte, NC 28269 | X | | TRADE | X | X | X | $217.98 |
| ACCOUNT NO. | | | | | | | |
| Cort Furniture 5206 Tampa West Blvd Tampa, FL 33634 | X | | TRADE | X | X | X | $1,198.40 |
| ACCOUNT NO. | | | | | | | |
| Cort Furniture - Acct No 146934 5206 Tampa West Blvd Tampa, FL 33634 | X | | TRADE | X | X | X | $720.48 |
| ACCOUNT NO. | | | | | | | |
| CPS Energy PO Box 1771 San Antonio, TX 78296 | X | | TRADE | X | X | X | |

Sheet no. 21 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Creative Carpet Care Inc PO Box 1147 Jonesboro, GA 30237 | X | | TRADE | X | X | X | $49,945.00 |
| ACCOUNT NO. | | | | | | | |
| Creative Companies | X | | TRADE | X | X | X | $585.00 |
| ACCOUNT NO. | | | | | | | |
| Critical Intervention Svcs Inc 1261 S. Missouri Ave Clearwater, FL 33756 | X | | TRADE | X | X | X | $26,522.02 |
| ACCOUNT NO. | | | | | | | |
| Critical Intervention Svcs Inc 1621 S Missouri Ave Clearwater, FL 33756 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Critter Control 835 Crenshaw Lake Rd Lutz, FL 33548 | X | | TRADE | X | X | X | $122.33 |

Sheet no. 22 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
    **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Critter Control PO Box 773311 Jacksonville, FL 32211 | X | | TRADE | X | X | X | $420.49 |
| ACCOUNT NO. | | | | | | | |
| Crown Pest Control 1420 Cesery Blvd Jacksonville, FL 32211 | X | | TRADE | X | X | X | $2,393.00 |
| ACCOUNT NO. | | | | | | | |
| Crown Pest Control 1420 Cesery Blvd Jacksonville, FL 32211 | X | | TRADE | X | X | X | $862.00 |
| ACCOUNT NO. | | | | | | | |
| CRT Flooring Concepts 10609 IH  10 W Ste 200 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Crystal Springs 8774  4th Ave Jacksonville, FL 32208 | X | | TRADE | X | X | X | $490.63 |

Sheet no. 23 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Culligan Water 4100 Silver Star Rd Orlando, FL 32808 | X | | TRADE | X | X | X | $277.58 |
| **ACCOUNT NO.** | | | | | | | |
| Cutting Edge Carpet Inc 730 W Washington Street Orlando, FL 32805 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| D Sink | X | | TRADE | X | X | X | $918.04 |
| **ACCOUNT NO.** | | | | | | | |
| Dahlhausen 806 Cedar Trail Boerne, TX 78006 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| David Gray Plumbing Inc PO Box 11303 Jacksonville, FL 32239 | X | | TRADE | X | X | X | |

Sheet no. 24 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
     **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| DFL Services PO Box 1378 Lutz, FL 33548 | X | | TRADE | X | X | X | $520.00 |
| ACCOUNT NO. | | | | | | | |
| DHL PO Box 277290 Atlanta, GA 30384-7298 | X | | TRADE | X | X | X | $3,731.52 |
| ACCOUNT NO. | | | | | | | |
| DHL | X | | TRADE | X | X | X | $2,429.15 |
| ACCOUNT NO. | | | | | | | |
| DHL Express 315 W. Green Rd Houston, TX 77067 | X | | TRADE | X | X | X | $3,749.21 |
| ACCOUNT NO. | | | | | | | |
| Easterday Plumbing 6653 Powers Ave Ste 241 Jacksonville, FL 32217 | X | | TRADE | X | X | X | $16,322.00 |

Sheet no. 25 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____       Case No. 2:09-15342 SB _____
        **Debtor**                                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Easterday Plumbing 6653 Powers Ave Jacksonville, FL 32217 | X | | TRADE | X | X | X | $3,995.97 |
| ACCOUNT NO. | | | | | | | |
| Easterday Plumbing Inc 6653 Powers Ave Ste 241 Jacksonville, FL 32217 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Edding Pest Control P.O. Box 2314 Orange Park, FL 32073 | X | | TRADE | X | X | X | $1,024.00 |
| ACCOUNT NO. | | | | | | | |
| EFI Glob PO Box 7247-7273 Philadelphia, PA 19170 | X | | TRADE | X | X | X | $602.50 |
| ACCOUNT NO. | | | | | | | |
| Electric Motors 1701 S. Belcher Rd Largo, FL 33771 | X | | TRADE | X | X | X | $934.93 |

Sheet no. 26 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Elit Apt Serv Elit Apt Serv 13814 Lookout Rd #2 San Antionio, TX 78233 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elite Apt Svcs San Antonio 13814 Lookout Road Ste 2 San Antonio, TX 78233 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elite Steam 1126 Shaffer Trail Oviedo, FL 32765 | X | | TRADE | X | X | X | $80.00 |
| ACCOUNT NO. | | | | | | | |
| Ellis Partner in Mystery Shopping 2916 W. Story Rd Irving, TX 75038 | X | | TRADE | X | X | X | $525.00 |
| ACCOUNT NO. | | | | | | | |
| Ellis Partners in Mystery Shopping 2916 W Story Rd Irving, TX 75038 | X | | TRADE | X | X | X | $105.00 |

Sheet no. 27 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| EMBARQ | X | | TRADE | X | X | X | $289.01 |
| ACCOUNT NO. | | | | | | | |
| Empire Cleaning Svcs 6512 Swissco Dr Ste 1433 Orlando, FL 32822 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Empty Pail Painting 4245 Apollo Ave Jacksonville, FL | X | | TRADE | X | X | X | $16,665.00 |
| ACCOUNT NO. | | | | | | | |
| Empty Pail Painting Co Inc 4245 Apollo Ave Jacksonville, FL 32226 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| ETS Communications PO Box 24206 Tampa, FL 33623-4206 | X | | TRADE | X | X | X | $96.30 |

Sheet no. 28 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Evergreen Sale & Service 1603 Camerbur Ave Orlando, FL 32805 | X | | TRADE | X | X | X | $301.08 |
| ACCOUNT NO. | | | | | | | |
| Evergreen Sales & Service 1603 Camberur Ave Orlando, FL 32805-3750 | X | | TRADE | X | X | X | $280.41 |
| ACCOUNT NO. | | | | | | | |
| First Coast Apt Association 9440 Philips Hwy Suite 14 Jacksonville, FL 32256 | X | | TRADE | X | X | X | $607.00 |
| ACCOUNT NO. | | | | | | | |
| Florida Apartment Association | X | | TRADE | X | X | X | $445.18 |
| ACCOUNT NO. | | | | | | | |
| Florida Apt. Assoc 341 Maitland Ave. Maitland, FL 32751 | X | | TRADE | X | X | X | $284.42 |

Sheet no. 29 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC         Case No. 2:09-15342 SB
      **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| For Rent 75 Remittance Dr Unit 1705 Chicago, IL 60675-1705 | X | | TRADE | X | X | X | $269.28 |
| ACCOUNT NO. | | | | | | | |
| Frank Walther d/b/a Carpet Busters 1021 Helmsdale Dr Wesley Chapel, FL 33543 | X | | TRADE | X | X | X | $1,925.00 |
| ACCOUNT NO. | | | | | | | |
| Gateway International 3220 N Street NW Apt 151 Washington, DC 20007 | X | | TRADE | X | X | X | $474.95 |
| ACCOUNT NO. | | | | | | | |
| GC Contractor & Construction 8438 Foxworth Circle Orlando, FL 32819 | X | | TRADE | X | X | X | $2,895.00 |
| ACCOUNT NO. | | | | | | | |
| Gene the Handyman 1100 57th Ave North St Pete, FL 33703 | X | | TRADE | X | X | X | $5,800.00 |

Sheet no. 30 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| GE RE Asset Mgr Bethany General Electric Capital Corporation 1901 Main Street 7th Floor Irvine, CA 92614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gerald Wingo 6915 Partridge Lane Orlando, FL 32807 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Germ-X | X | | TRADE | X | X | X | $5,500.00 |
| ACCOUNT NO. | | | | | | | |
| Grace Hill | X | | TRADE | X | X | X | $521.61 |
| ACCOUNT NO. | | | | | | | |
| Granite Telecommunication | X | | TRADE | X | X | X | $2,122.58 |

Sheet no. 31 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
         **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Granite Telecommunications PO Box 1405 Lawrenceville, GA 04243-1405 | X | | TRADE | X | X | X | $704.76 |
| ACCOUNT NO. | | | | | | | |
| Granite Telecommunications PO Box 83197 Woburn, MA 01813-3197 | X | | TRADE | X | X | X | $200.32 |
| ACCOUNT NO. | | | | | | | |
| Michael J Genovese Esq Grant Genovese & Baratta LLP 2030 Main Street Ste 1600 Irvine, CA 92614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Grant Genovese & Baratta LLP | X | | TRADE | X | X | X | $201.44 |
| ACCOUNT NO. | | | | | | | |
| Greater Am Bus Prods, LLC PO Box 4422 Houston, TX 77210 | X | | TRADE | X | X | X | $247.00 |

Sheet no. 32 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
      **Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Greater Bay Area Apartment Guide PO Box 402039 Atlanta, GA 30384-2039 | X | | TRADE | X | X | X | $2,130.00 |
| ACCOUNT NO. | | | | | | | |
| Greenearth Corp PO Box 1186 Geneva, FL 32732 | X | | TRADE | X | X | X | $2,840.00 |
| ACCOUNT NO. | | | | | | | |
| Ground Patrol of Orlando 5490 Orange Blvd Sanford, FL 32771 | X | | TRADE | X | X | X | $13,470.00 |
| ACCOUNT NO. | | | | | | | |
| Ground Patrol of Orlando Inc 5490 Orange Blvd Sanford, FL 32771 | X | | TRADE | X | X | X | $16,000.00 |
| ACCOUNT NO. | | | | | | | |
| Growing Sol Growing Solutions 2606 Melrose Canyon San Antonio, TX 78232 | X | | TRADE | X | X | X | |

Sheet no. 33 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____        Case No. 2:09-15342 SB _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Growing Solu Growing Solutions 2602 Melrose Canyon San Antonio, TX 78232 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Growing Solutions 2606 Melrose Canyon San Antonio, TX 78232 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| GTS Property Portfolios B3 LLC 3250 Wilshire Blvd Ste 1106 Los Angeles, CA 90010-1577 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gulfstream Apt Portfolio LLC 3250 Wilshire Blvd Ste 1106 Los Angeles, CA 90010-1577 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| H D Supply | X | | TRADE | X | X | X | $352.89 |

Sheet no. 34 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Handy Trac 510 Staghorn Court Alpharetta, GA 30127 | X | | TRADE | X | X | X | $425.00 |
| ACCOUNT NO. | | | | | | | |
| HD Supply PO Box 509058 San Diego, CA 92150 | X | | TRADE | X | X | X | $1,583.96 |
| ACCOUNT NO. | | | | | | | |
| HD Supply 10641 Scripps Summit Court San Diego, CA 92131 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| HICO Helium America's Helium & Balloons PO Box 1665 Powder Springs, GA 30127 | X | | TRADE | X | X | X | $2,450.37 |
| ACCOUNT NO. | | | | | | | |
| Hillcoat Properties Inc dba Apt Hunters 3610 2 N Josey Lane Ste 223 Carrollton, TX 75007 | X | | TRADE | X | X | X | |

Sheet no. 35 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $
Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Hillsborough County & Fire Rescue 3210 S 78th St Tampa, FL 33619 | X | | TRADE | X | X | X | $4,248.00 |
| ACCOUNT NO. | | | | | | | |
| HMWC CPAS & Business Advisors | X | | TRADE | X | X | X | $2,008.55 |
| ACCOUNT NO. | | | | | | | |
| Home Depot Home Supply Inc 10641 Scripps Summit Court San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Home Depot Supply Home Depot Supply PO box 509058 San Diego, CA 92150 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Home Depot Supply PO Box 509058 San Diego, CA 92150-9058 | X | | TRADE | X | X | X | $8,725.46 |

Sheet no. 36 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
     **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| House of Floors 8521 Sunstate Street Tampa, FL 33624-3039 | X | | TRADE | X | X | X | $33,831.89 |
| ACCOUNT NO. | | | | | | | |
| House of Floors 8521 Sunstate Street Tampa, FL 33634-7600 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| ICI Paint 1406 Hendricks Ave Jacksonville, FL 32207 | X | | TRADE | X | X | X | $700.46 |
| ACCOUNT NO. | | | | | | | |
| ICI Paints ICI Paints 21033 Network Pl Chicago, IL 60673 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| ICI Paints 6903 Benjamin Rd Tampa, FL 33634 | X | | TRADE | X | X | X | $875.75 |

Sheet no. 37 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
        **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Illustratus 10983 Granada Lane Overland Park, KS 66211 | X | | TRADE | X | X | X | $316.90 |
| ACCOUNT NO. | | | | | | | |
| Illusttratus 10983 Granada Lane Overland Park, KS 66211 | X | | TRADE | X | X | X | $565.35 |
| ACCOUNT NO. | | | | | | | |
| Industrial Chem Lab & Serv 55-G Brook Ave Deer Park, NY 11729 | X | | TRADE | X | X | X | $233.91 |
| ACCOUNT NO. | | | | | | | |
| Investment Care Services PO Box 308 Thontosassa, FL 33592-308 | X | | TRADE | X | X | X | $7,070.00 |
| ACCOUNT NO. | | | | | | | |
| J&M Global Enterprises 5522 Hanley Rd Ste 102 Tampa, FL 33634 | X | | TRADE | X | X | X | $1,678.80 |

Sheet no. 38 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                              Case No. 2:09-15342 SB
_____                        _____
**Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| J.R. Tub Refinishing Inc. 201 Citrus Dr Kissimmee, FL 34743 | X | | TRADE | X | X | X | $300.00 |
| ACCOUNT NO. | | | | | | | |
| JA Quality Serv 962 Ponderosa Pine Ct Orlando, FL 32825 | X | | TRADE | X | X | X | $890.00 |
| ACCOUNT NO. | | | | | | | |
| Jacksonville Turn key 1612 E Beverly Street Jacksonville, FL 32202 | X | | TRADE | X | X | X | $3,590.00 |
| ACCOUNT NO. | | | | | | | |
| Jacksonville Turnkey Inc 1612 E Beaver Street Jacksonville, FL 32202 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jay Restoration Plus 1844 N Nob Hill Rd 282 Plantation, FL | X | | TRADE | X | X | X | $9,799.49 |

Sheet no. 39 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
        **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jays Restoration 1844 N Nob Hill Rd Plantation, FL 33322 | X | | TRADE | X | X | X | $7,234.42 |
| ACCOUNT NO. | | | | | | | |
| JEA 21 W Church Street Jacksonville, FL 32202 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jim's Plumbing and Irrigation Inc. 6915 Partridge Lane Orlando, FL 32807-5313 | X | | TRADE | X | X | X | $1,072.62 |
| ACCOUNT NO. | | | | | | | |
| Jose Enrique Morales 4908 Turkey Creek Rd Plant City, FL 33617 | X | | TRADE | X | X | X | $495.00 |
| ACCOUNT NO. | | | | | | | |
| Juana Burgos 6824 Fountain Ave Tampa, FL 33634 | X | | TRADE | X | X | X | $75.00 |

Sheet no. 40 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Just Co Just Co 5803 Joiner Trail #89 San Antonio, TX 78238 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Just Co 5803 Joiner 89 San Antonio, TX 78265 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| K & V Professional Cleaning 2901 W. Paxton Ave. Tampa, FL 33611 | X | | TRADE | X | X | X | $3,375.00 |
| ACCOUNT NO. | | | | | | | |
| Kevin Horsley Resurfacing 309 N Goldenrod Rd Winter Park, FL 32792 | X | | TRADE | X | X | X | $55.00 |
| ACCOUNT NO. | | | | | | | |
| Lake Doctor Inc. 3523 St Rd 419 Winter Spring, FL 32708 | X | | TRADE | X | X | X | $518.00 |

Sheet no. 41 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
                Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Landrum A/C 14476 109 Duval Place West Jacksonville, FL 32218 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Law Office of Heist, Weisse & Lucrezi 14502 N Dale Mabry Hwy Ste 200 Tampa, FL 33684 | X | | TRADE | X | X | X | $2,025.00 |
| **ACCOUNT NO.** | | | | | | | |
| Life Style Carpet 5723 Benjamin Center Tampa, FL 33634 | X | | TRADE | X | X | X | $13,786.60 |
| **ACCOUNT NO.** | | | | | | | |
| Lifestyle Carpets Inc 5723 Benjamin Center Dr Tampa, FL 33634 | X | | TRADE | X | X | X | $15,986.18 |
| **ACCOUNT NO.** | | | | | | | |
| Lifestyle Carpets Inc 5723 Benjamin Center Dr Tampa, FL 33634 | X | | TRADE | X | X | X | |

Sheet no. 42 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
   **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lifestyle Carpets Inc<br>725 N Magnolia Ave<br>Orlando, FL 32803 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lord Electric<br>10651 Nadia Ave<br>Orlando, FL 32825 | X | | TRADE | X | X | X | $1,823.00 |
| ACCOUNT NO. | | | | | | | |
| Luis Aranda Painting<br>5278 N OBT<br>Orlando, FL 32810 | X | | TRADE | X | X | X | $240.00 |
| ACCOUNT NO. | | | | | | | |
| M & M Painting and Construction<br>27018 Blanco Road<br>San Antonio, TX 78260 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| M&M Painting & Constr<br>M&M Painting & Constr<br>27018 Blanco Rd<br>San Antonio, TX 78258 | X | | TRADE | X | X | X | |

Sheet no. 43 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maid Easy Inc 2002 NW Military Highway San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maintenx 2002 N Howard Ave Tampa, FL 33607 | X | | TRADE | X | X | X | $12,723.00 |
| ACCOUNT NO. | | | | | | | |
| Marcone PO Box 790120 St. Louis, MO 63179-0120 | X | | TRADE | X | X | X | $94.22 |
| ACCOUNT NO. | | | | | | | |
| Mardi Sasse 6221 N Dale Mabry Hwy Unit 2503 Tampa, FL 33614 | X | | TRADE | X | X | X | $428.94 |
| ACCOUNT NO. | | | | | | | |
| Martha Cleaning Service 3522 Glen Village Ct Orlando, FL 32822 | X | | TRADE | X | X | X | $878.63 |

Sheet no. 44 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ |

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
         **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marvin F Poer & Company PO Box 660076 Dallas, TX 75266 | X | | TRADE | X | X | X | $1,000.00 |
| ACCOUNT NO. | | | | | | | |
| Marvin F. Poer & Company | X | | TRADE | X | X | X | $1,000.00 |
| ACCOUNT NO. | | | | | | | |
| Massey PO Box 5477668 Orlando, FL 32854 | X | | TRADE | X | X | X | $884.00 |
| ACCOUNT NO. | | | | | | | |
| Mid America Specialist PO Box 2121 Memphis, TN | X | | TRADE | X | X | X | $116.97 |
| ACCOUNT NO. | | | | | | | |
| Mid American Specialties | X | | TRADE | X | X | X | $206.55 |

Sheet no. 45 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Attn: Jean Tate Mid Carolina Electric PO Box 669 Lexington, SC 29071 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Miramar  USA 1526 Brook Hollow Drive Orlando, FL 32824 | X | | TRADE | X | X | X | $3,180.00 |
| ACCOUNT NO. | | | | | | | |
| Mirrors & More PO Box 351375 Jacksonville, FL 32235 | X | | TRADE | X | X | X | $2,345.00 |
| ACCOUNT NO. | | | | | | | |
| More For Free.com More For Free.com PO Box 245 Kingsville, TX 78364 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| MoveForFreecom Inc 8535 Wurzbach Rd Ste 101 San Antonio, TX 78240 | X | | TRADE | X | X | X | |

Sheet no. 46 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                         Subtotal➤   $

                         Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC

Case No. 2:09-15342 SB

**Debtor**

**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mr. Printer | X | | TRADE | X | X | X | $126.15 |
| ACCOUNT NO. | | | | | | | |
| Mr. Printer Inc 2827 N Central Ave. Phoenix, AZ 85004 | X | | TRADE | X | X | X | $75.74 |
| ACCOUNT NO. | | | | | | | |
| Mr. Rooter 6089 Johns Road Ste 1 Tampa, FL 33634 | X | | TRADE | X | X | X | $490.45 |
| ACCOUNT NO. | | | | | | | |
| My New Place 425 Bush Street Suite 200 San Francisco, CA 94108 | X | | TRADE | X | X | X | $2,787.40 |
| ACCOUNT NO. | | | | | | | |
| My New Place 425 Bush Street Suite 200 San Francisco, CA 94108 | X | | TRADE | X | X | X | $2,662.50 |

Sheet no. 47 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| My New Place 425 Bush St. San Francisco, CA 94108 | X | | TRADE | X | X | X | $497.50 |
| ACCOUNT NO. | | | | | | | |
| Nanak's Landscaping PO Box 521085 Longwood, FL 32752-1085 | X | | TRADE | X | X | X | $36,656.00 |
| ACCOUNT NO. | | | | | | | |
| National Water & Power | X | | TRADE | X | X | X | $1,451.05 |
| ACCOUNT NO. | | | | | | | |
| Network Communications | X | | TRADE | X | X | X | $1,396.00 |
| ACCOUNT NO. | | | | | | | |
| Nuwave Pool 2240 Northubria Drive Sanford, FL 32771 | X | | TRADE | X | X | X | $10,835.89 |

Sheet no. 48 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Nuwave Pools 2240 Nothumbria Dr Sanford, FL 32771 | X | | TRADE | X | X | X | $4,450.00 |
| ACCOUNT NO. | | | | | | | |
| NWP Services 22 Executive Park Irvine, CA 92614 | X | | TRADE | X | X | X | $10,382.83 |
| ACCOUNT NO. | | | | | | | |
| O.U.C P.O.Box 4901 Orlando, FL 32802-4901 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Office Max PO Box 101705 Atlanta, GA 30392-1705 | X | | TRADE | X | X | X | $84.77 |
| ACCOUNT NO. | | | | | | | |
| OM Royal Cleaning 5107 Rawls Rd Tampa, FL 33624 | X | | TRADE | X | X | X | $1,860.00 |

Sheet no. 49 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
<br>**Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Orlando Sentinel<br>PO Box 804865<br>Chicago, IL 60680 | X | | TRADE | X | X | X | $459.64 |
| ACCOUNT NO. | | | | | | | |
| Orlando Utilities Commission<br>PO Box 4901<br>Orlando, FL 32802-4901 | X | | TRADE | X | X | X | $8,114.70 |
| ACCOUNT NO. | | | | | | | |
| Orlando Utility Co Reliable Plaza<br>100 W Anderson St<br>Orlando, FL 32801 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Pair a Jacks Cleaning | X | | TRADE | X | X | X | $800.00 |
| ACCOUNT NO. | | | | | | | |
| Para Corp<br>PO Box 160568<br>Sacramento, CA 95816 | X | | TRADE | X | X | X | $125.00 |

Sheet no. 50 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
_____                          _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Paracorp | X | | TRADE | X | X | X | $15.00 |
| ACCOUNT NO. | | | | | | | |
| Peach Tree Bus Prod 1755 West Oak Pkwy Marietta, GA 30062 | X | | TRADE | X | X | X | $240.00 |
| ACCOUNT NO. | | | | | | | |
| Pest Pro Services 2721 Hertha Ave Orlando, FL 32826 | X | | TRADE | X | X | X | $330.00 |
| ACCOUNT NO. | | | | | | | |
| Planet Telecom | X | | TRADE | X | X | X | $619.70 |
| ACCOUNT NO. | | | | | | | |
| Planet Telecom PO Box 255 New Albany, IN 47151 | X | | TRADE | X | X | X | $255.00 |

Sheet no. 51 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pool Kare 8802 Corporate Sq Ct Jacksonville, FL 32216 | X | | TRADE | X | X | X | $1,500.00 |
| ACCOUNT NO. | | | | | | | |
| Pool Sure P.O Box 55372 | X | | TRADE | X | X | X | $1,858.86 |
| ACCOUNT NO. | | | | | | | |
| Pool Time 9818 US 301 S Riverview, FL 33578 | X | | TRADE | X | X | X | $3,250.00 |
| ACCOUNT NO. | | | | | | | |
| Poolworks 700 Wilma St Longwood, FL 32750 | X | | TRADE | X | X | X | $363.87 |
| ACCOUNT NO. | | | | | | | |
| Praxair 2312 W Beaver St Jacksonville, FL 32209 | X | | TRADE | X | X | X | $217.14 |

Sheet no. 52 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
               **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Prevail Pest Control 5305 Garden Lane Tampa, FL 33610 | X | | TRADE | X | X | X | $5,197.72 |
| ACCOUNT NO. | | | | | | | |
| Printing USA 342 Aloma Ave. Winter Park, FL 32792 | X | | TRADE | X | X | X | $96.70 |
| ACCOUNT NO. | | | | | | | |
| Professional Grounds Management c/o Law Offices of A. Surber, PA 4809 Ehrlich Rd Ste 102 Tampa, FL 33624 | X | | TRADE | X | X | X | $7,822.50 |
| ACCOUNT NO. | | | | | | | |
| Attn: Jody Carter/BK WWI Progress Energy PO Box 1771 Raleigh, NC 27602 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Progress Energy | X | | TRADE | X | X | X | $14,603.49 |

Sheet no. 53 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
       **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Publix Supermarket PO Box 32009 Lakeland, FL 33802 | X | | TRADE | X | X | X | $121.31 |
| **ACCOUNT NO.** | | | | | | | |
| QI Refinishing PO Box 450955 Kissimmee, FL 34745 | X | | TRADE | X | X | X | $1,091.62 |
| **ACCOUNT NO.** | | | | | | | |
| Quality Door & Glass 7611 S OBT Orlando, FL 32809 | X | | TRADE | X | X | X | $455.00 |
| **ACCOUNT NO.** | | | | | | | |
| Quest Carp Solutions Quest Carp Solutions 4905 Forest Ranch San Antonio, TX 78233 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| QWEST | X | | TRADE | X | X | X | $18.74 |

Sheet no. 54 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
               **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Qwest - Acct No 54286037 PO Box 856169 Louisville, KY 40285-6169 | X | | TRADE | X | X | X | $86.23 |
| ACCOUNT NO. | | | | | | | |
| R & R Maintenance 11700 Philips Highway Jacksonville, FL 32256 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| R&R Maintenance Inc 6734 Greenland Industrial Blvd Jacksonville, FL 32258 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rainaldi Plumbing Orlando, FL 32857-4557 | X | | TRADE | X | X | X | $1,463.00 |
| ACCOUNT NO. | | | | | | | |
| Rasa Floors LP PO Box 110067 Carrollton, TX 75011 | X | | TRADE | X | X | X | |

Sheet no. 55 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
            **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ravitsky Bros Inc 13814 Lookout Road Ste 2 San Antonio, TX 78233 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Redi Carpet Sales of Houston Ltd Redi Carpet Sales of Houston Ltd PO Box 973897 Dallas, TX 75397 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Redi Carpet Sales of Houston Ltd 12802 Capricorn Stafford, TX 77477 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rent.com Dept 1987 Los Angeles, CA 90084-1987 | X | | TRADE | X | X | X | $1,007.00 |
| ACCOUNT NO. | | | | | | | |
| Rent.Com Inc Pymt Ctr Dept 1987 Los Angeles, CA 90084 | X | | TRADE | X | X | X | $232.49 |

Sheet no. 56 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ _____

Total ➤ $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Reserva PO Box 340496 Tampa, FL 33694 | X | | TRADE | X | X | X | $1,005.00 |
| ACCOUNT NO. | | | | | | | |
| Resident Check 423 LBJ Freeway Suite 407 Dallas, TX 75244 | X | | TRADE | X | X | X | $1,187.00 |
| ACCOUNT NO. | | | | | | | |
| Resident Check 4230 LBJ Freeway Ste 407 Dallas, TX 75244 | X | | TRADE | X | X | X | $509.00 |
| ACCOUNT NO. | | | | | | | |
| Resident Check PO Box 678911 Dallas, TX 75267 | X | | TRADE | X | X | X | $413.00 |
| ACCOUNT NO. | | | | | | | |
| Resource Global Professional Fle 55211 Los Angeles, CA 90074 | X | | TRADE | X | X | X | $249.12 |

Sheet no. 57 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $

Total ➤      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Resources Global Professionals | X | | TRADE | X | X | X | $414.87 |
| ACCOUNT NO. | | | | | | | |
| Ricoh Americas Corporation PO Box 550599 Jacksonville, FL 32255-0599 | X | | TRADE | X | X | X | $708.61 |
| ACCOUNT NO. | | | | | | | |
| RL Haines Construction LLC 2235 Mercator Dr Orlando, FL 32807 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rolland Reach Plumbing 11501 Columbia Park Drive Jacksonville, FL 32258 | X | | TRADE | X | X | X | $4,070.26 |
| ACCOUNT NO. | | | | | | | |
| Rolland Reash Plumbing 11501 Columbia Park Dr W 208 Jacksonville, FL 32258 | X | | TRADE | X | X | X | $2,504.00 |

Sheet no. 58 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
　　　　　　　　　　Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Rolland Reash Plumbing 11501 Columbia Park Dr W 208 Jacksonville, FL 32258 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Roto Rooter 2050 Tampa West Blvd Tampa, FL 33634 | X | | TRADE | X | X | X | $3,008.63 |
| **ACCOUNT NO.** | | | | | | | |
| Roto Rooter Plumbing 5672 Collections Center Dr Chicago, IL 60693 | X | | TRADE | X | X | X | $705.00 |
| **ACCOUNT NO.** | | | | | | | |
| Roto-Rotor Service Co Corp 5672 Collection Center Dr Chicago, IL | X | | TRADE | X | X | X | $1,185.00 |
| **ACCOUNT NO.** | | | | | | | |
| Russell Clementson 725 S Figueroa Ste 2600 Los Angeles, CA 90017 | X | | TRADE | X | X | X | |

Sheet no. 59 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rutan & Tucker | X | | TRADE | X | X | X | $710.61 |
| ACCOUNT NO. | | | | | | | |
| San Antonio Water Svc 2800 US Hwy 281 North PO Box 2449, San Antonio TX 78298 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Savin Corporation PO Box 740423 Atlanta, GA 30374-0423 | X | | TRADE | X | X | X | $2,845.92 |
| ACCOUNT NO. | | | | | | | |
| Attn: Trisha Morrison SCG&E PO Box 100255 Columbia, SC 29202-3255 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Seretta Construction 2604 Clark St Apopka, FL 32703 | X | | TRADE | X | X | X | $250.00 |

Sheet no. 60 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Sharp Electronics 4757 Dellwood Ave Jacksonville, FL 32205 | X | | TRADE | X | X | X | $882.25 |
| **ACCOUNT NO.** | | | | | | | |
| Attn: Steve Cardoza Esq Sheppard Mullin Richter & Hampton 650 Town Center Dr 4th Fl Costa Mesa, CA 92626-1993 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Attn: Alan Martin Esq Sheppard Mullin Richter & Hampton 650 Town Center Dr 4th Fl Costa Mesa, CA 92626-1993 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Attn: Stephanie Seidl Esq Sheppard Mullin Richter & Hampton 650 Town Center Dr 4th Fl Costa Mesa, CA 92626-1993 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Attn: Michael Wallin Esq Sheppard Mullin Richter & Hampton 650 Town Center Dr 4th Fl | X | | TRADE | X | X | X | |

Sheet no. 61 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                    Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
          **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Costa Mesa, CA 92626-1993 | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| Sherwin Williams 3811 University Blvd W Unit 9 Jacksonville, FL 32217 | X | | TRADE | X | X | X | $23,207.31 |
| **ACCOUNT NO.** | | | | | | | |
| Sherwin Williams 855 S Orlando Ave Winter Park, FL 32789 | X | | TRADE | X | X | X | $3,597.21 |
| **ACCOUNT NO.** | | | | | | | |
| Sherwin Williams 4473 S Semoran Blvd Orlando, FL 32822 | X | | TRADE | X | X | X | $1,898.58 |
| **ACCOUNT NO.** | | | | | | | |
| Sherwin Williams 4473 S Semeron Blvd Orlando, FL 32822-2461 | X | | TRADE | X | X | X | $514.84 |

Sheet no. 62 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sherwin Williams 5336 Normandy Blvd Jacksonville, FL 32205 | X | | TRADE | X | X | X | $4,266.90 |
| ACCOUNT NO. | | | | | | | |
| Sherwin Wms Sherwin Wms 4243 Industrial Ctr San Antonio, TX 78217 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Silver City Partners LTD PO Box 5148 Winter Park, FL 32793 | X | | TRADE | X | X | X | $13,338.50 |
| ACCOUNT NO. | | | | | | | |
| Sonitrol (now Stanley) Dept CH 10651 Palatine, IL 60055 | X | | TRADE | X | X | X | $871.13 |
| ACCOUNT NO. | | | | | | | |
| Sonitrol of Orlando 8 Campus Circle Ste 150 Westlake, TX 76262-8288 | X | | TRADE | X | X | X | $2,070.02 |

Sheet no. 63 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                              _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sparkle Enterprises<br>Sparkle Enterprises<br>PO Box 34658<br>San Antonio, TX 78265 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sparkle Enterprises<br>Sparkle Enterprises<br>PO Box 34653<br>San Antonio, TX 78265 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sparkle Enterprises<br>PO Box 34653<br>San Antonio, TX 78265 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Stanley Convergent Sec Solutions<br>Dept CH 10651<br>Palatine, IL 60055 | X | | TRADE | X | X | X | $524.95 |
| ACCOUNT NO. | | | | | | | |
| Staple Business Advantage<br>PO Box 30851 Dept.BOS 85101<br>Hartford, CT 06150 | X | | TRADE | X | X | X | $1,517.85 |

Sheet no. 64 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____      Case No. 2:09-15342 SB _____
     **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Staples PO Box 30851 Hartford, CT 06150-0851 | X | | TRADE | X | X | X | $5,597.51 |
| **ACCOUNT NO.** | | | | | | | |
| Staples 5800 Beach Blvd Jacksonville, FL 32207 | X | | TRADE | X | X | X | $2,144.00 |
| **ACCOUNT NO.** | | | | | | | |
| Steam Pro | X | | TRADE | X | X | X | $3,235.00 |
| **ACCOUNT NO.** | | | | | | | |
| Steven P. Harms Contractors PO Box 10336 Tampa, FL 33679 | X | | TRADE | X | X | X | $1,093.05 |
| **ACCOUNT NO.** | | | | | | | |
| Stevens & Stevens Storage PO Box 388 Pinellas Park, FL 33780-0388 | X | | TRADE | X | X | X | $765.00 |

Sheet no. 65 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Steve's Painting and Maintenance 6900 Philips Hwy Ste 12 Jacksonville, FL 32216 | X | | TRADE | X | X | X | $13,766.65 |
| ACCOUNT NO. | | | | | | | |
| Suarez Bathtub 7603 Canyon Ct Tampa, FL 33615 | X | | TRADE | X | X | X | $7,950.00 |
| ACCOUNT NO. | | | | | | | |
| Suastegui's Int'l Landscape 414 France Cir. Ruskin, FL 33534 | X | | TRADE | X | X | X | $12,772.40 |
| ACCOUNT NO. | | | | | | | |
| Suastegui's Intl Landscaping Svcs 414 Frances Circle Ruskin, FL 33570 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sun Service 1008 Fountain Road Jacksonville, FL 32205 | X | | TRADE | X | X | X | $16,082.79 |

Sheet no. 66 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
                 **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sun Svc Carpets & More 1008 Fountain Road Jacksonville, FL 32205 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sun Terra Landscape Svcs LP 2007 Rutland Austin, TX 78758 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sunshine Pools 18125 US Hwy 41 N Ste 101 Lutz, FL 33549 | X | | TRADE | X | X | X | $1,800.50 |
| ACCOUNT NO. | | | | | | | |
| Sunterra Landscape Sunterra Landscape PO Box 80949 Austin, TX 78708 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Svc Depot of San Antonio LLC 102 Old Bowman Rd Ste D Round Rock, TX 78681 | X | | TRADE | X | X | X | |

Sheet no. 67 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____  Case No. 2:09-15342 SB _____
         **Debtor**                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Tampa Electric Company (TECO) PO Box 31318 Tampa, FL 33631 | X | | TRADE | X | X | X | $7,327.84 |
| **ACCOUNT NO.** | | | | | | | |
| TD Ind TD Ind 12700 O Connor Rd San Antonio, TX 78233 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| TECO PO Box 111 Tampa, FL 33601-0111 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| TECO People Gas | X | | TRADE | X | X | X | $542.17 |
| **ACCOUNT NO.** | | | | | | | |
| TECO Peoples Gas 702 N Franklin Street   PO Box 2562 Tampa, FL 33601-2562 | X | | TRADE | X | X | X | |

Sheet no. 68 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| The BAP Co Inc 14286 19 Beach Blvd Ste 309 Jacksonville, FL 32277 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| The Gift Guru 2203 Curry Ford Rd Orlando, FL 32806 | X | | TRADE | X | X | X | $519.14 |
| **ACCOUNT NO.** | | | | | | | |
| The Glidden Co dba ICI Paints 11256 Cornell Park Dr Ste 500 Cincinnati, OH 45242 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| The H.E.L.P. 13603 N Florida Ave Tampa, FL 33613 | X | | TRADE | X | X | X | $6,960.00 |
| **ACCOUNT NO.** | | | | | | | |
| The Law Office of Robert Dabaghian c/o Todd Roach LP dba Quest Carpet Solutions 6243 IH  10 W Ste 800 San Antonio, TX 78201 | X | | TRADE | X | X | X | |

Sheet no. 69 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
     **Debtor**             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Partners In Paint | X | | TRADE | X | X | X | $21,825.00 |
| ACCOUNT NO. | | | | | | | |
| The Sherwin Williams Co 2699 Lee Road Ste 200 Winter Park, FL 32789 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| The Sherwin Williams Co 2100 Lakeside Dr Ste 400 Richardson, TX 75082 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| The Tub Man Co 9340 Windsor Lake Blvd Columbia, SC 29223-1108 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| U S Heating & Air Inc 624 Douglas Ave Altamonte Spring, FL 32714 | X | | TRADE | X | X | X | $6,751.00 |

Sheet no. 70 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC  
**Debtor**

Case No. 2:09-15342 SB  
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| United Fire Protection 2900 Shader Rd Orlando, FL 32808 | X | | TRADE | X | X | X | $226.35 |
| ACCOUNT NO. | | | | | | | |
| United Fire Protection 2900 Shader Rd Orlando, FL 32808 | X | | TRADE | X | X | X | $1,556.58 |
| ACCOUNT NO. | | | | | | | |
| United States Trustee 725 S Figueroa St 26th Flr Los Angeles, CA 90017 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| University Directories 88 Vlcom Crcle Chapel Hill, NC 27514 | X | | TRADE | X | X | X | $1,095.00 |
| ACCOUNT NO. | | | | | | | |
| University Directors PO Box 8830 Chapel Hill, NC 27515 | X | | TRADE | X | X | X | $1,005.00 |

Sheet no. 71 of 309 continuation sheets attached to  
Schedule of Creditors Holding Unsecured  
Nonpriority Claims

Subtotal➤ $

Total ➤ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| US Heating & Air Conditioning Inc 624 Douglas Ave Ste 1402 Altamonte Springs, FL 32714 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vamvoras Ltd 4734 Shavano Oak San Antonio, TX 78249 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ventuir Technologies 330 North St Longwood, FL 32750 | X | | TRADE | X | X | X | $5,765.00 |
| ACCOUNT NO. | | | | | | | |
| Venturi 4011 W South Ave Tampa, FL 33614 | X | | TRADE | X | X | X | $2,810.00 |
| ACCOUNT NO. | | | | | | | |
| Venturi Clean 330 North Street Longwood, FL 32750 | X | | TRADE | X | X | X | $11,160.00 |

Sheet no. 72 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC               Case No. 2:09-15342 SB
       **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Venturi Technologies PO Box 16423 Denver, CO | X | | TRADE | X | X | X | $7,199.55 |
| ACCOUNT NO. | | | | | | | |
| W Coast Master Painters Inc 3608 W Euclid Ave Tampa, FL 33629 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| W Coast Master Painters Inc 4804 W Gandy Blvd Tampa, FL 33611-3003 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Waste Management of Atlanta PO Box 105453 Atlanta, GA 30348 | X | | TRADE | X | X | X | $9,519.05 |
| ACCOUNT NO. | | | | | | | |
| Waste Management of Orlando PO Box 105453 Atlanta, GA 30348-5453 | X | | TRADE | X | X | X | $4,482.07 |

Sheet no. 73 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Waste Managemet | X | | TRADE | X | X | X | $5,059.23 |
| ACCOUNT NO. | | | | | | | |
| Waste Managemet | X | | TRADE | X | X | X | $1,253.93 |
| ACCOUNT NO. | | | | | | | |
| Waste Service of Florida 7580 Phillips Hwy Jacksonville, FL 32256 | X | | TRADE | X | X | X | $2,016.83 |
| ACCOUNT NO. | | | | | | | |
| Welcome Home America PO Box 246 Holly Springs, GA 30142 | X | | TRADE | X | X | X | $306.00 |
| ACCOUNT NO. | | | | | | | |
| West Coast Master Painter 3608 W. Fuclid Ave Tampa, FL 33629 | X | | TRADE | X | X | X | $14,759.63 |

Sheet no. 74 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
   **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| West Coast Master Painters 4804 W Gandy Blvd Tampa, FL 33611 | X | | TRADE | X | X | X | $9,243.00 |
| **ACCOUNT NO.** | | | | | | | |
| WH Hearn 518 Stevens Street Jacksonville, FL 32254 | X | | TRADE | X | X | X | $5,712.18 |
| **ACCOUNT NO.** | | | | | | | |
| Wilmar 200 E Park Dr Ste 200 Mt Laurel, NJ 08054 | X | | TRADE | X | X | X | $77,452.48 |
| **ACCOUNT NO.** | | | | | | | |
| Wilmar PO Box 404284 Atlanta, GA 30384-4284 | X | | TRADE | X | X | X | $68,393.99 |
| **ACCOUNT NO.** | | | | | | | |
| Wilmar 200 East Park Dr Mt Laurel, NJ | X | | TRADE | X | X | X | $59,017.84 |

Sheet no. 75 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wilmar 200 East Park Drive Suite 200 Mt Laurel, NJ 85054 | X | | TRADE | X | X | X | $44,444.01 |
| ACCOUNT NO. | | | | | | | |
| Wilmar 200 E Park Dr Ste 200 Mt Laurel, NJ 08054 | X | | TRADE | X | X | X | $36,624.61 |
| ACCOUNT NO. | | | | | | | |
| Wilmar Ind a div of Interline Brands Inc 200 E Park Dr Ste 200 Mt Laurel, NJ 08054 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Wilson Carpet Svc Inc 2805 Ilene Dr Jacksonville, FL 32216-5040 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| X-press Carpet PO Box 780791 Orlando, FL 32878 | X | | TRADE | X | X | X | $2,865.00 |

Sheet no. 76 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Yandle Garbage Service 316 Firebridge Rd. Columbia, SC 29223 | X | | TRADE | X | X | X | $1,939.00 |
| ACCOUNT NO. | | | | | | | |
| Ysara Janitorial Service 4580 Concord Landing Dr Orlando, FL 32839 | X | | TRADE | X | X | X | $3,160.00 |
| ACCOUNT NO. | | | | | | | |
| Zee Medical 602 East Dr MLK Jr Blvd Seffner, FL 33584 | X | | TRADE | X | X | X | $18.72 |
| ACCOUNT NO. | | | | | | | |
| Zeno Office Solution 1933 Premier Row Orlando, FL 32809 | X | | TRADE | X | X | X | $173.08 |
| ACCOUNT NO. | | | | | | | |
| Zephyhillis 6661 Dixie Hwy Ste 4 Louisville, KY 40285-6680 | X | | TRADE | X | X | X | $253.74 |

Sheet no. 77 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mildred Abodakpi 11501 Braesview Apt 1504 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Freddy Abreu 6221 N Dale Mabry Hwy Apt 2605 Tampa, FL 33614 | X | | TRADE | X | X | X | $274.00 |
| ACCOUNT NO. | | | | | | | |
| Francisco Acosta 10707 IH 10 W No 0433 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Linda Acton 11501 Braesview Apt 2710 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Bobby Adams 6225 N Dale Mabry Hwy Apt 805 Tampa, FL 33614 | X | | TRADE | X | X | X | $575.00 |

Sheet no. 78 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Latoya Adams 11501 Braesview Apt 904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Matthew Adams 10707 IH 10 W No 0923 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Keontae Adams 10707 IH 10 W No 1217 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Anyikam Adanna 7507 Augustine Dr Houston, TX 77036 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John E Aeverman 11501 Braesview 4805 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 79 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Noelia Aguilar 11501 Braesview Apt 705 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Albert Aguilar 11501 Braesview Apt 2402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robyn Aguilar 11501 Braesview Apt 3204 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nancy Aguinaga 10707 IH 10 W No 0116 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aguirre 11501 Braesview Apt 1203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 80 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ _____

Total ➤ $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Emma Aguirre 11501 Braesview Apt 1203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dawn Aiello 205 Creek Ridge Lane Round Rock, TX 78664 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hilary Akuezue 6225 N Dale Mabry Hwy Apt 1102 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Shawgi Albess 11501 Braesview Apt 3404 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christopher Alcala 11501 Braesview Apt 4301 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 81 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Juan Aldana 10707 IH 10 W No 0933 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rashaud Alderman 10707 IH 10 W No 1826 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lucas Ale 2308 W Collins St Apt 206 Tampa, FL 33607 | X | | TRADE | X | X | X | $87.65 |
| ACCOUNT NO. | | | | | | | |
| Adam Alex 10707 IH 10 W No 0613 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aniram Alicea 8211 Royal Sands Cir Tampa, FL 33615 | X | | TRADE | X | X | X | $547.12 |

Sheet no. 82 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Obed Almaguer 6221 N Dale Mabry Hwy Apt 2715 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Maria Alonso 6221 N Dale Mabry Hwy Apt 1709 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Kevin Alt 10707 IH 10 W No 0314 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kathryn Alva 10707 IH 10 W No 0122 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lorenzo Alvarez 6221 N Dale Mabry Hwy Apt 1912 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 83 of 309 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
       **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Alvarez 610 E Calvert Karnes City, TX 78118 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angelica Alvarez 11501 Braesview Apt 1202 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mercedes Alvear 11501 Braesview Apt 304 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nora Amendariz 10707 IH 10 W No 1612 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mark Amorin 10707 IH 10 W No 1922 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 84 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Karla Ampudia 3629 Medical Dr Apt 209 San Antonio, TX 78229 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jay Anderson 11501 Braesview Apt 4108 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Centeno Maribel Andino 6251 Curry Ford Rd 110 Orlando, FL 32822 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Andrews 11501 Braesview Apt 2104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Andrews 11501 Braesview Apt 2704 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 85 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $ _____

Total ➤   $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Megan Andrews 10707 IH 10 W No 0115 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Pedro J Angulo 5112 Londonberry Blvd Orlando, FL 32808 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jean Antoine 6225 N Dale Mabry Hwy Apt 803 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Aragon 11501 Braesview Apt 805 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Denis Arce 6225 N Dale Mabry Hwy Apt 1401 Tampa, FL 33614 | X | | TRADE | X | X | X | $868.00 |

Sheet no. 86 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tyler Archer 11501 Braesview Apt 1813 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Erick Rojas Arguelles 10707 IH 10 W No 0623 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kenneth Ariail 11501 Braesview Apt 103 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| David Arredondo 10707 IH 10 W No 1104 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Arriaga 1440 W Bitters Apt 1626 San Antonio, TX 78248 | X | | TRADE | X | X | X | |

Sheet no. 87 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Laura Arthur 11501 Braesview Apt 1803 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alan Askaran 11501 Braesview Apt 410 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tsehaynesh Astatike 6225 N Dale Mabry Hwy Apt 516 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Edwin Avanzazu 6225 N Dale Mabry Hwy Apt 807 Tampa, FL 33614 | X | | TRADE | X | X | X | $69.35 |
| ACCOUNT NO. | | | | | | | |
| Ernest Avelar 11501 Braesview Apt 3801 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 88 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Noel Ayala 11501 Braesview Apt 3307 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carley Bach 10707 IH 10 W No 0333 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jennifer Bachmeyer 11501 Braesview Apt 3207 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Scott Bacon 11501 Braesview Apt 1101 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gonzalo Baez 6225 N Dale Mabry Hwy Apt 904 Tampa, FL 33614 | X | | TRADE | X | X | X | $569.00 |

Sheet no. 89 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____  Case No. 2:09-15342 SB _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jose Baez 11501 Braesview Apt 3606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Edward Bailey 10707 IH 10 W No 0714 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rosemary Baldeon 6225 N Dale Mabry Hwy Apt 410 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Yanique Ballen 6225 N Dale Mabry Hwy Apt 414 Tampa, FL 33614 | X | | TRADE | X | X | X | $350.00 |
| ACCOUNT NO. | | | | | | | |
| Alejandro Ballesteros 5104 Oak Haven Lane Tampa, FL 33614 | X | | TRADE | X | X | X | $156.72 |

Sheet no. 90 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____         _____
**Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jonathan Barbosa 6221 N Dale Mabry Hwy Apt 1908 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Brian Barchers 10707 IH 10 W No 0213 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Darryl Barnes 6225 N Dale Mabry Hwy Apt 801 Tampa, FL 33614 | X | | TRADE | X | X | X | $498.61 |
| ACCOUNT NO. | | | | | | | |
| Angela Barnes 7777 Normandy Blvd #319 Jacksonville, FL 32221 | X | | TRADE | X | X | X | $305.00 |
| ACCOUNT NO. | | | | | | | |
| Robert Barnes 4024 Meek Dr Jacksonville, FL 32277 | X | | TRADE | X | X | X | |

Sheet no. 91 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Joshua Barnhart 11501 Braesview Apt 1812 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Liliana Barreto 11501 Braesview Apt 1607 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sonia Barrientos 10707 IH 10 W No 0921 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Teresa Barrios 11501 Braesview Apt 3103 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Annette Barron 10707 IH 10 W No 0633 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 92 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bartkowiak 11501 Braesview Apt 3206 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jason Bartkowiak 11501 Braesview Apt 3206 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Denise Bauman 11501 Braesview Apt 2702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mark Baumann 6221 N Dale Mabry Hwy Apt 2016 Tampa, FL 33614 | X | | TRADE | X | X | X | $86.73 |
| ACCOUNT NO. | | | | | | | |
| Melissa Bautista 6221 N Dale Mabry Hwy Apt 2003 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |

Sheet no. 93 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Monica Bautista 10707 IH 10 W No 1008 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Timm Beaton 6225 N Dale Mabry Hwy Apt 916 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Zewdnesh Belachew 6225 N Dale Mabry Hwy Apt 303 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Melissa Bennett 11501 Braesview Apt 206 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Amanda Benton 11501 Braesview Apt 905 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 94 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                              Case No. 2:09-15342 SB
_____                                   _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bernal 11427 Whisper Breeze San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Patricia Berrelez 11501 Braesview Apt 1501 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carlos Berrera 11501 Braesview Apt 1614 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Margarita Berrios 6225 N Dale Mabry Hwy Apt 512 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Berryhill 11501 Braesview Apt 409 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 95 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
**Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wilson Betancur 6221 N Dale Mabry Hwy Apt 1801 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Nathasha Bhakta 13903 Babcock Rd Apt 8203 San Antonio, TX 78249 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Bishop 25627 Dull Knife Trail San Antonio, TX 78255 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Garfield Bishop 10707 IH 10 W No 1707 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Davy Blacketer 2001 Kelly Creek Circle Oviedo, FL 32765 | X | | TRADE | X | X | X | $1,275.00 |

Sheet no. 96 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
_____Debtor_____                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gregory Blake 6221 N Dale Mabry Hwy Apt 2712 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Terrence Blakely 6221 N Dale Mabry Hwy Apt 1913 Tampa, FL 33614 | X | | TRADE | X | X | X | $155.00 |
| ACCOUNT NO. | | | | | | | |
| Edward Blalack 6225 N Dale Mabry Hwy Apt 709 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Susy Bonanno 6221 N Dale Mabry Hwy Apt 1708 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| William Bouldin 11501 Braesview Apt 2404 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 97 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Teresa Bowles 6221 N Dale Mabry Hwy Apt 2004 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Kiani Bowman 6225 N Dale Mabry Hwy Apt 1007 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Nancy Bowman 11501 Braesview Apt 4107 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| James Bowman 10707 IH 10 W No 0317 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marcella Bradley 6221 N Dale Mabry Hwy Apt 1712 Tampa, FL 33614 | X | | TRADE | X | X | X | $450.00 |

Sheet no. 98 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                Case No. 2:09-15342 SB
_____                  _____
        **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chris Bradshaw 10707 IH 10 W No 1935 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Thomas Brewer 6225 N Dale Mabry Hwy Apt 1603 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Crystal Brill 24385 Wilderness Oak Apt 9304 San Antonio, TX 78258 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Allison Brock 10707 IH 10 W No 0221 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sean Broe 11501 Braesview Apt 401 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 99 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
_____                              _____
             **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Clark Brooks 6221 N Dale Mabry Hwy Apt 2402 Tampa, FL 33614 | X | | TRADE | X | X | X | $943.00 |
| ACCOUNT NO. | | | | | | | |
| Mary Brooks 6225 N Dale Mabry Hwy Apt 813 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Todd Brown 6225 N Dale Mabry Hwy Apt 909 Tampa, FL 33614 | X | | TRADE | X | X | X | $224.54 |
| ACCOUNT NO. | | | | | | | |
| William Brown 6225 N Dale Mabry Hwy Apt 115 Tampa, FL 33614 | X | | TRADE | X | X | X | $25.00 |
| ACCOUNT NO. | | | | | | | |
| Charles Edward Brown 5959 Ft Caroline 905 Jacksonville, FL 32216 | X | | TRADE | X | X | X | |

Sheet no. 100 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Rose Brown 11501 Braesview Apt 1901 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Shauntelle Brown 11501 Braesview Apt 3704 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Justin Brucks 11501 Braesview Apt 4506 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Jose Antonio Bruno 434 Eagle Circle Casselberry, FL 32707 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Syncia Brutus 6225 N Dale Mabry Hwy Apt 214 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |

Sheet no. 101 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Angelita Bryant 6225 N Dale Mabry Hwy Apt 802 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Roxanna Bucci 6221 N Dale Mabry Hwy Apt 2009 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Adolfo Buentello III 10707 IH 10 W No 0131 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Johnkennedy Buitron 11501 Braesview 2207 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Avery Bulmen 11501 Braesview Apt 603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 102 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC

Case No. 2:09-15342 SB

**Debtor**

**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cynthia Bulmen 11501 Braesview Apt 1303 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Anie Burgos 6221 N Dale Mabry Hwy Apt 2103 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Christine Burnkhilder 1333 Holmesdale Rd Jacksonville, FL | X | | TRADE | X | X | X | $178.35 |
| ACCOUNT NO. | | | | | | | |
| John Burrow 11501 Braesview Apt 4204 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Eleno Cabrera 1908 W Cluster Ave Tampa, FL 33604 | X | | TRADE | X | X | X | $695.37 |

Sheet no. 103 of 309  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
     **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael Cabrera 6225 N Dale Mabry Hwy Apt 702 Tampa, FL 33614 | X | | TRADE | X | X | X | $285.00 |
| ACCOUNT NO. | | | | | | | |
| Sharon Cadena 11501 Braesview Apt 2103 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nick Cajas 10707 IH 10 W No 0312 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marciano Calderon 6225 N Dale Mabry Hwy Apt 1002 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Mary Camp 11501 Braesview Apt 310 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 104 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
_____          _____
            **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Christina Campbell 6225 N Dale Mabry Hwy Apt 1409 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Luisa Campo 10707 IH 10 W No 1108 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Canales 502 Northtrail San Antonio, TX 78216 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marisol Candelaria 11501 Braesview Apt 302 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dennis Cano 11501 Braesview Apt 1207 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 105 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cantu 11501 Braesview Apt 806 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Luis Cantu 10707 IH 10 W No 1617 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Abraham Canty Jr 3509 Lake Ave 2136 Columbia, SC 29206 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hanuar Cardenas 6221 N Dale Mabry Hwy Apt 1710 Tampa, FL 33614 | X | | TRADE | X | X | X | $794.00 |
| ACCOUNT NO. | | | | | | | |
| Nohelia Cardenas 10707 IH 10 W No 0627 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 106 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
               **Debtor**                                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carlaanne Carlson 25413 Ramrock Dr Porter, TX 77365 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Duke Carpenter 10707 IH 10 W No 1706 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mark Carr 6225 N Dale Mabry Hwy Apt 1506 Tampa, FL 33614 | X | | TRADE | X | X | X | $723.00 |
| ACCOUNT NO. | | | | | | | |
| Katerine Carranza 6225 N Dale Mabry Hwy Apt 1305 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Omar Carrasquillo 10707 IH 10 W No 0424 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 107 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Albert Carrillo 11501 Braesview Apt 1810 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yvonne Carrion 6225 N Dale Mabry Hwy Apt 1403 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Kyale Carver 5959 Fort Caroline Rd Jacksonville, FL 32277 | X | | TRADE | X | X | X | $600.13 |
| ACCOUNT NO. | | | | | | | |
| Lauren Case 6221 N Dale Mabry Hwy Apt 2716 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Michelle Castellonas 11501 Braesview Apt 2712 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 108 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
    **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Richard Castilla 11501 Braesview Apt 3702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ivan Castillero 11501 Braesview Apt 409 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gilbert Castillo 11501 Braesview Apt 802 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Luis Castro 11501 Braesview Apt 1508 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Juan Catala 6225 N Dale Mabry Hwy Apt 1314 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 109 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
      **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lee Cates 9029 Lem Turner Rd Jacksonville, FL 32208 | X | | TRADE | X | X | X | $1,443.26 |
| ACCOUNT NO. | | | | | | | |
| Jose De la Paz Cedillos 10707 IH 10 W No 1105 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Herbert Cedillos 10707 IH 10 W No 1424 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Bernadette S Cepeda 11501 Braesview 2205 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mildred Uribes Cerda 10707 IH 10 W No 0712 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 110 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Richard Chabrier 11501 Braesview Apt 4808 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Lowis Chacon 10707 IH 10 W No 0331 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Chaney 11501 Braesview Apt 1104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Virginia Channell 11501 Braesview Apt 801 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Charles 11501 Braesview Apt 2105 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 111 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Johnny Chavez 11501 Braesview Apt 1304 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jessica Chavez 11501 Braesview Apt 1606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angela Chavez 10707 IH 10 W No 0121 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Octavio Soto Chavez 10707 IH 10 W No 0123 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angelica Cienfuegos 11501 Braesview Apt 1703 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 112 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Katherine Clare 11501 Braesview Apt 3004 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rae Clogston 10621 Oakcrest Dr Jacksonville, FL 32225 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elaine Coca 6225 N Dale Mabry Hwy Apt 409 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Bruce Codd 6225 N Dale Mabry Hwy Apt 808 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Robert Cohen 10707 IH 10 W No 1422 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 113 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____       _____
**Debtor**                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert Cohen 10707 IH 10 W No 1632 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nevela Coleman 6221 N Dale Mabry Hwy Apt 2310 Tampa, FL 33614 | X | | TRADE | X | X | X | $450.00 |
| ACCOUNT NO. | | | | | | | |
| Jennifer Collier 11501 Braesview Apt 1902 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hasani Collins 6221 N Dale Mabry Hwy Apt 1915 Tampa, FL 33614 | X | | TRADE | X | X | X | $88.00 |
| ACCOUNT NO. | | | | | | | |
| Jason Collins 11501 Braesview Apt 1505 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 114 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Katherine Connolly 10707 1h 10 W 132 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kirk Conover 10707 IH 10 W No 1011 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Peter Contreras 11501 Braesview Apt 3705 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Shepherd Mc Cabe Cooley 1450 State RD 434 W Longwoood, FL 32750 | X | | TRADE | X | X | X | $895.00 |
| ACCOUNT NO. | | | | | | | |
| Tuisheka Cooper 6225 N Dale Mabry Hwy Apt 1508 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |

Sheet no. 115 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                      Case No. 2:09-15342 SB
_____                                      _____
        **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sian Cooper 10707 IH 10 W No 0925 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Stephanie Copeland 11501 Braesview Apt 2008 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kimberly Cordova 10707 IH 10 W No 1331 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Catherine Cornhel 11501 Braesview Apt 906 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Laura Corona 11501 Braesview Apt 1805 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 116 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
_____                          _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tabetha Coronado 11501 Braesview Apt 111 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| James Cosgrove 6221 N Dale Mabry Hwy Apt 3007 Tampa, FL 33614 | X | | TRADE | X | X | X | $500.00 |
| ACCOUNT NO. | | | | | | | |
| Deborah Cotugno 11501 Braesview Apt 1702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Debbie Council 5959 Fort Caroline Rd Jacksonville, FL 32277 | X | | TRADE | X | X | X | $321.51 |
| ACCOUNT NO. | | | | | | | |
| Sherryl Bradford Covington 3509 Lake Ave 1034 Columbia, SC 29206 | X | | TRADE | X | X | X | |

Sheet no. 117 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                     Case No. 2:09-15342 SB
_____                          _____
            **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kathy Ann Cox 3317 Hackamore Dr Austin, TX 78748 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| David Coyle 6225 N Dale Mabry Hwy Apt 1515 Tampa, FL 33614 | X | | TRADE | X | X | X | $90.00 |
| ACCOUNT NO. | | | | | | | |
| Charles Crandell 11501 Braesview Apt 1611 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Frederick Crawford 10707 IH 10 W No 0422 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hubert Credit 6225 N Dale Mabry Hwy Apt 1108 Tampa, FL 33614 | X | | TRADE | X | X | X | $575.00 |

Sheet no. 118 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Crespo 11501 Braesview Apt 4506 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dolores Crisamore 10707 IH 10 W No 0211 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Phillip Randall Crocker 6048 Lakeshore Dr Columbia, SC 29206 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mary Cross 11501 Braesview Apt 4610 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Victor Cruz 6221 N Dale Mabry Hwy Apt 1906 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 119 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
      **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rosa Cruz 6221 N Dale Mabry Hwy Apt 2903 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Rodriguez Crystal 1535 Trinity St Apt 143 Eagle Pass, TX 78852 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Katherine Cypress 6221 N Dale Mabry Hwy Apt 2909 Tampa, FL 33614 | X | | TRADE | X | X | X | $251.98 |
| ACCOUNT NO. | | | | | | | |
| Matthew Dahlstein 11501 Braesview Apt 2711 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jolene Renee Dailey 11149 Losco Junction Dr S Jacksonville, FL 32257 | X | | TRADE | X | X | X | |

Sheet no. 120 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                  Subtotal➤ | $

                                         Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
        **Debtor**                                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Camilia Daniel 15612 Montesino Dr Orlando, FL 32828 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sidique Daring PO Box 43378 Jacksonville, FL 32203 | X | | TRADE | X | X | X | $51.33 |
| ACCOUNT NO. | | | | | | | |
| Sharon David 6225 N Dale Mabry Hwy Apt 110 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Brandy Davidson 6225 N Dale Mabry Hwy Apt 111 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Anderson Davila 7713 Orland Park San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 121 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                    _____
**Debtor**                                                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mike Davila 7926 Herder Circle San Antonio, TX 78251 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Betty Davis 11501 Braesview Apt 3002 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rosemary Davis 10707 IH 10 W No 0811 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kimberly Davis 11501 Braesview Apt 3406 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kathleen Dawson 6225 N Dale Mabry Hwy Apt 1106 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 122 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC

**Debtor**

Case No. 2:09-15342 SB

**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lisa De Jesus 6225 N Dale Mabry Hwy Apt 1016 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Victoria De La Cruz 10707 IH 10 W No 1821 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Juan De La Torre 10707 IH 10 W No 0935 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vicente De Los Santos 6225 N Dale Mabry Hwy Apt 311 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Mike De Los Santos 11501 Braesview Apt 4303 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 123 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
**Debtor**

Case No. 2:09-15342 SB
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sherry Deborg 6221 N Dale Mabry Hwy Apt 2911 Tampa, FL 33614 | X | | TRADE | X | X | X | $450.00 |
| ACCOUNT NO. | | | | | | | |
| Hohman Debra 11501 Braesview Apt 1108 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Erica DeJesus 6225 N Dale Mabry Hwy Apt 416 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Jesse Delacruz 11501 Braesview Apt 4502 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Delgado 11501 Braesview Apt 712 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 124 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jessica Delgado 11501 Braesview Apt 3003 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ernest Dell 6225 N Dale Mabry Hwy Apt 114 Tampa, FL 33614 | X | | TRADE | X | X | X | $499.00 |
| ACCOUNT NO. | | | | | | | |
| Judith DeLus 6221 N Dale Mabry Hwy Apt 2914 Tampa, FL 33614 | X | | TRADE | X | X | X | $210.75 |
| ACCOUNT NO. | | | | | | | |
| Janice L Dennard 1171 S Lane Ave 1608 Jacksonville, FL 32205 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dennis 11501 Braesview Apt 1301 San Antonio, TX 78258 | X | | TRADE | X | X | X | |

Sheet no. 125 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dervetski 1121 Alvion St Apt 807 Denver, CO 80220 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| DeSilva Escudero 1141 North Loop 1604 E Apt 105-250 San Antonio, TX 78232 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Efrain Diaz 6225 N Dale Mabry Hwy Apt 1414 Tampa, FL 33614 | X | | TRADE | X | X | X | $649.00 |
| ACCOUNT NO. | | | | | | | |
| Gertrudis Diaz 6225 N Dale Mabry Hwy Apt 1003 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Abelardo Diaz 10707 IH 10 W No 1311 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 126 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
    **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wendy Dignowity 10707 IH 10 W No 0212 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ryan Dinndorf 6221 N Dale Mabry Hwy Apt 2105 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Maria Dip 6225 N Dale Mabry Hwy Apt 310 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| James Dixon 6225 N Dale Mabry Hwy Apt 1101 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Francisco Dodd 11501 Braesview Apt 3806 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 127 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
        **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ana Dominguez 11501 Braesview Apt 3908 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Priscilla Dominguez 10707 IH 10 W No 0336 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carlos DonJuan 10707 IH 10 W No 1102 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mary Dorta 4412 Knox Street Tampa, FL 33614 | X | | TRADE | X | X | X | $318.25 |
| ACCOUNT NO. | | | | | | | |
| Jimmie Draper 11501 Braesview Apt 3304 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 128 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                     Case No. 2:09-15342 SB
_____                              _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Claude Drew 6225 N Dale Mabry Hwy Apt 906 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Reba Drinnenberg 6225 N Dale Mabry Hwy Apt 313 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Christina Dudley 10707 IH 10 W No 0128 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christy Duncan 11501 Braesview Apt 1105 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Charles Dunlap 6225 N Dale Mabry Hwy Apt 707 Tampa, FL 33614 | X | | TRADE | X | X | X | $130.14 |

Sheet no. 129 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
       **Debtor**                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Susan Dunnan 6225 N Dale Mabry Hwy Apt 403 Tampa, FL 33614 | X | | TRADE | X | X | X | $104.00 |
| ACCOUNT NO. | | | | | | | |
| Stephanie Duque 11501 Braesview Apt 1816 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Laurence Eakle 11501 Braesview Apt 701 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| William Earnhardt 6225 N Dale Mabry Hwy Apt 1006 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Peter Edwards 11501 Braesview Apt 2307 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 130 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
           **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Isidro Eguez 11501 Braesview Apt 2303 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Joanna Elton 11501 Braesview Apt 2902 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Matthew David Emerick 718 Kingsbridge Road Columbia, SC 29210 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Enright 667 Coral Harbor San Antonio, TX 78215 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Erazo Jr 10707 IH 10 W No 0911 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 131 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sandra Escamilla 11501 Braesview Apt 1909 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angelica Escobedo 11501 Braesview Apt 3104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mathew Esparza 10707 IH 10 W No 0217 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cecilia Espinoza 10707 IH 10 W No 1625 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mary Esquivel 11501 Braesview Apt 2208 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 132 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
     **Debtor**                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Julio Estrada 10707 IH 10 W No 0917 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angela Euseary 6221 N Dale Mabry Hwy Apt 2907 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Linda Evans 6221 N Dale Mabry Hwy Apt 2908 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Christopher Faber 9898 Colannade Blvd. 14108 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Timothy Fahy 11501 Braesview Apt 601 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 133 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB

**Debtor**          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Diana Fair 10707 IH 10 W No 0111 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Deneia Fairweather 6221 N Dale Mabry Hwy Apt 2501 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Debra Farmer 11501 Braesview Apt 1102 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Caitlin Feldpausch 10707 IH 10 W No 1626 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brian Felix 6221 N Dale Mabry Hwy Apt 2809 Tampa, FL 33614 | X | | TRADE | X | X | X | $12.83 |

Sheet no. 134 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Brian Ferguson 11501 Braesview Apt 1402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Felipe A Fernandez 265 Addax San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elsa Fernandez 11501 Braesview Apt 406 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Graciela Fernandez 10707 IH 10 W No 0611 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carmen Fertta 11501 Braesview Apt 707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 135 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____
**Debtor**

Case No. 2:09-15342 SB _____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Josephine Festa 6221 N Dale Mabry Hwy Apt 2010 Tampa, FL 33614 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Dianne Figueroa 8806 W Hamilton Ave Tampa, FL 33615 | X | | TRADE | X | X | X | $67.01 |
| ACCOUNT NO. | | | | | | | |
| Miguel Figueroa-Hernandez 6225 N Dale Mabry Hwy Apt 1503 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Nicholas Finger 11501 Braesview Apt 112 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Debrah Finley 10707 IH 10 W No 0922 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 136 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Fischer 11501 Braesview Apt 4308 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Fisher 4925 Smith Rd Von Ormy, TX 78073 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jackson Flah 6225 N Dale Mabry Hwy Apt 109 Tampa, FL 33614 | X | | TRADE | X | X | X | $524.00 |
| ACCOUNT NO. | | | | | | | |
| Flores 4223 Misty Springs San Antonio, TX 78244 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christopher Flores 11501 Braesview Apt 3502 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 137 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____      Case No. 2:09-15342 SB _____
    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ovidio Flores EMP 10707 IH 10 W No 1218 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Amy Ford 6221 N Dale Mabry Hwy Apt 3008 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Forerster 10800 St HWY 151 Apt 322 San Antonio, TX 78251 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Amber Fowkes 6225 N Dale Mabry Hwy Apt 407 Tampa, FL 33614 | X | | TRADE | X | X | X | $300.00 |
| ACCOUNT NO. | | | | | | | |
| Frausto 950 E Bitters Apt 819 San Antonio, TX 78216 | X | | TRADE | X | X | X | |

Sheet no. 138 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
      **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Felix Fuentes 6225 N Dale Mabry Hwy Apt 1306 Tampa, FL 33614 | X | | TRADE | X | X | X | $594.00 |
| ACCOUNT NO. | | | | | | | |
| Stephanie Gack 6221 N Dale Mabry Hwy Apt 2604 Tampa, FL 33614 | X | | TRADE | X | X | X | $748.00 |
| ACCOUNT NO. | | | | | | | |
| Michael Gaebel 6225 N Dale Mabry Hwy Apt 1116 Tampa, FL 33614 | X | | TRADE | X | X | X | $743.00 |
| ACCOUNT NO. | | | | | | | |
| Miguel Gallo 10707 IH 10 W No 1928 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Epimenio Galves 6221 N Dale Mabry Hwy Apt 2416 Tampa, FL 33614 | X | | TRADE | X | X | X | $104.00 |

Sheet no. 139 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mayra Garces 6221 N Dale Mabry Hwy Unit 2112 Tampa, FL 33614 | X | | TRADE | X | X | X | $54.00 |
| ACCOUNT NO. | | | | | | | |
| Luz Garcia 6221 N Dale Mabry Hwy Apt 2705 Tampa, FL 33614 | X | | TRADE | X | X | X | $600.00 |
| ACCOUNT NO. | | | | | | | |
| Pedro Garcia 11500 N Dale Mabry Hwy Unit 1412 Tampa, FL 33614 | X | | TRADE | X | X | X | $204.53 |
| ACCOUNT NO. | | | | | | | |
| Neasto Garcia 6225 N Dale Mabry Hwy Apt 309 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Briggette Garcia 6221 N Dale Mabry Hwy Apt 2405 Tampa, FL 33614 | X | | TRADE | X | X | X | $66.69 |

Sheet no. 140 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**In re** Gulfstream Apt. Portfolios, LLC _____     **Case No.** 2:09-15342 SB _____
        **Debtor**                                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Garcia | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elisa Garcia 11501 Braesview Apt 602 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brady Garcia 11501 Braesview Apt 606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mary Lou Garcia 11501 Braesview Apt 1906 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Belinda Garcia 11501 Braesview Apt 3001 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 141 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
            **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Grace Garcia 11501 Braesview Apt 4611 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Analise Garcia 10707 IH 10 W No 0328 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Adrianna Sanchez Garcia 10707 IH 10 W No 1411 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angel Garcia 10707 IH 10 W No 1616 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mathew Garcia 10707 IH 10 W No 1822 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 142 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
         **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Victor Garcia 10707 IH 10 W No 1932 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lynette Garnett PO Box 15781 Tampa, FL 33684 | X | | TRADE | X | X | X | $132.45 |
| ACCOUNT NO. | | | | | | | |
| Vallida Garnica 6221 N Dale Mabry Hwy Apt 2316 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Amanda Garnica 10707 IH 10 W No 1514 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kelly Garrett 11501 Braesview Apt 2106 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 143 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jesus Garza 6221 N Dale Mabry Hwy Apt 2214 Tampa, FL 33614 | X | | TRADE | X | X | X | $667.00 |
| ACCOUNT NO. | | | | | | | |
| Garza 11501 Braesview Apt 3606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alfredo Garza 11501 Braesview Apt 314 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Susan Garza 11501 Braesview Apt 1904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Adrianne Garza 11501 Braesview Apt 3604 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 144 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Denise Garza 11501 Braesview Apt 4605 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dianne Garza 11501 Braesview Apt 4406 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Geiger 11501 Braesview Apt 312 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sandra Gephart 6225 N Dale Mabry Hwy Apt 508 Tampa, FL 33614 | X | | TRADE | X | X | X | $224.00 |
| ACCOUNT NO. | | | | | | | |
| Stacy Gesler 6225 N Dale Mabry Hwy Apt 1215 Tampa, FL 33614 | X | | TRADE | X | X | X | $350.00 |

Sheet no. 145 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
       **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Placida J Gibson 9243 Bristow Bend San Antonio, TX 78250 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Young Gil Kang 6221 N Dale Mabry Hwy Apt 2204 Tampa, FL 33614 | X | | TRADE | X | X | X | $608.00 |
| **ACCOUNT NO.** | | | | | | | |
| Laura Gillis 11501 Braesview Apt 2601 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Melissa Gillis 11501 Braesview Apt 3407 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Chuck Gilmore 11501 Braesview Apt 504 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 146 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB

**Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rosetta Gilyard 5959 Fort Caroline Rd Jacksonville, FL 32277 | X | | TRADE | X | X | X | $306.08 |
| ACCOUNT NO. | | | | | | | |
| Ignacio Girado 6225 N Dale Mabry Hwy Apt 510 Tampa, FL 33614 | X | | TRADE | X | X | X | $199.00 |
| ACCOUNT NO. | | | | | | | |
| Luis Giraldes 6225 N Dale Mabry Hwy Apt 306 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Timothy Glover 6205 Yorkshire St Apt 141 Tampa, FL 33614 | X | | TRADE | X | X | X | $146.17 |
| ACCOUNT NO. | | | | | | | |
| Keyan Godarzi 10707 IH 10 W No 1614 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 147 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                      Case No. 2:09-15342 SB
_____                                      _____
          **Debtor**                                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Alexa Goldberg 11501 Braesview Apt 1608 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Gomez 7210 N Manhattan Ave Apt 2614 Tampa, FL 33614 | X | | TRADE | X | X | X | $503.58 |
| ACCOUNT NO. | | | | | | | |
| Judith Gonzales 6221 N Dale Mabry Hwy Apt 3014 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Abraham Gonzales 11501 Braesview 2401 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Clemente Gonzales 10707 IH 10 W No 0133 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 148 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sandra Gonzalez 13229 Royal George Ave Odessa, FL 33556 | X | | TRADE | X | X | X | $2,552.92 |
| ACCOUNT NO. | | | | | | | |
| Carmen Gonzalez 6221 N Dale Mabry Hwy Apt 2901 Tampa, FL 33614 | X | | TRADE | X | X | X | $575.00 |
| ACCOUNT NO. | | | | | | | |
| Jose Gonzalez 6225 N Dale Mabry Hwy Apt 512 Tampa, FL 33614 | X | | TRADE | X | X | X | $285.60 |
| ACCOUNT NO. | | | | | | | |
| Hiram Gonzalez 6221 N Dale Mabry Hwy Apt 1509 Tampa, FL 33614 | X | | TRADE | X | X | X | $224.79 |
| ACCOUNT NO. | | | | | | | |
| Haydie Gonzalez 6225 N Dale Mabry Hwy Apt 408 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |

Sheet no. 149 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Gulfstream Apt. Portfolios, LLC</u>                    Case No. <u>2:09-15342 SB</u>
               **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sandra Gonzalez 13229 Royal George Ave Odessa, FL 33556 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Priscilla Gonzalez 11501 Braesview Apt 2304 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angelita Gonzalez-Padilla 1524 W Patterson St Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Alexander Gonzalez-Perez 6221 N Dale Mabry Hwy Apt 2102 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Meagen Grady 10707 IH 10 W No 0325 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 150 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jacquiline Granados 11501 Braesview Apt 2606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Graves 12826 Chisom Creek St San Antonio, TX 78249 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| David Gray 6312 US Hwy 1 North St Augustine, FL 32095 | X | | TRADE | X | X | X | $1,665.44 |
| ACCOUNT NO. | | | | | | | |
| Jamie Green 11501 Braesview Apt 1815 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rochell Gregory 6221 N Dale Mabry Hwy Apt 2707 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 151 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Regina Gregory 5380 Medical Dr Apt 1403 San Antonio, TX 78240 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel Gresham 10707 IH 10 W No 1814 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brigete Grogan 6225 N Dale Mabry Hwy Apt 1615 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Tabitha Grohman 10707 IH 10 W No 1338 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jonathan Guajardo 10707 IH 10 W No 1322 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 152 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Fernando Gudes 6221 N Dale Mabry Hwy Apt 3013 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Lucia Guedes 7520 SW 82nd St Apt 117 Miami, FL 33143 | X | | TRADE | X | X | X | $60.63 |
| ACCOUNT NO. | | | | | | | |
| Samantha Guerra 10707 IH 10 W No 1325 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mario Guillaumin 10707 IH 10 W No 0635 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Joey Guilmenot 10707 IH 10 W No 1336 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 153 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
       **Debtor**                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Crystal Gulley 11501 Braesview Apt 3901 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Herbert Gurley 11501 Braesview Apt 3904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gurrola 11501 Braesview Apt 506 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Francisco Gurrola 11501 Braesview Apt 506 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Juan Gutierrez 11501 Braesview Apt 105 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 154 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Melissa Gutierrez 11501 Braesview Apt 605 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christopher Gutierrez 10707 IH 10 W No 1006 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sonia Gutierrez 10707 IH 10 W No 1624 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jorge Gutierrez Jr 10707 IH 10 W No 0625 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Juan Guzman 6225 N Dale Mabry Hwy Apt 806 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 155 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
     **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Juan Guzman 3760 University Blvd S Jacksonville, FL 32277 | X | | TRADE | X | X | X | $171.86 |
| ACCOUNT NO. | | | | | | | |
| Nicholas Guzman 11501 Braesview Apt 4106 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elsa Guzman 10707 IH 10 W No 0425 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ji Gwang Yu 6221 N Dale Mabry Hwy Apt 2206 Tampa, FL 33614 | X | | TRADE | X | X | X | $703.00 |
| ACCOUNT NO. | | | | | | | |
| Debbie Habhab 11501 Braesview Apt 109 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 156 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Yasi Hafezi 11501 Braesview Apt 4701 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniyal Halim 10707 IH 10 W No 1621 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lewis Hall 6225 N Dale Mabry Hwy Apt 811 Tampa, FL 33614 | X | | TRADE | X | X | X | $270.00 |
| ACCOUNT NO. | | | | | | | |
| Ronald Hall 10707 IH 10 W No 0914 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Halloran 10707 IH 10 W No 0501 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 157 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Gulfstream Apt. Portfolios, LLC</u>               Case No. <u>2:09-15342 SB</u>
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bonnie Hamilton 6221 N Dale Mabry Hwy Apt 2304 Tampa, FL 33614 | X | | TRADE | X | X | X | $155.00 |
| ACCOUNT NO. | | | | | | | |
| Timothy Hampton 6225 N Dale Mabry Hwy Apt 1014 Tampa, FL 33614 | X | | TRADE | X | X | X | $554.00 |
| ACCOUNT NO. | | | | | | | |
| Abraham Hamui 11501 Braesview Apt 201 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christiane Harb 11501 Braesview Apt 3203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hardaway 11501 Braesview Apt 1205 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 158 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                Subtotal➤  $

                                   Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Iashan Hardaway 11501 Braesview Apt 1205 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jeffrey Hardee 3110 W Lambright Tampa, FL 33614 | X | | TRADE | X | X | X | $4,063.06 |
| ACCOUNT NO. | | | | | | | |
| Jeffery Hardee 3110 W Lambright Tampa, FL 33614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel Harden 6221 N Dale Mabry Hwy Apt 1707 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Harris 1118 W French Apt 6 San Antonio, TX 78210 | X | | TRADE | X | X | X | |

Sheet no. 159 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kevin Harris 11501 Braesview Apt 502 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jeneen Harris 11501 Braesview Apt 4606 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tyrone Harrison 6225 N Dale Mabry Hwy Apt 809 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Tara Harris-Scott 6225 N Dale Mabry Hwy Apt 211 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Joshua Hartman 11501 Braesview Apt 2904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 160 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| William Hatch 6225 N Dale Mabry Hwy Apt 515 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Renee Hawkins 6221 N Dale Mabry Hwy Unit 2906 Tampa, FL 33614 | X | | TRADE | X | X | X | $3,293.00 |
| ACCOUNT NO. | | | | | | | |
| Renee Hawkins 6221 N Dale Mabry Hwy Apt 2906 Tampa, FL 33614 | X | | TRADE | X | X | X | $42.52 |
| ACCOUNT NO. | | | | | | | |
| Ryan Hawthorne 10707 IH 10 W No 1703 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Terumi Hayashi 3702 Nature View Way Apt 201 Tampa, FL 33624 | X | | TRADE | X | X | X | $379.00 |

Sheet no. 161 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sabrina Hebert 6221 N Dale Mabry Hwy Apt 2413 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Terence Heebner 10707 IH 10 W No 0614 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Richard Heileman 11501 Braesview Apt 2007 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Billy Henriquez 10707 IH 10 W No 0127 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ana Hernandez 6221 N Dale Mabry Hwy Apt 2312 Tampa, FL 33614 | X | | TRADE | X | X | X | $759.05 |

Sheet no. 162 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____   Case No. 2:09-15342 SB _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Catalina Hernandez 6225 N Dale Mabry Hwy Apt 204 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Veronica Hernandez 6221 N Dale Mabry Hwy Apt 2107 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Georgiann Hernandez 6221 N Dale Mabry Hwy Apt 2811 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Hernandez 515 Avant Ave San Antonio, TX 78210 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hernandez 9099 Arbor Wood San Antonio, TX 78250 | X | | TRADE | X | X | X | |

Sheet no. 163 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                              Case No. 2:09-15342 SB
_____                              _____
**Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Andrea Hernandez 11501 Braesview Apt 1609 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yasmine Hernandez 11501 Braesview Apt 1704 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cynthia Hernandez 11501 Braesview Apt 2407 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Victor Hernandez 11501 Braesview Apt 3706 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christina Hernandez 11501 Braesview Apt 4707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 164 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
            **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kelli Hernandez 10707 IH 10 W No 0335 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jenina Hernandez 10707 IH 10 W No 0626 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Hernandez 10707 IH 10 W No 1421 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Raul Hernandez 10707 IH 10 W No 1622 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Arturo Hernandez 10707 IH 10 W No 1931 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 165 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anna Herrera 11501 Braesview Apt 808 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Esly Herrera 10707 IH 10 W No 0421 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Monique Herrera 11501 Braesview Apt 107 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Herman Hert 6228 Bayside Dr Tampa, FL 33615 | X | | TRADE | X | X | X | $62.58 |
| ACCOUNT NO. | | | | | | | |
| Richard Alston Hewitt 32702 Windsor Terrace Fulshear, TX 77441 | X | | TRADE | X | X | X | |

Sheet no. 166 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jamie Hicks 6221 N Dale Mabry Hwy Apt 2008 Tampa, FL 33614 | X | | TRADE | X | X | X | $350.00 |
| ACCOUNT NO. | | | | | | | |
| Mary Hidalgo 6225 N Dale Mabry Hwy Apt 215 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Margaret Hill 11501 Braesview Apt 101 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lloyd Hill 11501 Braesview Apt 2003 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Veronica Hill 10707 IH 10 W No 0416 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 167 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____              _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jon Hines 10707 IH 10 W No 0612 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Antoinette Hingtgen 6225 N Dale Mabry Hwy Apt 1516 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Nestor Hinojosa 10707 IH 10 W No 0321 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hinton 9600 Golf Lake Tr Apt 1052 Dallas, TX 07231 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel E Hisaw 6221 N Dale Mabry Hwy 2308 Tampa, FL 33614 | X | | TRADE | X | X | X | |

Sheet no. 168 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Daniel Hisaw 6221 N Dale Mabry Hwy Unit 2308 Tampa, FL 33614 | X | | TRADE | X | X | X | $3,366.00 |
| ACCOUNT NO. | | | | | | | |
| John Holderman 10707 IH 10 W No 1631 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hollis 506 Tres Caminos San Antonio, TX 78245 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rodney Houdyshell 6225 N Dale Mabry Hwy Apt 1004 Tampa, FL 33614 | X | | TRADE | X | X | X | $115.00 |
| ACCOUNT NO. | | | | | | | |
| Collegiate Housing 5175 E 65th Street Indianapolis, IN 46220 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 169 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
     **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Collegiate Housing 6221 N Dale Mabry Hwy Apt 1815 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Collegiate Housing 6221 N Dale Mabry Hwy Apt 2303 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Zachariah A Hoyuela 2306 Fairburn San Antonio, TX 78228 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Zachariah Hoyuela 11501 Braesview Apt 403 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nick Huang 10707 IH-10 W Apt 1623 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 170 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tami Hudson 12801 Champion Forest Dr Apt 1005 Houston, TX 77066 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dexter Huerta 11501 Braesview Apt 4505 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Roger Humberto 6225 N Dale Mabry Hwy Apt 1416 Tampa, FL 33614 | X | | TRADE | X | X | X | $295.00 |
| ACCOUNT NO. | | | | | | | |
| Richard Hurta 11501 Braesview Apt 4503 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Andrea Hurtado 6221 N Dale Mabry Hwy Apt 2616 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |

Sheet no. 171 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                     Case No. 2:09-15342 SB
           **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jake Hutton 6221 N Dale Mabry Hwy Apt 2108 Tampa, FL 33614 | X | | TRADE | X | X | X | $274.00 |
| ACCOUNT NO. | | | | | | | |
| Corey Huttson 6221 N Dale Mabry Hwy Apt 2412 Tampa, FL 33614 | X | | TRADE | X | X | X | $603.00 |
| ACCOUNT NO. | | | | | | | |
| Martina Ibarra 11501 Braesview Apt 4708 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brandon Imholte 10707 IH 10 W No 0337 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jason Inhlenfield 11501 Braesview Apt 3504 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 172 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
_____       _____
        **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jose Iraheta 10707 IH 10 W No 1414 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lionel Irizzarry 6225 N Dale Mabry Hwy Apt 108 Tampa, FL 33614 | X | | TRADE | X | X | X | $116.00 |
| ACCOUNT NO. | | | | | | | |
| Yuri Ito 6225 N Dale Mabry Hwy Apt 101 Tampa, FL 33614 | X | | TRADE | X | X | X | $300.00 |
| ACCOUNT NO. | | | | | | | |
| Constance E Ivens 8515 Capital Of TX Hwy 1030 Austin, TX 78759 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brian Jackson 6221 N Dale Mabry Hwy Apt 2104 Tampa, FL 33614 | X | | TRADE | X | X | X | $500.00 |

Sheet no. 173 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                       Subtotal ➤   $

                                       Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                         _____
            **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| George Jackson 10707 IH 10 W No 0504 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jesse Jacobs 6225 N Dale Mabry Hwy Apt 703 Tampa, FL 33614 | X | | TRADE | X | X | X | $1,500.00 |
| ACCOUNT NO. | | | | | | | |
| Joel Jaimes 10707 IH 10 W No 0117 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rhonda Jalufka 11501 Braesview Apt 2706 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jayassi Jr 11501 Braesview Apt 1902 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 174 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                     Case No. 2:09-15342 SB
_____                  _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Colleen Jenesky 6225 N Dale Mabry Hwy Apt 1009 Tampa, FL 33614 | X | | TRADE | X | X | X | $199.00 |
| ACCOUNT NO. | | | | | | | |
| Tara Jenkins 5959 Fort Caroline Rd Jacksonville, FL 32277 | X | | TRADE | X | X | X | $155.00 |
| ACCOUNT NO. | | | | | | | |
| Borkowski Jennifer 2200 Willow Creek Apt 907 Austin, TX 78741 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mikel Jennings 11501 Braesview Apt 805 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Jernigan 6225 N Dale Mabry Hwy Apt 1605 Tampa, FL 33614 | X | | TRADE | X | X | X | $575.00 |

Sheet no. 175 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maria Jimenez 6221 N Dale Mabry Hwy Apt 2607 Tampa, FL 33614 | X | | TRADE | X | X | X | $149.00 |
| ACCOUNT NO. | | | | | | | |
| Enrique Jimenez 11501 Braesview Apt 3202 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Susan Johnson 6225 N Dale Mabry Hwy Apt 905 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Susan Johnson 6225 N Dale Mabry Hwy Unit 905 Tampa, FL 33614 | X | | TRADE | X | X | X | $40.47 |
| ACCOUNT NO. | | | | | | | |
| Samantha Johnson 11501 Braesview Apt 2004 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 176 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Candance Johnson 11501 Braesview Apt 3102 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rhonda Johnson 11501 Braesview Apt 3608 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Erin Johnson 10707 IH 10 W No 0434 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jeremy Johnson 10707 IH 10 W No 0926 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dequandrae Jones 6221 N Dale Mabry Hwy Apt 1807 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 177 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maria Jones 6221 N Dale Mabry Hwy Apt 1907 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Melissa Jones 11501 Braesview Apt 1616 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Torrance Jones 11501 Braesview Apt 1807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Bobby Jones 11501 Braesview Apt 2405 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rebecca Jones 11501 Braesview Apt 4102 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 178 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
**Debtor**

Case No. 2:09-15342 SB
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Edna Jordan 6225 N Dale Mabry Hwy Apt 1510 Tampa, FL 33614 | X | | TRADE | X | X | X | $600.00 |
| ACCOUNT NO. | | | | | | | |
| Carol Judson 6225 N Dale Mabry Hwy Apt 1310 Tampa, FL 33614 | X | | TRADE | X | X | X | $350.00 |
| ACCOUNT NO. | | | | | | | |
| Gordon Julsrud 10707 IH 10 W No 0924 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michelle Kanagusico 11501 Braesview Apt 2105 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Graham Kansai 12436 Vance Jackson Apt 436 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 179 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sherry Kaplan 10707 IH 10 W No 0126 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jacquelyn Kaufman 6221 N Dale Mabry Hwy Apt 2115 Tampa, FL 33614 | X | | TRADE | X | X | X | $599.00 |
| ACCOUNT NO. | | | | | | | |
| John Kavanaugh 4121 E Busch Blvd Apt 803 Tampa, FL 33617 | X | | TRADE | X | X | X | $129.38 |
| ACCOUNT NO. | | | | | | | |
| Anisha Keaton 6225 N Dale Mabry Hwy Apt 1614 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Keck 5510 Kissing Oak San Antonio, TX 78247 | X | | TRADE | X | X | X | |

Sheet no. 180 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                 **Debtor**                                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jonathan Keller 10707 IH 10 W No 0338 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Heather Kelley 11501 Braesview Apt 3906 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jay Kettlewell 10707 IH 10 W No 0311 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kellery Kilgore 6225 N Dale Mabry Hwy Apt 606 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Mary King 10707 IH 10 W No 0315 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 181 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal➤ | $

                Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Mark Kirkpatrick 6290 Fargo Abe Brownsville, TX 78521 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Ralph Kleeman III 1171 S Lane Ave 1403 Jacksonville, FL 32205 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Klusmann 1726 Troubridge Garland, TX 75044 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Mark Knapczyk 6221 N Dale Mabry Hwy Apt 2416 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| **ACCOUNT NO.** | | | | | | | |
| Jane Kobernick 11501 Braesview Apt 505 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 182 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                    _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Andras Kovacs 746 115th Ave N Apt 1802 St. Pete, FL 33716 | X | | TRADE | X | X | X | $472.42 |
| ACCOUNT NO. | | | | | | | |
| Vanessa Kreyling 6221 N Dale Mabry Hwy Apt 2101 Tampa, FL 33614 | X | | TRADE | X | X | X | $730.00 |
| ACCOUNT NO. | | | | | | | |
| Arthur Kumm 6225 N Dale Mabry Hwy Apt 1308 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Tim Kumpost 6225 N Dale Mabry Hwy Apt 1303 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Irma Landaverde 10707 IH 10 W No 0124 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 183 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Earnest Langford 6221 N Dale Mabry Hwy Apt 2708 Tampa, FL 33614 | X | | TRADE | X | X | X | $450.00 |
| ACCOUNT NO. | | | | | | | |
| Jason Lannello 6225 N Dale Mabry Hwy Apt 1311 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Lara 11501 Braesview Apt 4001 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Larson 11501 Braesview Apt 4402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Roxanna Latifi 10707 IH 10 W No 0936 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 184 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
    **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| David Lawdermilk 12101 N Dale Mabry Hwy Apt 707 Tampa, FL 33618 | X | | TRADE | X | X | X | $17.21 |
| ACCOUNT NO. | | | | | | | |
| Gerceli Lazo 6221 N Dale Mabry Hwy Apt 2915 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Que Le 6221 N Dale Mabry Hwy Apt 2805 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Christina Leach 6226 Valley Cliff Dr San Antonio, TX 78250 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Andre Lee 6225 N Dale Mabry Hwy Apt 1604 Tampa, FL 33614 | X | | TRADE | X | X | X | $575.00 |

Sheet no. 185 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
              **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Willie Lee 6225 N Dale Mabry Hwy Apt 1212 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Leger 3610 Litchfield San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vanessa Lemon 10707 IH 10 West #1521 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rebecca Leon 11501 Braesview Apt 313 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jimmy Lewis 6225 N Dale Mabry Hwy Apt 610 Tampa, FL 33614 | X | | TRADE | X | X | X | $500.00 |

Sheet no. 186 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
      **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| John Lewis 11501 Braesview Apt 1802 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Loritz Limon 11501 Braesview Apt 4603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aicha Linares 6221 N Dale Mabry Hwy Apt 1808 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Delores Lind 10707 IH 10 W No 1511 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Littell 6221 N Dale Mabry Hwy Apt 2912 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 187 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ernest Llorente 6225 N Dale Mabry Hwy Apt 804 Tampa, FL 33614 | X | | TRADE | X | X | X | $450.00 |
| ACCOUNT NO. | | | | | | | |
| Albert Lochli 11501 Braesview Apt 308 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Krystal Lockett 6225 N Dale Mabry Hwy Apt 815 Tampa, FL 33614 | X | | TRADE | X | X | X | $288.00 |
| ACCOUNT NO. | | | | | | | |
| Kristie Lockette 10707 IH 10 W No 1003 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kari Locklar 10707 IH 10 W No 1328 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 188 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                    _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ryan Loftis 6225 N Dale Mabry Hwy Apt 1507 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Logan 11501 Braesview Apt 1205 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mike Logan 11501 Braesview Apt 4508 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Long 6221 N Dale Mabry Hwy Apt 2404 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Jessica Longoria 10707 IH 10 W No 1925 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 189 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Leydis Lopez 6225 N Dale Mabry Hwy Apt 1202 Tampa, FL 33614 | X | | TRADE | X | X | X | $350.00 |
| ACCOUNT NO. | | | | | | | |
| Aissa Lopez 11501 Braesview 4202 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Lopez 11501 Braesview Apt 2104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aissa Lopez 11501 Braesview Apt 4202 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cynthia Lopez 10707 IH 10 W No 0928 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 190 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____   Case No. 2:09-15342 SB _____
  **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Edmund Lopez Jr 10707 IH 10 W No 0628 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dariela Losoya 11501 Braesview Apt 503 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Frederick I Love 3000 Danfield Dr Columbia, SC 29204 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lovett 8530 Littleport San Antonio, TX 78239 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Lowery No Address on File: Cancelled Applicant | X | | TRADE | X | X | X | $250.00 |

Sheet no. 191 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. <u>2:09-15342 SB</u>
     **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carolina Lozada 10707 IH 10 W No 0938 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Priamo Lozado 6225 N Dale Mabry Hwy Apt 1516 Tampa, FL 33614 | X | | TRADE | X | X | X | $70.09 |
| ACCOUNT NO. | | | | | | | |
| Carolina Lozano 11501 Braesview Apt 4404 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Khanh Lu 6221 N Dale Mabry Hwy Apt 1701 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Anna Lucio 11501 Braesview Apt 1605 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 192 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                          _____
            **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cynthia Lucio 11501 Braesview Apt 2707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Miguel Lujan 10707 I H 10 W 225 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vanessa Luker 10707 IH 10 W No 0218 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maricela Luna 10707 IH 10 W No 1615 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Terri Mabry 11501 Braesview Apt 908 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 193 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Linda Madera 6225 N Dale Mabry Hwy Apt 405 Tampa, FL 33614 | X | | TRADE | X | X | X | $349.00 |
| ACCOUNT NO. | | | | | | | |
| Lauren Magnus 11501 Braesview Apt 4306 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Adam Mahan 10707 IH 10 W No 0316 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Andy Major 11501 Braesview Apt 708 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Maldonado 375 Palm Springs Dr 112 Altamonte Springs, FL 32701 | X | | TRADE | X | X | X | |

Sheet no. 194 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC         Case No. 2:09-15342 SB
      **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Luis Maldonado 10707 IH 10 W No 0118 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dominique Maldonado 10707 IH 10 W No 0622 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel Malloy 6221 N Dale Mabry Hwy Apt 2210 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Orlando Mamani 6225 N Dale Mabry Hwy Apt 1001 Tampa, FL 33614 | X | | TRADE | X | X | X | $599.00 |
| ACCOUNT NO. | | | | | | | |
| Jamila Manden 6221 N Dale Mabry Hwy Apt 2904 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 195 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                               Subtotal ➤   $

                                      Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                         _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Blanche Mandry 4761 N Golden Rd D Orlando, FL 32792 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Charles Marchese 6221 N Dale Mabry Hwy Apt 2801 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Alberto Mares 11501 Braesview Apt 608 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Markeloff 406 Reba Converse, TX | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Modesto Martin 4817 N Golden Road Apt C Winter Park, FL 32792 | X | | TRADE | X | X | X | |

Sheet no. 196 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lexi Martin 11501 Braesview Apt 203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jazmin Martinez 6221 N Dale Mabry Hwy Apt 2905 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Martinez 11501 Braesview Apt 1808 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Zoraida Martinez 11501 Braesview Apt 402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Myra Martinez 11501 Braesview Apt 4801 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 197 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                         _____
**Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gilberto Martinez 6219 Laramie St Humble, TX 77396 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mike Martinez 10707 IH 10 W No 0822 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vicente Martinez 10707 IH 10 W No 1106 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lacey Martinez 10707 IH 10 W No 1317 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rodolfo DeHoyos Martinez 10707 IH 10 W No 1522 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 198 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC               Case No. 2:09-15342 SB
        **Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Steve Martinez 10707 IH 10 W No 1934 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Samantha Martinez 11501 Braesview Apt 2805 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lolita Matos 10126 Eastern Lake Ave 201 Orlando, FL 32817 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jean Maxi 3524 Del Lago Cr Apt 132 Tampa, FL 33614 | X | | TRADE | X | X | X | $380.41 |
| ACCOUNT NO. | | | | | | | |
| Richard Maylon 8514 Old Plank Road Jacksonville, FL 32205 | X | | TRADE | X | X | X | |

Sheet no. 199 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                       Subtotal➤ | $

              Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Alexia Mayo 6225 N Dale Mabry Hwy Apt 212 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| David McCallum 6225 N Dale Mabry Hwy Apt 902 Tampa, FL 33614 | X | | TRADE | X | X | X | $499.00 |
| ACCOUNT NO. | | | | | | | |
| Thomas McCarthy 6225 N Dale Mabry Hwy Apt 1307 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Tommy McConnell 6221 N Dale Mabry Hwy Apt 2701 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Selena McCullough 6225 N Dale Mabry Hwy Apt 613 Tampa, FL 33614 | X | | TRADE | X | X | X | $275.00 |

Sheet no. 200 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jessica McEwan 11501 Braesview Apt 2703 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nicole Mcgee 11501 Braesview Apt 309 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lindsey McKee 6225 N Dale Mabry Hwy Apt 910 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Dale McKenzie 6225 N Dale Mabry Hwy Apt 911 Tampa, FL 33614 | X | | TRADE | X | X | X | $199.00 |
| ACCOUNT NO. | | | | | | | |
| Carole McLaughlin 11501 Braesview Apt 4302 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 201 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sheldon McNeal 6221 N Dale Mabry Hwy Apt 2614 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Steve McNeely 10707 IH 10 West #313 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Steve McNeely 10707 IH 10 W No 0313 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Inez Medina 5526 Kingswood San Antonio, TX 78228 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Juanita Medrano 10707 IH 10 W No 0411 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 202 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
       **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jyoti Mehta 6225 N Dale Mabry Hwy Apt 502 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Carmen Mejia 11501 Braesview Apt 1403 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Stephanie Melgoza 10707 IH 10 W No 0334 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Orlando Mendez 6221 N Dale Mabry Hwy Unit 2502 Tampa, FL 33614 | X | | TRADE | X | X | X | $3,842.50 |
| ACCOUNT NO. | | | | | | | |
| Carlos Mendez 6225 N Dale Mabry Hwy Apt 1512 Tampa, FL 33614 | X | | TRADE | X | X | X | $599.00 |

Sheet no. 203 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                    Subtotal ➤    $

                                   Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Luis Mendez 6225 N Dale Mabry Hwy Apt 107 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Orlando Mendez 6221 N Dale Mabry Hwy 2502 Tampa, FL 33614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carlos Mendoza 11501 Braesview Apt 1506 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jana Mendoza 11501 Braesview Apt 4304 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Leo Mendoza 25685 Neil Ave San Benito, TX 78586 | X | | TRADE | X | X | X | |

Sheet no. 204 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
_____                          _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Luis A Mercado 6211 Curry Ford Rd 014 Orlando, FL 32822 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Mercer 6225 N Dale Mabry Hwy Apt 915 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Joan Messenger 10707 IH 10 W No 1815 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Frances Messer 11501 Braesview Apt 4703 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jason Meyer 11501 Braesview Apt 4203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 205 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
      **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Nicole Meyers 11501 Braesview Apt 4804 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ryan Mika 11610 N. FM 81 Karnes City, TX 78118 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Victoria Mikolajczak 6221 N Dale Mabry Hwy Apt 2414 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Angela Miley 11501 Braesview Apt 507 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brenda Millan 11501 Braesview Apt 3607 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 206 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal➤    $

          Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Brooke Miller 6221 N Dale Mabry Hwy Apt 3009 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Tyler Miller 11501 Braesview Apt 1612 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Joe Miller 11501 Braesview Apt 4604 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Benjamin Millies 11501 Braesview Apt 3408 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Million 24245 Wilderness Oaks Apt 2604 San Antonio, TX 78258 | X | | TRADE | X | X | X | |

Sheet no. 207 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Brittany Millsap 10707 IH 10 W No 0915 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rebecca Minjarez 11501 Braesview Apt 208 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Isaiah Minter 3132 W Lambright St Apt 816 Tampa, FL 33615 | X | | TRADE | X | X | X | $68.70 |
| ACCOUNT NO. | | | | | | | |
| Rogerio Monreal 11501 Braesview Apt 110 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Montazeri 2223 Beacon Creek San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 208 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Domingo Montero 6221 N Dale Mabry Hwy Apt 1715 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Christina Montoya-Blanco 10707 IH 10 W No 0624 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Naishca Moody 11501 Braesview 903 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Morales 10707 IH 10 W No 0431 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Justin Morales 10707 IH 10 W No 1926 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 209 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Melody Moreno 6221 N Dale Mabry Hwy Apt 2201 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Lorraine Moreno 1420 Guinevere Dr Casselberry, FL 32707 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Francisco Moreno 10707 IH-10 W Apt 937 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Joanna Morris 6221 N Dale Mabry Hwy Apt 2807 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Sarah Morris 2626 Babcock Rd Apt 611 San Antonio, TX 78229 | X | | TRADE | X | X | X | |

Sheet no. 210 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
     **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jessica Morrison 6225 N Dale Mabry Hwy Apt 612 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Kerri Mulligan 11501 Braesview Apt 1701 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brian Mundey 10707 IH 10 W No 0637 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aaron Munoz 10707 IH 10 W No 1611 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Murphy 6221 N Dale Mabry Hwy Apt 1714 Tampa, FL 33614 | X | | TRADE | X | X | X | $224.00 |

Sheet no. 211 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ➤ | $

                           Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                      Case No. 2:09-15342 SB
_____                              _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Murray 745 Ottawa Way San Antonio, TX 78260 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Murray 9847 Chelsea Cir Selma, TX 78154 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Thomas Musquiez 3405 Derby Drive Corpus Christi, TX 78414 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Clifton Napier 11501 Braesview Apt 4402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carol Nasar 10707 IH-10 W Apt 634 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 212 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
          **Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carol Nasar 10707 IH 10 W No 0634 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yamel Natividad 10707 IH 10 W No 1921 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Neak EMP 11501 Braesview Apt 3603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sandra Neal 11501 Braesview Apt 205 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Neal 11501 Braesview Apt 2608 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 213 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael Neely 11501 Braesview Apt 3808 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Negrete 10707 IH 10 W No 1323 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Negrete 11501 Braesview Apt 3301 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Khania Neri 10707 IH 10 W No 1010 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ryan Netherton 6221 N Dale Mabry Hwy Apt 2702 Tampa, FL 33614 | X | | TRADE | X | X | X | $529.00 |

Sheet no. 214 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Charles Newberry IV 10707 IH 10 W No 1211 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elsa Nichols 10707 IH 10 W No 1312 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Felix Nieves 6225 N Dale Mabry Hwy Apt 1309 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Jeff Njiru 10707 IH 10 W No 0814 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Loana Noah 11501 Braesview Apt 804 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 215 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
   **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Angel Nolasco 11501 Braesview Apt 4003 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kevin Nored 11501 Braesview Apt 3807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alfonso Norfin 11501 Braesview Apt 706 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lorenzo Noriega 10707 IH 10 W No 1813 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rudi Numair 6221 N Dale Mabry Hwy Apt 2606 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |

Sheet no. 216 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| William/Bill Nunnery 11501 Braesview Apt 1907 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kwaku Obeng 11501 Braesview Apt 4507 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christopher Olivarez 11501 Braesview Apt 2901 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Anthony Oliver 6221 N Dale Mabry Hwy Apt 2301 Tampa, FL 33614 | X | | TRADE | X | X | X | $768.00 |
| ACCOUNT NO. | | | | | | | |
| Keiya Jones Oliver 813 Beacon Hill Road Columbia, SC 29210 | X | | TRADE | X | X | X | |

Sheet no. 217 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
          **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Oliveros 11501 Braesview Apt 3706 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Richard George Olmstead 5959 Ft Caroline Rd Apt 1503 Jacksonville, FL 32277 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Eric Olson 6225 N Dale Mabry Hwy Apt 912 Tampa, FL 33614 | X | | TRADE | X | X | X | $60.03 |
| ACCOUNT NO. | | | | | | | |
| Cathryne Omahan 6225 N Dale Mabry Hwy Apt 116 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Monique Ortega 10707 IH 10 W No 0813 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 218 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Joel Ortiz 6221 N Dale Mabry Hwy Apt 2612 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| James Ortiz 10707 IH 10 West #1926 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Enrique Ortiz 10707 IH 10 W No 0506 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jill Padgett 11501 Braesview Apt 3503 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alejandro Palacios 6221 N Dale Mabry Hwy Apt 2709 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |

Sheet no. 219 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
          **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Patsy Palacios 11501 Braesview Apt 2603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tiffany Pape 10707 IH 10 W No 0722 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Susan Paree 6221 N Dale Mabry Hwy Apt 1910 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Ronnie Parker 3509 Lake Ave 2255 Columbia, SC 29206 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Shruviben Patel 10707 IH 10 W No 0414 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 220 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____   Case No. 2:09-15342 SB _____
          **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dhrev Pater 6222 UTSA Blvd Apt 6302D San Antonio, TX 78249 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Patino 11501 Braesview Apt 4502 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Paulsen 10707 IH 10 W No 1613 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel Paulson 6225 N Dale Mabry Hwy Apt 314 Tampa, FL 33614 | X | | TRADE | X | X | X | $65.00 |
| ACCOUNT NO. | | | | | | | |
| Betty Paz 6225 N Dale Mabry Hwy Apt 1511 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |

Sheet no. 221 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
_____      _____
            **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Martin Pedraza 11501 Braesview Apt 1603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Martha Pedroza 6225 N Dale Mabry Hwy Apt 615 Tampa, FL 33614 | X | | TRADE | X | X | X | $275.00 |
| ACCOUNT NO. | | | | | | | |
| Mark Pedroza 10707 IH 10 W No 1923 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jennifer Peirce 11501 Braesview Apt 1206 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jennifer Pelayo 11501 Braesview Apt 1503 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 222 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                            Subtotal➤ | $

                            Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC_____     Case No. 2:09-15342 SB_____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Karen Peltier 11501 Braesview Apt 4702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Olegario Pena 6221 N Dale Mabry Hwy Apt 1911 Tampa, FL 33614 | X | | TRADE | X | X | X | $162.86 |
| ACCOUNT NO. | | | | | | | |
| Jose Pena 1435 Bay Dr Dalton, GA 30721 | X | | TRADE | X | X | X | $28.21 |
| ACCOUNT NO. | | | | | | | |
| Nathanial Pena 11501 Braesview Apt 1814 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ivan Pena 10707 IH 10 W No 1314 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 223 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $

Total ➤  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
<br>**Debtor**                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carlos Penaloza 11501 Braesview Apt 104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carlos Penaloza 11501 Braesview Apt 104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ayana Pendergraph 6225 N Dale Mabry Hwy Apt 210 Tampa, FL 33614 | X | | TRADE | X | X | X | $294.00 |
| ACCOUNT NO. | | | | | | | |
| Radley Penn 6225 N Dale Mabry Hwy Apt 1608 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Andrea Pepitone 6221 N Dale Mabry Hwy Apt 2106 Tampa, FL 33614 | X | | TRADE | X | X | X | $600.00 |

Sheet no. 224 of 309 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____           _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Andrea Pepitone 6221 N Dale Mabry Hwy Apt 2106 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Sheila Perez 6221 N Dale Mabry Hwy Unit 3017 Tampa, FL 33614 | X | | TRADE | X | X | X | $3,248.00 |
| ACCOUNT NO. | | | | | | | |
| Joel Perez 6221 N Dale Mabry Hwy Apt 2713 Tampa, FL 33614 | X | | TRADE | X | X | X | $599.00 |
| ACCOUNT NO. | | | | | | | |
| Adolfo Perez 6225 N Dale Mabry Hwy Apt 412 Tampa, FL 33614 | X | | TRADE | X | X | X | $540.00 |
| ACCOUNT NO. | | | | | | | |
| Sheila Perez 6221 N Dale Mabry Hwy Apt 3017 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |

Sheet no. 225 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
          **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sheila M Perez 3860 Golf Village Loop 2 Lakeland, FL 33809 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Bertha Perez 11501 Braesview Apt 604 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Belinda Perez 11501 Braesview Apt 3708 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Raven Perez 11501 Braesview Apt 4609 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jeanette Perez 10707 IH 10 W No 0418 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 226 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jennifer Perez 10707 IH 10 W No 0435 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Noe Perez 10707 IH 10 W No 0824 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Denise Perez 10707 IH 10 W No 1623 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Patricia Perry 11501 Braesview Apt 2803 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angel Petrusevski 11501 Braesview Apt 2406 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 227 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Antonio Phillips 6903 Bonair Dr Apt B Tampa, FL 33617 | X | | TRADE | X | X | X | $67.77 |
| ACCOUNT NO. | | | | | | | |
| Frankie Phillips 3509 Lake Ave 93 Columbia, SC 29206 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Anne Phillips 11501 Braesview Apt 2005 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Steve Philyaw 6221 N Dale Mabry Hwy Apt 2714 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Caroline Pilcher 11501 Braesview Apt 4006 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 228 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                      Case No. 2:09-15342 SB
_____                           _____
         **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Juan Pimental 6225 N Dale Mabry Hwy Apt 1011 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Pink 11501 Braesview Apt 2904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jennifer Plagianes Ackerson 4400 Thornbriar Lane 202 Orlando, FL 32822 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tyrone Poindexter 6225 N Dale Mabry Hwy Apt 313 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Ramon Polo 6225 N Dale Mabry Hwy Apt 1505 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 229 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
       **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Denise Pompa 10707 IH 10 W No 0713 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jay Porterfield 11501 Braesview Apt 1613 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Potter 6225 N Dale Mabry Hwy Apt 907 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Andrew Powell 10707 IH 10 W No 1212 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Pravlik 6225 N Dale Mabry Hwy Apt 1616 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |

Sheet no. 230 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Veronica Preston 11501 Braesview Apt 2808 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Darlyn Prevatte 6221 N Dale Mabry Hwy Apt 1905 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Donna Price 11501 Braesview Apt 301 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Priester 220 Millcreek Rd Jacksonville, FL 32211 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Pruitt 10707 IH 10 W No 0812 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 231 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____  Case No. 2:09-15342 SB _____
    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jessica Puckett 11501 Braesview Apt 4705 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Purvis 4711 Comal Riverloop Spring, TX 77386 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Eduardo Questall 6225 N Dale Mabry Hwy Apt 1208 Tampa, FL 33614 | X | | TRADE | X | X | X | $698.00 |
| ACCOUNT NO. | | | | | | | |
| Diana Quiroz 10707 IH 10 W No 1938 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| John Rabon 556 Shirway Rd Lexington, SC 29073 | X | | TRADE | X | X | X | |

Sheet no. 232 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
     **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Rahimi 11501 Braesview Apt 904 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Maria Ramirez 6225 N Dale Mabry Hwy Apt 1008 Tampa, FL 33614 | X | | TRADE | X | X | X | $588.00 |
| **ACCOUNT NO.** | | | | | | | |
| Maria Ramirez 6221 N Dale Mabry Hwy Apt 2601 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| **ACCOUNT NO.** | | | | | | | |
| Jennifer Ramirez 5705 Dosina Lane Apt 4 Tampa, FL 33615 | X | | TRADE | X | X | X | $59.61 |
| **ACCOUNT NO.** | | | | | | | |
| Angel Ramirez 10707 IH 10 W No 1316 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 233 of 309 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ramon 11501 Braesview Apt 4807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jesus Ramon 11501 Braesview Apt 4807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Clarissa Ramos 6225 N Dale Mabry Hwy Apt 1504 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Martin Ramos 6221 N Dale Mabry Hwy Apt 1804 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| James Ramos 11501 Braesview Apt 2301 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 234 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                          _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jose Ramos 10707 IH 10 W No 0618 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Leslie Ramos 10707 IH 10 W No 0932 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Joan Rangel 10707 IH 10 W No 0226 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jon Ratke 6225 N Dale Mabry Hwy Apt 1415 Tampa, FL 33614 | X | | TRADE | X | X | X | $500.00 |
| ACCOUNT NO. | | | | | | | |
| Rolando Razo 611 Kandall Lake Dr Apt 104 Brandon, FL 33510 | X | | TRADE | X | X | X | $205.67 |

Sheet no. 235 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                     **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dorienne Reddish 5601 Edenfield Rd Apt 1201 Jacksonville, FL 32277 | X | | TRADE | X | X | X | $125.52 |
| ACCOUNT NO. | | | | | | | |
| Jacqueline Remedor 6221 N Dale Mabry Hwy Apt 1901 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Audrey Rendon 11501 Braesview Apt 4504 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Renteria 11501 Braesview Apt 411 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Caryn Reppond 11501 Braesview Apt 4201 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 236 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC         Case No. 2:09-15342 SB
      **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gustavo Resendez 11501 Braesview Apt 711 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yvette Reyes 9209 Roundwood Ct Tampa, FL 33615 | X | | TRADE | X | X | X | $105.40 |
| ACCOUNT NO. | | | | | | | |
| Reyes 11501 Breasview Apt 3503 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Angel Reyes 11501 Braesview Apt 1905 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Clarissa Reyes 11501 Braesview Apt 2903 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 237 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Destani Reyes 10707 IH 10 W No 1927 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marisa Reyes 11501 Braesview Apt 4002 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Reyna 11501 Braesview Apt 303 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mohammed Riaz 6225 N Dale Mabry Hwy Unit 816 Tampa, FL 33614 | X | | TRADE | X | X | X | $30.00 |
| ACCOUNT NO. | | | | | | | |
| Jelani Richards 6225 N Dale Mabry Hwy Apt 205 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 238 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lauretta Riley 5959 Ft Caroline Apt 108 Jacksonville, FL 32277 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nestor Rincon 6225 N Dale Mabry Hwy Apt 1211 Tampa, FL 33614 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Daniel Riojas 11501 Braesview Apt 3402 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gene Ritnour 10707 IH 10 W No 0711 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Santiago Rivara PO Box 690408 San Antonio, TX 78269 | X | | TRADE | X | X | X | |

Sheet no. 239 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Merle River 6225 N Dale Mabry Hwy Unit 701 Tampa, FL 33614 | X | | TRADE | X | X | X | $4.00 |
| ACCOUNT NO. | | | | | | | |
| William Rivera 6225 N Dale Mabry Hwy Apt 501 Tampa, FL 33614 | X | | TRADE | X | X | X | $625.00 |
| ACCOUNT NO. | | | | | | | |
| Noel Rivera 6225 N Dale Mabry Hwy Apt 611 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Anthony Rivera 6225 N Dale Mabry Hwy Apt 507 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Gladys Rivera 6221 N Dale Mabry Hwy 3017 Tampa, FL 33614 | X | | TRADE | X | X | X | |

Sheet no. 240 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
        **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael Rivera 11501 Braesview Apt 4308 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Rivera 10707 IH 10 West #1216 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Rivera 10707 IH 10 W No 1216 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Amanda Rivera 10707 IH 10 W No 1912 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ketty Rivero 6221 N Dale Mabry Hwy Apt 1816 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |

Sheet no. 241 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____              _____
            **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chavon Roach 10707 IH 10 West #0613 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Adam Roberson 10707 IH 10 W No 0113 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rosa Robertson 11501 Braesview Apt 2202 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Pamela Robertson 11501 Braesview Apt 4005 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ronda Robertson 10707 IH 10 W No 0723 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 242 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC            Case No. 2:09-15342 SB
        **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Amanda Robnett 11501 Braesview Apt 2203 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yanina Rodriguez 6221 N Dale Mabry Hwy Apt 2114 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Antonio Rodriguez 6225 N Dale Mabry Hwy Apt 411 Tampa, FL 33614 | X | | TRADE | X | X | X | $325.00 |
| ACCOUNT NO. | | | | | | | |
| Carmen Rodriguez 6221 N Dale Mabry Hwy Apt 1903 Tampa, FL 33614 | X | | TRADE | X | X | X | $285.00 |
| ACCOUNT NO. | | | | | | | |
| Robert Lee Rodriguez 1610 W Woodlawn San Antonio, TX 78201 | X | | TRADE | X | X | X | |

Sheet no. 243 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
      **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rodriguez 6761 San Alto Way Buena Park, CA 90620 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lupita Rodriguez 11501 Braesview Apt 607 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ryan Rodriguez 11501 Braesview Apt 1208 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Francisco Rodriguez 11501 Braesview Apt 3101 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Rodriguez 10707 IH 10 W No 0125 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 244 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____      Case No. 2:09-15342 SB _____
          **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sergio Rodriguez 10707 IH 10 W No 0323 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Adriana Rodriguez 10707 IH 10 W No 0636 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Noel Rodriguez 10707 IH 10 W No 1103 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Hector Rodriguez 10707 IH 10 W No 1335 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Erica Rodriguez 10707 IH 10 W No 1513 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 245 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Patricia Rodriguez 10707 IH 10 W No 1812 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aaron Roehm 11501 Braesview Apt 2604 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Naomi Roel 10707 IH 10 W No 1110 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alana Roemer 10707 IH 10 W No 0621 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Donald Rogers 11501 Braesview Apt 4704 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 246 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                    _____
**Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Louise Rogillio 11501 Braesview Apt 1804 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Nichel Romero 6225 N Dale Mabry Hwy Apt 203 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| **ACCOUNT NO.** | | | | | | | |
| Anthony Romero 11501 Braesview Apt 3501 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Celisete Romero 10707 IH 10 W No 0918 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Karyna Romo 11501 Braesview Apt 2305 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 247 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| April Roque 11501 Braesview Apt 508 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carlos Rosa 6221 N Dale Mabry Hwy Apt 2302 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Sandra Rosales 11501 Braesview Apt 4806 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christian Rosario 1904 W 4th Street Sanford, FL 32771 | X | | TRADE | X | X | X | $122.36 |
| ACCOUNT NO. | | | | | | | |
| Andrew Rosas 10707 IH 10 W No 0724 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 248 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____      _____
         **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sandra Rosbelt 10707 IH 10 W No 0412 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gail Rose 11501 Braesview Apt 4004 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Shama Ross 2410 S Kirkwood 422 Houston, TX 77077 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Antonio Rotondo 6225 N Dale Mabry Hwy Apt 1214 Tampa, FL 33614 | X | | TRADE | X | X | X | $94.00 |
| ACCOUNT NO. | | | | | | | |
| Rowell 218 Creekview Dr Floresville, TX 78114 | X | | TRADE | X | X | X | |

Sheet no. 249 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                         Subtotal➤    $

                              Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC         Case No. 2:09-15342 SB
_____        _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jimmie Rowell 11501 Braesview Apt 2101 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mallory Rowell 11501 Braesview Apt 4104 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Leanna Ruiz 11501 Braesview Apt 1401 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cathy Ruiz 11501 Braesview Apt 3903 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Russell 11501 Braesview Apt 2001 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 250 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB

     **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Annmarie Rutkowski 6225 N Dale Mabry Hwy Apt 1109 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Elizabeth Ruyle 11501 Braesview Apt 2701 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Shannon Saenz 10707 IH 10 W No 1213 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria Saez 11501 Braesview Apt 1004 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Evens Saint-Fort 6225 N Dale Mabry Hwy Apt 301 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |

Sheet no. 251 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jessica Salas 5959 Ft Caroline Road 105 Jacksonville, FL 32277 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nicole Salas 11501 Braesview Apt 702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Leticia San Martin 6225 N Dale Mabry Hwy Apt 708 Tampa, FL 33614 | X | | TRADE | X | X | X | $435.00 |
| ACCOUNT NO. | | | | | | | |
| Sanchez 3696 Pebble Beach Cibolo, TX 78108 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Rene Sanchez 11501 Braesview Apt 4602 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 252 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____    _____
      **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Edward Sanchez 10707 IH 10 W No 1009 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Zachary Sanchez 11501 Braesview Apt 405 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Tristan Sanjuana 10707 IH 10 W No 0318 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| **ACCOUNT NO.** | | | | | | | |
| Randy Santana 6221 N Dale Mabry Hwy Apt 2411 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| **ACCOUNT NO.** | | | | | | | |
| Luis Santana 10707 IH 10 W No 0326 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 253 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal ➤ | $

                        Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
              **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lidalia Santiago 561 Louis XIV Ct Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Jessica Santiago 11501 Braesview Apt 108 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Fernando Sanzi 10707 IH 10 W No 1107 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mauricio Sarquis 10707 IH 10 W No 0931 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mardi Sasse 6221 N Dale Mabry Hwy Unit 2503 Tampa, FL 33614 | X | | TRADE | X | X | X | $6,789.90 |

Sheet no. 254 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                              _____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mardi Jo Sasse 6221 N Dale Mabry Hwy 2503 Tampa, FL 33614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Donna Saucier 10707 IH 10 W No 1521 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sauls 11501 Braesview Apt 3707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Melissa Sayre 11501 Braesview Apt 2108 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Katresse Scallion 10707 IH 10 W No 0632 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 255 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Barbara Schwartz 10707 IH 10 West #1108 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christine Sconzo 11501 Braesview Apt 305 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brenda Sczesny 10707 IH 10 W No 0134 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gary Seabolt 6644 Brandemere Rd South Jacksonville, FL 32211 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Robert Seagrave 11501 Braesview Apt 907 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 256 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Melanie Seaton 6225 N Dale Mabry Hwy Apt 1012 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Edward Seepersad 6225 N Dale Mabry Hwy Apt 601 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Maria Elena Segura 11501 Braesview Apt 4403 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Larry Seiter 11501 Braesview Apt 4105 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jennifer Sells 10707 IH 10 W No 1226 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 257 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
**Debtor**

Case No. 2:09-15342 SB
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Carmen Serrano 6225 N Dale Mabry Hwy Apt 1313 Tampa, FL 33614 | X | | TRADE | X | X | X | $550.00 |
| ACCOUNT NO. | | | | | | | |
| Linder Serrano 6225 N Dale Mabry Hwy Apt 1411 Tampa, FL 33614 | X | | TRADE | X | X | X | $100.00 |
| ACCOUNT NO. | | | | | | | |
| Maira Sevilla 10707 IH 10 West #1101 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maira Sevilla 10707 IH 10 W No 1101 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Azeneth Sexauer 11501 Braesview Apt 3007 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 258 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
          **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Adrienne Shavers 6221 N Dale Mabry Hwy Apt 2306 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Gretchen Sheridan 11501 Braesview Apt 901 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Laura Sherwood 11501 Braesview Apt 4103 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jacob Shiffmiller 6221 N Dale Mabry Hwy Apt 2209 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Glenise Shillingford 6225 N Dale Mabry Hwy Apt 301 Tampa, FL 33614 | X | | TRADE | X | X | X | $18.69 |

Sheet no. 259 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC          Case No. 2:09-15342 SB
_____             _____
           **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Short 13706 Hunters Hawk San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Scott Siefken 10707 IH 10 W No 0616 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vicki Silver 6221 N Dale Mabry Hwy Apt 2211 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Joel Simpson 6225 N Dale Mabry Hwy Apt 903 Tampa, FL 33614 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| John Simpson 11501 Braesview Apt 2804 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 260 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pavani Singalreddy 10707 IH 10 W No 1337 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Melissa Siv 6225 N Dale Mabry Hwy Apt 104 Tampa, FL 33614 | X | | TRADE | X | X | X | $524.00 |
| ACCOUNT NO. | | | | | | | |
| Jamie Skelton 6221 N Dale Mabry Hwy Apt 3004 Tampa, FL 33614 | X | | TRADE | X | X | X | $789.00 |
| ACCOUNT NO. | | | | | | | |
| Small 11501 Braesview Apt 407 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Beverly Smeltzer 11501 Braesview Apt 3605 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 261 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. <u>2:09-15342 SB</u>
     **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Candice Smith 6221 N Dale Mabry Hwy Apt 2116 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Christa Smith 6221 N Dale Mabry Hwy Apt 2603 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Smith 13421 N 43rd Ave Apt 2074 Phoenix, AZ 85029 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Renita Smith 11501 Braesview Apt 703 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marlon Smith 11501 Braesview Apt 1604 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 262 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC        Case No. 2:09-15342 SB
      **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jeanice Smith 11501 Braesview Apt 1801 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nathan Smith 10707 IH 10 West #0135 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nathan Smith 10707 IH 10 W No 0135 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jose Soler 6225 N Dale Mabry Hwy Apt 1205 Tampa, FL 33614 | X | | TRADE | X | X | X | $287.00 |
| ACCOUNT NO. | | | | | | | |
| Ashley Elaine Soles 102 E Meadow Court Columbia, SC 29210 | X | | TRADE | X | X | X | |

Sheet no. 263 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Archie/Nilia Solis 11501 Braesview Apt 4305 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jonathan Solis 10707 IH 10 West #418 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Renee Solis 10707 IH 10 W No 0423 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jonathan Solis 10707 IH 10 W No 1705 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Solis 11501 Braesview Apt 4807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 264 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                    _____
                **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Roxanne Soloman 9173 Bayou Dr Tampa, FL 33635 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Maria Sonora 11501 Braesview Apt 3602 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Elsa Sorbel 10707 IH 10 W No 0327 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Theresa Soriano 10707 IH 10 W No 1221 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Keyla Sorrentini 10707 IH 10 West #337 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 265 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $

Total ➤        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
       **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Keyla Sorrentini 10707 IH 10 W No 0324 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Maria/Juan Sosa 11501 Braesview Apt 803 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Frances Soto 6225 N Dale Mabry Hwy Apt 511 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Carley Tener Spears 600 Zanark Dr Columbia, SC 29212 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ernestine Spencer 10707 IH 10 W No 0114 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 266 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
            **Debtor**                                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Patryce St. John 11501 Braesview Apt 4307 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Lisa Stark 11501 Braesview Apt 2708 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Dennis Starks 6225 N Dale Mabry Hwy Apt 913 Tampa, FL 33614 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Trevor Starr 11501 Braesview Apt 412 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Stauffer 6634 Chasethorne Dr San Antonio, TX 78249 | X | | TRADE | X | X | X | |

Sheet no. 267 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Theresa Steele 464 Steele Road W Columbia, SC 29170 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Steele 11501 Braesview Apt 3201 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marcalinna Stewart 11501 Braesview Apt 1809 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cory Stewart 10707 IH 10 W No 0505 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Clifton Stiggers 11501 Braesview Apt 2408 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 268 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____    _____
**Debtor**            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| James Odell Stokes 11501 Braesview Apt 501 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| James Stokes 11501 Braesview Apt 501 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Carolyn Strickland 6225 N Dale Mabry Hwy Apt 603 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Laura Strite 6221 N Dale Mabry Hwy Apt 2902 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Ben Stubbs 11501 Braesview Apt 2801 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 269 of 309 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc. www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Angelita Suarez PO Box 153104 Tampa, FL 33684 | X | | TRADE | X | X | X | $27.37 |
| ACCOUNT NO. | | | | | | | |
| Marcela Suarez 10707 IH 10 W No 0617 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Manuel Subriates 6221 N Dale Mabry Hwy Apt 3012 Tampa, FL 33614 | X | | TRADE | X | X | X | $500.00 |
| ACCOUNT NO. | | | | | | | |
| Maria Elena Suess 11501 Braesview Apt 4612 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Damien Sweet 6225 N Dale Mabry Hwy Apt 1203 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |

Sheet no. 270 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
**Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maureen Syms 11501 Braesview Apt 4001 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alberto Tabarez 10707 IH 10 W No 0415 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Squalls Tamara 3350 W Hillsoborough Ave Apt 717 Tampa, FL 33614 | X | | TRADE | X | X | X | $36.00 |
| ACCOUNT NO. | | | | | | | |
| Tamez 1095 West 35th St San Antonio, TX 78237 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tapia 11501 Braesview Apt 4306 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 271 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
         **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Frankie Taylor 246 E 15th St Jacksonville, FL | X | | TRADE | X | X | X | $303.64 |
| ACCOUNT NO. | | | | | | | |
| Matthew Taylor 24802 Wine Rose Park San Antonio, TX 78255 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Daniel Teer 6225 N Dale Mabry Hwy Apt 814 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Jorge Tejada 11501 Braesview Apt 315 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tellier 40 NE Loop 410 Suite 100 c/o Edna Hernandez San Antonio, TX 78216 | X | | TRADE | X | X | X | |

Sheet no. 272 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC
_____
**Debtor**

Case No. 2:09-15342 SB
_____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| David Temple 11501 Braesview Apt 1601 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| William Thornton 11501 Braesview Apt 2705 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Michael Arnett Tibbs 4837 Goldenrod Rd N Apt B Winter Park, FL 32792 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jarold D Tolbert 5959 Ft Caroline Rd 3202 Jacksonville, FL 32277 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brendan Topolewski 11501 Braesview Apt 2107 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 273 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
              **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ana Tordesillas 10707 IH 10 W No 0215 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Nicole Torrefranca 6222 UTSA Blvd #12302 San Antonio, TX 78249 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Suzette Torres 6221 N Dale Mabry Hwy Apt 2216 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Stephanie Torres 11501 Braesview Apt 311 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Irene Torres 10707 IH 10 W No 0821 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 274 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                         _____
            **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Hermelinda Torres 10707 IH 10 W No 1701 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Jessica Trevino 11501 Braesview Apt 1107 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Esther Trevino 10707 IH 10 W No 1315 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Margarita Trevino 11501 Braesview Apt 316 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Santana Trimble 11501 Braesview Apt 3006 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 275 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                     Case No. 2:09-15342 SB
_____                          _____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Shirley Trower 6225 N Dale Mabry Hwy Apt 1302 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Kassahun Tsegaye 6221 N Dale Mabry Hwy Unit 2608 Tampa, FL 33614 | X | | TRADE | X | X | X | $693.00 |
| ACCOUNT NO. | | | | | | | |
| Edmond Tucker 10707 IH 10 W No 0508 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Blondell Tyler 7777 Normandy Blvd #906 Jacksonville, FL 32221 | X | | TRADE | X | X | X | $739.00 |
| ACCOUNT NO. | | | | | | | |
| Rhonda Tyler 1304 W Humphrey St Tampa, FL 33604 | X | | TRADE | X | X | X | $52.44 |

Sheet no. 276 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC     Case No. 2:09-15342 SB
_____            _____
        **Debtor**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ilean Ulba 6221 N Dale Mabry Hwy Apt 2410 Tampa, FL 33614 | X | | TRADE | X | X | X | $599.00 |
| ACCOUNT NO. | | | | | | | |
| Xavier Ulloa 6221 N Dale Mabry Hwy Apt 2112 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Jorge Ulloa 10707 IH 10 W No 1914 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kimberly Ulmer 10707 IH 10 W No 1327 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Silvia Valdes 6225 N Dale Mabry Hwy Apt 103 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |

Sheet no. 277 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
_____      _____
       **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Valdez 11501 Braesview Apt 3707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alonso Valdez 11501 Braesview Apt 3707 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Pedro Valera 6225 N Dale Mabry Hwy Apt 600 Tampa, FL 33614 | X | | TRADE | X | X | X | $600.00 |
| ACCOUNT NO. | | | | | | | |
| Valle 2615 Dennler San Antonio, TX 78238 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Vanessa Valle 10707 IH 10 W No 1012 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 278 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ _____

Total ➤ $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. 2:09-15342 SB
      **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rita Valverde 11501 Braesview Apt 2807 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marcell Vance 6221 N Dale Mabry Hwy Apt 1909 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Martha Vargas 6221 N Dale Mabry Hwy Apt 2014 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Anastasia Vargas 10707 IH 10 W No 1326 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Imelda Vasquez 10707 IH 10 W No 1512 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 279 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal➤ | $

                                     Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Vega 11501 Braesview Apt 3602 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Melissa Vega 10707 IH 10 W No 1915 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| David Vela 10707 IH 10 W No 0437 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Aurea Velazquez 6221 N Dale Mabry Hwy Apt 2706 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Christian Velez 3610 Landing Way Dr Apt 306 Tampa, FL 33624 | X | | TRADE | X | X | X | $80.00 |

Sheet no. 280 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Christian Venegas 10707 IH 10 W No 1321 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christian Vera 5610 Louis XIV Ct Apt D Tampa, FL 33614 | X | | TRADE | X | X | X | $39.13 |
| ACCOUNT NO. | | | | | | | |
| Martha Vergara 10707 IH 10 W No 0937 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gladys Vester 10707 IH 10 W No 1637 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Sierra Vianney 5654 Louis XIV Ct Apt B Tampa, FL 33614 | X | | TRADE | X | X | X | $753.00 |

Sheet no. 281 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rachel Vietmeier 6225 N Dale Mabry Hwy Apt 216 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Rachael Villalovos 10707 IH 10 W No 1523 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Melvin Villanueva 10707 IH 10 W No 1618 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Villarreal 115 Oxford Dr San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Priscilla Villarreal 11501 Braesview Apt 4401 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 282 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC      Case No. <u>2:09-15342 SB</u>
         **Debtor**                                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Valerie Villarreal 19927 Horizon Bluff San Antonio, TX 78258 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Benjamin Villarreal 10707 IH 10 W No 1001 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Villate 11501 Braesview Apt 1608 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Felicia Villela 10707 IH 10 W No 0615 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Cinthia Waldron 10106 Misty Plain Dr San Antonio, TX 78245 | X | | TRADE | X | X | X | |

Sheet no. 283 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                          Case No. 2:09-15342 SB
_____                    _____
            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert Wall 11500 Summit West Blvd Apt 21-E Tampa, FL 33617 | X | | TRADE | X | X | X | $465.59 |
| ACCOUNT NO. | | | | | | | |
| Patrick Wallace 11501 Braesview Apt 307 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Brian Walton 11501 Braesview Apt 704 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Matthew Walwer 62 Jewish Ave Apt 915 Key Largo, FL 33037 | X | | TRADE | X | X | X | $294.06 |
| ACCOUNT NO. | | | | | | | |
| Bethany Ward 6221 N Dale Mabry Hwy Unit 2809 Tampa, FL 33614 | X | | TRADE | X | X | X | $5,541.20 |

Sheet no. 284 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                        _____
              **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Derrick Ward 6225 N Dale Mabry Hwy Apt 1213 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Kenneth Ward 6225 N Dale Mabry Hwy Apt 914 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Bethany Ward 6221 N Dale Mabry Hwy 2809 Tampa, FL 33614 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Terra Ward 11501 Braesview Apt 2006 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Christina Wasson 10707 IH 10 W No 1913 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 285 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pei Yuan Wei 10707 IH 10 W No 0136 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Norma Wells 6221 N Dale Mabry Hwy Apt 2013 Tampa, FL 33614 | X | | TRADE | X | X | X | $175.00 |
| ACCOUNT NO. | | | | | | | |
| Natalie Welsh 11501 Braesview Apt 1103 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Thomas Westerbeck 6225 N Dale Mabry Hwy Apt 1111 Tampa, FL 33614 | X | | TRADE | X | X | X | $225.00 |
| ACCOUNT NO. | | | | | | | |
| Edward Westhoff 10707 IH-10 W Apt 1009 San Antonio, TX 78230 | X | | TRADE | X | X | X | |

Sheet no. 286 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC         Case No. 2:09-15342 SB
      **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Takalah Whitaker 6225 N Dale Mabry Hwy Apt 1607 Tampa, FL 33614 | X | | TRADE | X | X | X | $600.00 |
| ACCOUNT NO. | | | | | | | |
| Jeffrey White 11501 Braesview Apt 1806 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Andrew White 10707 IH 10 W No 0427 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Danielle Whiteley 6221 N Dale Mabry Hwy Apt 1806 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Douglas Whitney 6225 N Dale Mabry Hwy Apt 312 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |

Sheet no. 287 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marian Wilkins 6225 N Dale Mabry Hwy Apt 301 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Cindy Lee Wilks 17301 Ennis Trail Austin, TX 78717 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Marciella William 6221 N Dale Mabry Hwy Apt 2611 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| O'Jaye Williams 6221 N Dale Mabry Hwy Apt 2012 Tampa, FL 33614 | X | | TRADE | X | X | X | $400.00 |
| ACCOUNT NO. | | | | | | | |
| Erica Williams 6221 N Dale Mabry Hwy Apt 1810 Tampa, FL 33614 | X | | TRADE | X | X | X | $250.00 |

Sheet no. 288 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
              **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dorothy Williams 9905 Windsor Club Dr Riverview, FL 33569 | X | | TRADE | X | X | X | $27.59 |
| ACCOUNT NO. | | | | | | | |
| Michael Williams 11501 Braesview Apt 902 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Larry Williams 11501 Braesview Apt 3701 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Taria Williams 11501 Braesview Apt 3804 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Mary Williams 26109 Mesa Oak Dr San Antonio, TX 78255 | X | | TRADE | X | X | X | |

Sheet no. 289 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
            **Debtor**                                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ryan Wilson 11501 Braesview Apt 3603 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Tim Wise 11501 Braesview Apt 106 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Gregory Wold 11501 Braesview Apt 3601 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Genet Woldearegay 6225 N Dale Mabry Hwy Apt 608 Tampa, FL 33614 | X | | TRADE | X | X | X | $99.00 |
| ACCOUNT NO. | | | | | | | |
| Milton Wood PO Box 26219 Jacksonville, FL 32226 | X | | TRADE | X | X | X | $2,526.62 |

Sheet no. 290 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                                    Case No. 2:09-15342 SB
_____                                         _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kenneth Worthen 10707 IH 10 W No 1109 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Kimberly Worthington 310 Clazada De Bouganvillea Marathon, FL 33050 | X | | TRADE | X | X | X | $67.23 |
| ACCOUNT NO. | | | | | | | |
| Yan Xing 11501 Braesview Apt 3201 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Ben Yackell 10707 IH 10 W No 0332 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yang 11501 Braesview Apt 4702 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 291 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC       Case No. 2:09-15342 SB
_____
     **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Yan Qieng Yang 11501 Braesview Apt 2102 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Berham Yehayis 6225 N Dale Mabry Hwy Apt 1402 Tampa, FL 33614 | X | | TRADE | X | X | X | $124.00 |
| ACCOUNT NO. | | | | | | | |
| Dionte Youmans 6225 N Dale Mabry Hwy Apt 1611 Tampa, FL 33614 | X | | TRADE | X | X | X | $200.00 |
| ACCOUNT NO. | | | | | | | |
| Douglas Yount 11501 Braesview Apt 3905 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Eric Yzquierdo 11501 Braesview Apt 306 San Antonio, TX 78213 | X | | TRADE | X | X | X | |

Sheet no. 292 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____          Case No. 2:09-15342 SB _____
         **Debtor**                                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tashie Zachary 6225 N Dale Mabry Hwy Apt 1210 Tampa, FL 33614 | X | | TRADE | X | X | X | $150.00 |
| ACCOUNT NO. | | | | | | | |
| Nicole Zapata 10707 IH 10 W No 1811 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Zapata 18200 Blanco Springs Apt 136 San Antonio, TX 78258 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| David Zarbaugh 11501 Braesview Apt 407 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Zausmer 406 Penstemon San Antonio, TX 78256 | X | | TRADE | X | X | X | |

Sheet no. 293 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                        Subtotal ➤  $

                                             Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
       **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Enid Zayas 6221 N Dale Mabry Hwy Unit 1807 Tampa, FL 33614 | X | | TRADE | X | X | X | $9.00 |
| ACCOUNT NO. | | | | | | | |
| Brenda Zepeda 10707 IH 10 W No 1917 San Antonio, TX 78230 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Alma Zuscar 11501 Braesview Apt 1106 San Antonio, TX 78213 | X | | TRADE | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| Yandle Trash service 316 Firebridge road Columbia, SC  29223 Ph (803)-960-2200 | X | | TRASH REMOVAL January 2009 February 2009 | X | X | X | $3974.00 |
| Account No.        383157 | | | | | | | |
| Wilmar 200 East Park drive Mt. Laurel, NJ 08054 | X | | MAINTENANCE SUPPLIES 1/08 thru 11/2008 | X | X | X | $71,558 |
| Account No. | | | | | | | |

Sheet no. 294 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                              _____
       **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| The carpet shoppe 1061 Sparkleberry lane Columbia, SC 29223 | X | | CARPET AND VINYL 2007-2008 | X | X | X | $32,918.56 |
| Account No. | | | | | | | |
| Guardian Fence 1103 Pasture Lane Columbia, SC 29201 | X | | ENTRY GATE REPAIRS 2008 | X | X | X | $275.23 |
| Account No. | | | | | | | |
| H D supply P O Box 509055 San Diego, Ca.  92150-9055 | X | | MAINTENANCE SUPPLIES 2008 | X | X | X | $2,920.96 |
| Account No. | | | | | | | |
| Columbia Siding and Windows 656 Frink Street Cayce, SC 29033 | X | | ROOF REPAIRS 2007-2008 | X | X | X | $3,740.00 |
| Account No. | | | | | | | |
| Natural Aquatics, LLC P O Box 212663 Columbia, SC 29221-2663 | X | | ALGAE MAINTENANCE FOR ONE ACRE POND 2008 | X | X | X | $1200 |

Sheet no. 295 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____   Case No. 2:09-15342 SB _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. #11237 | | | | | | | |
| Laser print 1941 Savage Road, Suite 200-D Charleston, SC 29407 | X | | PRINT CARTRIDGE 2008 | X | X | X | $60 |
| Account No. #11237 | | | | | | | |
| King's III 751 Canyon Drive Suite 100 Coppell, Texas 75019 | X | | EMERGENCY POOL TELEPHONE SERVICE October 2008 – January 2009 | X | X | X | $ 181.80 |
| Account No. # | | | | | | | |
| Carolina Business equipment 5123 Bush River Road Columbia, SC 29212 Ph (803)-798-7522 ext. 1106 | X | | COPIER EQUIPMENT MAINTENANCE FEES 2008 | X | X | X | $1220.40 |
| Account No. | | | | | | | |
| Appliance Warehouse 3201 West Royal lane, Suite 100 Irving, Tx. 75063 Ph (469)-521-2274 | X | | WASHER-DRYER RENTALS 2008 | X | X | X | $10,478.27 |
| Account No. | | | | | | | |
| Blessed Hands cleaning Don Hall Ph (803) 454-2353 | X | | APARTMENT CLEANING 2008 | X | X | X | $475 |

Sheet no. 296 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____  Case No. 2:09-15342 SB _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ervin Glass Systems DBA Century Glass 5326 Bush River Road Columbia, SC 29212 | X | | WINDOW AND GLASS REPLACEMENT 2008 | X | X | X | 415.24 |
| Account No.   # 4640101 | | | | | | | |
| Leslie's  Pool Supply 3925 E. Broadway Road  #100 Phoenix, AZ  85040-2966 Ph (602)-366-3789 | X | | SWIMMING POOL SUPPLIES 2008 | X | X | X | 494.34 |
| Account No. | | | | | | | |
| Palmetto Carpet Cleaning P O Box 96 Camden, SC 29021 Ph (803)-600-0860 | X | | CARPET CLEANING AND WATER EXTRACTION 2008 | X | X | X | $9530 |
| Account No. | | | | | | | |
| ADT Security Services, Inc 720 Gracern Road, suite 110 Columbia, SC 29210 | X | | OFFICE ALARM/SECURITY MONITORING 2008 | X | X | X | $1302.10 |
| Account No. | | | | | | | |
| "It's The Tubman" company 9340 Windsor Lake Blvd Columbia, SC 29223 Ph (803)-736-5361 | X | | APPLIANCE AND COUNTER REFINISHING 2008 | X | X | X | $7880 |

Sheet no. 297 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
      **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Billing ID # 329 | | | | | | | |
| Roto Rooter 2801 East Dupont Road Fort Wayne, IN 46825 Ph (888)-777-4057 | X | | SEWER REPAIRS 2008 | X | X | X | $5457 |
| **Account No.** Quail Run | | | | | | | |
| Aire Serv of  SC 2243 Leaphart Road unit H West Columbia, SC 29171 | X | | RE WIRED HVAC UNITS 11/19/2009 | X | X | X | $1096.06 |
| **Account No.** Quail Run | | | | | | | |
| Youngblood's carpet  Cleaning 100 Dreher court Lexington, SC 29072-2800 Ph (803)-309-6725 | X | | CARPET CLEANING WATER EXTRACTION 2008 | X | X | X | $11210.00 |
| **Account No.** | | | | | | | |
| Joel Weed DBA Palmetto Property services 1205 Fairview drive Columbia, SC 29205 Ph (803)-446-5078 | X | | SHEETROCK, TILE INSTALLATION AND REPAIRS 2007-2008 | X | X | X | $3309.00 |
| **Account No.** 3959814 | | | | | | | |
| Midland Technical College Beltline Blvd Columbia, SC 29205 | X | | POOL CERTIFICATION COURSE 2008 | X | X | X | $258.00 |

Sheet no. 298 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal➤   $

                                        Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
          **Debtor**             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  # 0429202 | | | | | | | |
| OfficeMax<br>P O Box 101705<br>Atlanta, Ga. 30392-1705 | X | | OFFICE SUPPLIES<br>2007-2008 | X | X | X | $577.74 |
| Account No.  803-787-2212-946-1895 | | | | | | | |
| AT & T<br>P O Box 105262<br>Atlanta, GA. 30348-5262 | X | | LOCAL 3 LINE SERVICE<br>2009 | X | X | X | $1,185.81 |
| Account No.  803-787-2220-945-1895 | | | | | | | |
| AT & T<br>P O Box 105262<br>Atlanta, Ga.  30348-5262 | X | | 4 TELEPHONE LINES, i.e. EMERGENCY POOL PHONE, CREDIT CARD LINE, WATER COMPANY LINE, ETC.<br>2009 | X | X | X | $2,153.86 |
| Account No. | | | | | | | |
| Dr Rooter<br>4360 Augusta Road  # H212<br>Lexington, SC 29073<br>803-739-2188 | X | | SEWER WORK AND REPLACEMENT<br>2007-2008 | X | X | X | $9,978.98 |
| Account No. | | | | | | | |

Sheet no. 299 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
                **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| SeaGull Floors 4005 Royal Drive Suite 400 Kennesaw, GA. 30144 Ph (770)-425-9727 | X | | CARPET AND FLOOR COVERINGS 2008 | X | X | X | $11,122.45 |
| Account No.    #0014529 | | | | | | | |
| East Richland County Public Service District P O Box  23069 Columbia, SC 29224-3069 | X | | SEWER SERVICE FOR APT COMMUNITY DEC 2008 – FEB 2009 | X | X | X | $15,888.00 |
| Account No.    #0000571 | | | | | | | |
| East Richland County Public Service District P O Box  23069 Columbia, SC 29224-3069 Ph (803)-7881570 | X | | SEWER SERVICE FOR OFFICE AND POOL AREA JAN – FEB 2009 | X | X | X | $ 226.60 |
| Account No.    #54380141 | | | | | | | |
| Qwest Business services P O Box  856169 Louisville, Ky. 40285-6169 | X | | PHONE – LONG DISTANCE SERVICE 2008 | X | X | X | $494.36 |
| Account No.    # 01-QUA1600 | | | | | | | |
| Furniture Services Inc. 620 Spears Creek Church Road Elgin, SC  29045 | X | | WASHER/DRYER UNIT RENTALS 2008 | X | X | X | $ 18,196.59 |

Sheet no. 300 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| City of Columbia Water Dept. 1136 Washington Street Columbia, SC 29201-3224 | X | | WATER PROVIDER JANUARY – FEBRUARY 2008 | X | X | X | $ |
| Account No. | | | | | | | |
| SC Electric & Gas | X | | COMMUNITY ELECTRICITY 2009 | X | X | X | $ |
| Account No. | | | | | | | |
| SC IREM chapter 72 P O Box 11005 Columbia, SC 29211 | X | | 2008 | X | X | X | $275 |
| Account No. | | | | | | | |
| The Apartment Association of Greater Columbia | X | | APT. ASSOCIATION CLASSES, FORMS 2008 | X | X | X | $886.60 |
| Account No.    ID # 3054006 | | | | | | | |
| Institute of Real Estate Management 72236 Eagle Way Chicago, Il. 60678-1722 | X | | CPM 2009 | X | X | X | $600 |

Sheet no. 301 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Grace Hill company | X | | INTERNET ONLINE TRAINING 2008 | X | X | X | 4374.03 |
| Account No. | | | | | | | |
| Peachtree Business products | X | | OFFICE SUPPLIES AND BANNERS 2008 | X | X | X | $179 |
| Account No. | | | | | | | |
| Signs by Tomorrow Two notch Road Columbia, SC | X | | BANNERS AND SIGNS 2008 | X | X | X | $290.44 |
| Account No. | | | | | | | |
| Misty Jones Irmo, Sc | X | | APT. CLEANING 2007-2008 | X | X | X | $1090 |
| Account No. | | | | | | | |
| Network Communications Atlanta, Ga. | X | | APT MAGAZINE ADS 2008 | X | X | X | $4512 |
| Account No. | | | | | | | |

Sheet no. 302 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC            Case No. 2:09-15342 SB
        **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Gary Bowen plumbing | X | | SEWER CLEANOUT 2008 | X | X | X | $454.95 |
| Account No. | | | | | | | |
| Andrew Charland | X | | PAINTING 2008 | X | X | X | $24,110 |
| Account No. | | | | | | | |
| Wilmar New Jersey | X | | MAINTENANCE PARTS AND APPLIANCES 2008 | X | X | X | $77,000 |
| Account No.     Woodland | | | | | | | |
| Steam Systems P.O. Box West Columiba, SC 29171 | X | | CARPET CLEANS/WATER EXTRACTIONS | X | X | X | 1465.00 |
| Account No.     Woodland | | | | | | | |
| Total Flooring 724 Chris Drive St. #115 West Columbia, SC 29169 803-926-8885 | X | | CARPET/VINYL REPLACEMENT | X | X | X | 4984.29 |
| Account No.     005002 | | | | | | | |

Sheet no. 303 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Valley Spring Water & Coffee 10125 Farrow Road Blythewood, SC 29016 803-754-2826 | X | | WATER COOLER RENTAL | X | X | X | 292.30 |
| Account No.    383159 | | | | | | | |
| Wilmar 200 East Park Drive Suite 200 Mt. Laurel, NJ 08054 800-345-3000 | X | | MAINTENANCE SUPPLIES | X | X | X | 39,892.93 |
| Account No.    01200117816093 | | | | | | | |
| ADT Security Services, Inc. PO Box 371967 Pittsburgh, PA 15250-7967 877-238-2455 | X | | OFFICE ALARM | X | X | X | 187.00 |
| Account No.    Woodland | | | | | | | |
| American Leak Detection PO Box 1905 Irmo, SC 29063-1905 803-749-5325 | X | | LEAK DETECTION | X | X | X | 1200.00 |
| Account No.    Woodland | | | | | | | |
| Andrew Charland 353 Little Creek Dr Leesville, SC 29070 803-429-2041 | X | | PAINTING OF VACANTS | X | X | X | 25,835.00 |
| Account No.    73229 | | | | | | | |

Sheet no. 304 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____     Case No. 2:09-15342 SB _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Appliance Warehouse 3201 W Royal Lane Suite 100 Irving, TX 75063 770-931-0169 Account No. Woodland Village | X | | WASHER/DRYER RENTAL | X | X | X | 1267.88 |
| Apartment Association of Greater Columbia PO Box 7515 Columbia, SC 29202 Account No. 135590 | X | | ASSOC. DUES | X | X | X | 1455.40 |
| Arizona Republic PO Box 200 Phoenix, AZ 85001-0200 Account No. Woodland | X | | INTERNET ADVERTISING | X | X | X | 350.00 |
| CAC 5200 Pelham Road Suite A Greenville, SC 29615 864-277-8898 Account No. Woodland | X | | WASHER/DRYER RENTAL | X | X | X | 215.05 |
| The Carpet Shoppe 1061 Sparkleberry Lane Suite K Columbia, SC 29223 803-788-6090 Account No. 00662 | X | | CARPET & VINYL REPLACEMENT | X | X | X | 4782.05 |

Sheet no. 305 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
_____                    _____
      **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Consumer Source Inc. PO Box 402039 Atlanta, GA 30384-2039 | X | | APARTMENT GUIDE/MONTHLY PRINT AD | X | X | X | 825.00 |
| Account No.    Woodland | | | | | | | |
| Diamond Glass Inc PO Box 2211 Irmo, SC 29063 803-796-0988 | X | | GLASS REPLACEMENT | X | X | X | 130.63 |
| Account No.    793017267 | | | | | | | |
| DHL Express PO Box 277290 Atlanta, GA 30384-7290 | X | | SHIPPING CHARGES | X | X | X | 3572.34 |
| Account No.    Woodland | | | | | | | |
| Dr. Rooter, Inc. 4360 Augusta Road #H212 Lexington, SC 29073 | X | | PLUMBING REPAIRS | X | X | X | 6888.85 |
| Account No.    01-WOOD222 | | | | | | | |
| Furniture Services 620 Spears Creek Church Road Elgin, SC 29045 803-754-9851 | X | | WASHER/DRYER & FURNITURE RENTAL | X | X | X | 8322.17 |
| Account No.    Woodland | | | | | | | |

Sheet no. 306 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC                    Case No. 2:09-15342 SB
                     **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Franklin D Plumbing & Gas 2624 Alpine Road Columbia, SC 29223 803-788-1499 | X | | PLUMBING REPAIRS | X | X | X | 362.38 |
| Account No.      5986286 | | | | | | | |
| HD Supply PO Box 509058 San Diego, CA 92150 800-798-8888 | X | | MAINTENANCE SUPPLIES | X | X | X | 6656.07 |
| Account No.   Woodland Village | | | | | | | |
| It's The Tubman Co 9340 Windsor Lake Blvd Columbia, SC 29223 803-736-5361 | X | | EPOXY OF COUNTERS, SINKS * TUBS | X | X | X | 375.00 |
| Account No.      14519 | | | | | | | |
| Kings III 751 Canyon Drive Suite 100 Coppell, Texas 75019 800-354-6473 | X | | EMERGENCY POOL PHONE | X | X | X | 4.00 |
| Account No.      Woodland | | | | | | | |
| Misty Jones Cleaning 531 Foremost Drive Lexington, SC 29023 803-463-8819 | X | | CLEANING SERVICE | X | X | X | 6377.00 |
| Account No.      872000192 | | | | | | | |

Sheet no. 307 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Network Communications, Inc. Columbia Apartment Finder PO Box 402168 Atlanta GA 30384-2168 | X | | MONTHLY PRINT AD | X | X | X | 5712.00 |
| Account No.      Woodland | | | | | | | |
| The Pest Bureau 803-799-5154 | X | | EXTERMINATION | X | X | X | 875.00 |
| Account No.      CO0103 | | | | | | | |
| Pollock Company 1711 Central Avenue Augusta, GA 30904 | X | | INTERNET ADVERTISING | X | X | X | 349.00 |
| Account No.      430316 | | | | | | | |
| Rent.Com Payment Center Department 1987 Los Angeles, CA 90084-1987 877-943-7368 ext 500 | X | | INTERNET ADVERTISING | X | X | X | 349.00 |
| Account No.      6765-0289-1 | | | | | | | |
| Sherwin Williams 2503 Broad River Road Columbia, SC 29210-6646 803-798-3052 | X | | PAINT AND PAINT SUPPLIES | X | X | X | 1897.00 |

Sheet no. 308 of 309  continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Gulfstream Apt. Portfolios, LLC _____    Case No. 2:09-15342 SB _____
        **Debtor**    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Account No.    BOS 1039277 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Staples Business Advantage<br>Dept BOS 850101<br>PO Box 30851<br>Hartford, CT 06150-0851<br>888-753-4102 | X | | OFFICE SUPPLIES | X | X | X | 2169.19 |
| Account No.    Woodland | | | | | | | |
| Youngblood's Carpet Cleaning<br>100 Dreher Court<br>Lexington, SC 29072-2800 | X | | CARPET CLEANS/WATER EXTRACTIONS | X | X | X | 4320.00 |

Sheet no. 309 of 309 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

BN 3336407v1

Subtotal ➤    $

Total ➤    $    $2,110,439.88
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

BN 3345266v1

3336407v1

American LegalNet, Inc.
www.FormsWorkflow.com