1  STEPHEN F. BIEGENZAHN (State Bar No. 60584)
   **LAW OFFICE OF STEPHEN F. BIEGENZAHN**
2  611 W. 6th St., Suite 850
3  Los Angeles, California 90017-3015
   Telephone: (213) 617-0017
4  Facsimile: (480) 247-5977
   Email: Steve@SFBLaw.com
5
6  Counsel for Braesview Portfolio, Inc.

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **LOS ANGELES DIVISION**

11

12  In re                                    Case No.: 2:09-bk-14774-SB (lead case)
13  **GTS PROPERTY PORTFOLIO B-3,**
14  **LLC,** et al,                          Chapter 11
15                          Debtors.         **EVIDENCE OF TRANSFER OF CLAIM**
16
17                                           Date:   [No Hearing Required]
                                             Time:
18                                           Ctrm:
19

20
21      Braesview Portfolio, Inc., a Delaware corporation, in conformity with Rule 3001(e)
22  of the Federal Rules of Bankruptcy Procedure, submits this Evidence of Transfer of
23  Claim. The document styled "Sale, Assignment And Transfer Of Claim(s)" which is
24  attached to this document is incorporated here by this reference.
25  Dated: July 27, 2010              LAW OFFICES OF STEPHEN F. BIEGENZAHN
26
27                                    By: __/s/ *Steve Biegenzahn*_____
28                                          STEPHEN F. BIEGENZAHN

**EVIDENCE OF TRANSFER OF CLAIM**
1

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as **EVIDENCE OF TRANSFER OF CLAIM.**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:  See ECF website.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. N/A

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 27, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

bbollinger@buchalter.com

☐ Additional service information contained in contemporaneous Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2010 | Stephen F. Biegenzahn | /s/ *Steve Biegenzahn* |
|---|---|---|
| Date | Type Name | Signature |

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

**EVIDENCE OF TRANSFER OF CLAIM**
2