**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:09-bk-15342-SB
Chapter 11

In re: Debtor(s) (including Name and Address)

Gulfstream Apt. Portfolio, LLC
3250 Wilshire Blvd.
Suite 1106
Los Angeles CA 90010-1577

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/02/2010.

Name and Address of Alleged Transferor(s):

Claim No. 89: Premium Cuts Lawn Service Maintanance Inc, Att: Bill Malone Jr, 8650 Spicewood Springs # 145-598, Austin, TX 78759

Name and Address of Transferee:

Braesview Portfolio, Inc.
c/o Stephen F. Biegenzahn, Esq.
611 W. 6th St., Suite 850
Los Angeles, CA 90017-3101

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/05/10

Jon D. Ceretto
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2         User: bmerceneC          Page 1 of 1             Date Rcvd: Aug 03, 2010
Case: 09-15342               Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 05, 2010.
24632165     +Premium Cuts Lawn Service Maintanance Inc,   Att: Bill Malone Jr,
               8650 Spicewood Springs # 145-598,   Austin, TX 78759-4322

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                    **Signature:**   _Joseph Speetjens_